UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NORBERT MICHEL, ET AL.** | § | Civil Action No. 18-cv-04738 |
| | § | |
| **Plaintiffs** | § | |
| | § | JUDGE: WENDY B. VITTER |
| vs. | § | |
| | § | |
| **FORD MOTOR COMPANY, ET AL.** | § | MAGISTRATE: KAREN WELLS |
| | § | ROBY |
| **Defendants** | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

Plaintiffs, Norbert Michel, Keith Michel and Vickie Michel, respectfully move the Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to file a second supplemental and amended complaint, a copy of which is attached hereto.

The new complaint seeks to add as a defendant, Ford Leasing Development Company LLC, as the employer or premises owner of Crescent Ford Truck.

Plaintiffs will show in the accompanying memorandum in support of this motion that justice requires the granting of this motion and amendment of Plaintiffs' complaint.

**WHEREFORE,** Plaintiffs respectfully request this motion be granted and Plaintiffs are allowed to file the attached amended complaint.

1

Respectfully submitted,

/s/ Roshawn H. Donahue
GORI JULIAN & ASSOCIATES, P.C.
Roshawn H. Donahue, LSBA No. 30905
Alex S. Dunn, Jr., LSBA No. 33542
909 Poydras Street, Suite 2195
New Orleans, Louisiana 70112
(504) 565-7888
(504) 827-1594 fax
TeamNOLA@gorilaw.com
**ATTORNEYS FOR PLAINTIFFS**

.