CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

No. 2017-7318                    SECTION 08                    DIVISION: "N"

VICTOR MICHEL

VERSUS

FORD MOTOR COMPANY, et al.

FILED:_____        _____

                                     DEPUTY CLERK

### FORD MOTOR COMPANY'S RESPONSES TO PLAINTIFF'S DISCOVERY DIRECTED TO DEFENDANT FORD MOTOR COMPANY

Defendant Ford Motor Company ("Ford") herein submits its Responses to Plaintiff's Discovery Directed to Defendant Ford Motor Company.

### PRELIMINARY STATEMENT

Plaintiff seeks information dating back many years, and due to the extreme passage of time, the information sought is difficult or impossible to reconstruct or retrieve. For many years, Ford has had at any one time hundreds of thousands of employees in different locations throughout the United States. In conducting its business, Ford has created millions of documents that have been kept in numerous different locations and have been moved frequently from site to site as employees have changed jobs. Accordingly, Ford does not, and could not possibly, represent that its Answers and Responses constitute all of the information requested. Rather, Ford's Answers and Responses reflect all responsive information identified by Ford pursuant to a reasonable and duly diligent search and investigation conducted in connection with these Interrogatories in those areas where such information is expected to be found in the United States. To the extent these Interrogatories and Requests for Production purport to require more, Ford objects on the grounds that they seek to compel Ford to conduct a search beyond the scope of permissible discovery contemplated by the Louisiana Code of Civil Procedure and compliance with these discovery requests would impose an undue burden and expense on Ford.

Ford also objects to each request that seeks information about time periods, geographical areas, and products/components that are outside of the scope of the allegations presented in Plaintiff's complaint. Such questions are overly broad, unduly burdensome, seek information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence,

and would impose an unnecessary burden on Ford to search for, review, organize and produce information and documents that are not relevant to any issue in this case.

It is Ford's understanding that Plaintiff's claims against Ford in this case are based on allegations relating to Victor Michel's alleged exposure to friction vehicle components while working as a mechanic, specifically while employed at Crescent Ford (located in Jefferson, Louisiana) during the 1968 to 1969 time period. Accordingly, Ford's responses are limited in scope to friction vehicle products and, in particular, to brake linings, brake pads, and clutch facings. These responses are limited to Ford's North American Operations for Ford, Lincoln, and Mercury, and Ford's activities and facilities related to such operations within the United States. Ford objects to requests for information or documents about other subjects, operations, subsidiaries, divisions or affiliates because such questions are overly broad, unduly burdensome, and seek information or documents that are neither relevant to the subject matter of this action nor likely to lead to discovery of admissible evidence.

Ford further objects to Plaintiff's definitions to the extent they purport to require Ford to take action or provide information beyond the requirements of the Louisiana Code of Civil Procedure. Ford will comply with the requirements of such rules. In addition, to the extent Plaintiff ascribes special meanings or definitions to words used in this set of discovery, Ford objects to the specialized meanings and definitions and interprets all words contained in this set of discovery in accordance with their ordinary and customary meanings. For example, Ford objects to the term "asbestos-containing product" as it includes "any form of asbestos, vermiculite, or perlite as any part of its composition or ingredients . . . shall also mean any equipment or machinery, including but not limited to steam traps, pumps, boilers, generators, compressors and turbines . . ." This definition is overly broad, unduly burdensome and seeks irrelevant information unrelated to the asbestos friction vehicle components allegedly at issue in this case. Moreover, because Plaintiff's claims against Ford are based on allegations relating to alleged exposure to asbestos-containing friction vehicle components, information concerning vermiculite or perlite is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Furthermore, to the extent this definition includes building/construction products, equipment or machinery, Ford objects to these discovery requests because they are misdirected to Ford. Ford's primary business is the design, manufacture, final assembly, and wholesale distribution of motor vehicles; Ford was not in the business of manufacturing,

marketing, selling, distributing, or installing building/construction products, equipment or machinery.

## ASBESTOS FRICTION DOCUMENT COLLECTION

The Asbestos Friction Document Collection is a compilation of documents collected by Ford through expensive and time-consuming searches in connection with discovery propounded in prior asbestos litigation and which generally relate to asbestos and Ford's use, sale and supply of asbestos-containing friction vehicle components. This collection was updated/supplemented in December 2015. The Asbestos Friction Document Collection is produced on one DVD. The documents are organized as electronic multi-page tiff format containing viewable images and corresponding OCR text load files that will allow Plaintiff to load these documents into a standard, industry-wide desktop document management program such as Summation or Concordance. Each DVD contains an index of those documents, so that the Plaintiff can determine which documents they would like to examine for purposes of this litigation. Additionally, contained within the index are "other media" materials. Such "other media" materials are not contained on the DVD itself, but Ford will produce any such materials, upon Plaintiff's request. The Collection also contains a privilege log for documents that are withheld by Ford on the basis of the attorney-client privilege and/or work product doctrine. Ford will make the Collection available, at Plaintiff's request, for $10, which includes the reasonable costs associated with production costs of such documents.

## INTERROGATORIES

### INTERROGATORY NO. 1:

Identify the person or persons answering these interrogatories.

### ANSWER:

These are the Answers of Ford Motor Company. The Answers have been prepared by and under the supervision of Ford's attorneys, including counsel of record. The Answers are verified on Ford's behalf by the duly authorized agent identified on the attached verification, as required under the applicable rules.

To the extent additional information is requested, Ford objects on the grounds that it is seeking of irrelevant information, in particular, discovery on discovery, and that the requested information is protected from discovery by the attorney-client privilege and the work product doctrine. Ford also objects to this Interrogatory because it is overly broad, unduly burdensome

and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO. 2:**

Identify any and all studies performed or funded by Defendant regarding association between exposure to asbestos and disease and the amount Defendant spent on said research from 1968-1969.

**ANSWER:**

Ford refers Plaintiff to, and incorporates herein, its answer and objections to Interrogatory No. 11, below.

Beyond this, Ford objects to this Interrogatory because it is overly broad and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. In particular, this Request is not limited in any reasonable manner to asbestos-containing friction vehicle components, specifically those asbestos-containing friction vehicle components to which Victor Michel was allegedly exposed while working at Crescent Ford (located in Jefferson, Louisiana) during the 1968-1969 time period.

**INTERROGATORY NO. 3:**

Identify the suppliers of any and all asbestos-containing brakes, clutches and other friction materials included in the design and manufacture of Defendant's vehicles from 1968-1969?

**ANSWER:**

Ford refers Plaintiff to a historical list, revised as of May 1, 1995, of known suppliers to Ford of brake linings and assemblies (Document Nos. FAFD0007456 – FAFD0007468, FAFD0013173 – FAFD0013189, FAFD0015548 – FAFD0015568 and FAFD0017289 – FAFD0017305).

Beyond this, Ford objects to searching for and identifying the supplier of *any* and *all* asbestos-containing brakes, clutches and any "other friction materials" included in the over 40 different vehicles (not including the multiple variations for each model and model year vehicle – trim level, engine, transmission, etc.) Ford manufactured during the 1968-1969 time period, because to do so is grossly over broad, unduly burdensome and would not provide information that is either relevant or reasonably calculated to lead to the discovery of admissible evidence. Such a broad request for information is not reasonably related to the issues and claims alleged in this case. Further, Ford objects to the phrase "other friction materials" because it is vague and

ambiguous, and fails to identify with any reasonable particularity a specific component(s) for which Plaintiff is seeking information.

**INTERROGATORY NO. 4:**

    Did Defendant manufacture any trucks with non-asbestos clutches from 1960-1970? If the answer is "Yes", please identify the model and year of each truck.

**ANSWER:**

    Ford is without sufficient information to respond to this Interrogatory.  Specifically, this Interrogatory lacks particularity in that a "truck" could include any number of variants (i.e., light, medium or heavy-duty, vans, etc.) manufactured by Ford, and Plaintiff has failed to identify with reasonable specificity any particular make, model or model year of truck manufactured by Ford that is at issue in this case.  Indeed, Plaintiff has failed to identify a specific vehicle(s) to which Victor Michel was allegedly exposed while employed as a mechanic at any of his alleged worksites.  If Plaintiff will identify the specific vehicle(s) for which information is sought, Ford will attempt to identify whether those clutches were asbestos-containing.

**INTERROGATORY NO. 5:**

    Did Defendant manufacture any trucks with non-asbestos brakes from 1960-1970? If the answer is "Yes", please identify the model and year of each truck.

**ANSWER:**

    Ford is without sufficient information to respond to this Interrogatory.  Specifically, this Interrogatory lacks particularity in that a "truck" could include any number of variants (i.e., light, medium or heavy-duty, vans, etc.) manufactured by Ford, and Plaintiff has failed to identify with reasonable specificity any particular make, model or model year of truck manufactured by Ford that is at issue in this case.  Indeed, Plaintiff has failed to identify a specific vehicle(s) to which Victor Michel was allegedly exposed while employed as a mechanic at any of his alleged worksites.  If Plaintiff will identify the specific vehicle(s) for which information is sought, Ford will attempt to identify whether those brakes were asbestos-containing.

**INTERROGATORY NO. 6:**

    Did Defendant sell replacement brakes and/or clutches to Crescent Ford in Louisiana from 1965-1977? If the answer is "Yes, please state the amount.

**ANSWER:**

    Yes.  However, after a reasonable inquiry, Ford was unable to locate any information or

documents relating to the sale of any replacement brakes and/or clutches to Crescent Ford (located in Jefferson, Louisiana), during the 1965 through 1977 time period.  Ford believes that the information sought in this Interrogatory is no longer available due to the extreme passage of time.

Beyond this, Ford objects to the Interrogatory because it is overly broad and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence, particularly because it is not limited to any specific make, model and model year of vehicles, or specific replacement brake and/or clutches to which Victor Michel was allegedly exposed while employed by Crescent Ford (located in Jefferson, Louisiana) as a mechanic during the 1968 to 1969 time period.   Further, the information sought is not limited to a reasonable or relevant time period, and instead seeks information from 1965 to 1977, which exceeds eight years after the very limited two year time period when Mr. Michel was employed by Crescent Ford.

**INTERROGATORY NO. 7:**

Did Defendant own and/or operate Crescent Ford located in Louisiana from 1968-1969?

**ANSWER:**

Ford states only that during the 1968 to 1969 time period it possessed a 100% ownership interest in Crescent Ford Truck Sales, Inc. (located at 6121 Jefferson Highway, Harahan, Louisiana 70121).  However, Ralph L. Agee had full managerial authority and responsibility for the operating management of the dealership.

**INTERROGATORY NO. 8:**

Does Defendant have sales records of OEM and replacement brakes?

**ANSWER:**

After a reasonable inquiry, Ford was unable to locate any information or documents relating to the sale of any replacement brakes to Crescent Ford (located in Jefferson, Louisiana), during the 1968 to 1969 time period when Mr. Michel was allegedly employed as a mechanic at that location.  Ford believes that the information sought in this Interrogatory is no longer available due to the extreme passage of time.

Beyond this, Ford objects to the Interrogatory because it is overly broad and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence, particularly because it is not limited to any

specific make, model and model year of vehicles, or any specific brake and/or clutches to which Victor Michel was allegedly exposed while employed by Crescent Ford (located in Jefferson, Louisiana) as a mechanic during the 1968-1969 time period. Further, the information sought is not limited to a reasonable or relevant time frame, and instead seeks information related to the sales records of OEM and replacement brakes, for any time period at any location.

**INTERROGATORY NO. 9:**

State the last date Defendant sold asbestos-containing replacement brakes.

**ANSWER:**

Ford began its complete phase-out of asbestos-containing brake products from its vehicles beginning with the 1983 model year Ranger vehicle, although certain other vehicle applications, such as those applications used in emergency vehicles, did not use asbestos prior to this date. By 1993, the only vehicles in which asbestos-containing brake products were still used were low-volume limousine applications and the Mustang. The use of asbestos-containing brake components in the Mustang was discontinued for the 1994 model year and in limousines for the 1997 model year. Certain asbestos-containing service parts for older model year vehicles were available until 2001, through franchised Ford dealerships and Ford Authorized Distributors.

Such products were phased out as Ford's suppliers developed suitable alternatives.

Beyond this, Ford objects to this Interrogatory because it is overly broad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. This Interrogatory is not limited to a reasonable or relevant time period, nor is it limited to any specific make, model and model year of vehicles, or to any specific brakes on which Victor Michel worked while employed as a mechanic at Crescent Ford (located in Jefferson, Louisiana) during the 1968-1969 time period.

**INTERROGATORY NO. 10:**

State the last date Defendant sold asbestos-containing replacement clutches.

**ANSWER:**

Ford began its complete phase-out of asbestos-containing clutch components from its vehicles in 1978. Ford had eliminated all asbestos-containing wet clutch applications for use in automatic transmissions by the 1982 model year, followed by the elimination of asbestos-containing dry clutch applications for use in manual transmissions by the 1984 model year.

Such products were phased out as Ford's suppliers developed suitable alternatives.

Beyond this, Ford objects to this Interrogatory because it is overly broad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. This Interrogatory is not limited to a reasonable or relevant time period, nor is it limited to any specific make, model and model year of vehicles, or to any specific clutches on which Victor Michel worked while employed as a mechanic at Crescent Ford (located in Jefferson, Louisiana) during the 1968-1969 time period.

**INTERROGATORY NO. 11:**

Did Defendant, any related company, or any predecessor at any time, give to persons, who would be applying and/or removing any of the products listed above, any instructions or guidelines concerning precautions, warnings, procedures, and/or methods to use, in order to safely apply or remove such products? If so, describe such instructions, state to whom they were given, state the dates they were given, and describe the manner in which they were given.

**ANSWER:**

Ford denies that there exists any medical or scientific knowledge that establishes a causal relationship between exposure to the friction products contained in its vehicles and asbestos-related disease or illness. Nevertheless, Ford did issue a series of communications on friction components. These documents are the results of corporate activity and are not the work of any single author.

On August 3, 1973, Ford issued a memorandum to Plant Safety Engineers directing that brake drums be cleaned using industrial type vacuum cleaners with a filtering system efficient to a three micron particle size. (Document Nos. FAFD0003763, FAFD0006229, FAFD0007574, FAFD0008437, FAFD0011955 and FAFD00175424). The memorandum directed that air hoses should not be used to clean brake drums. Ford believes this information was circulated throughout various divisions of Ford and to various employees. Simultaneously, the Plant Engineering Office issued Maintenance Bulletin 137 to the same effect. (Document Nos. FAFD0011073 and FAFD0016956).

In July 1975, Ford distributed Industrial Relations Bulletin 4 to the Medical Department, the Industrial Relations Department, and Safety Personnel throughout Ford. Industrial Relations Bulletin 4 provided information specific to asbestos. (Document Nos. FAFD0007680,

FAFD0007797 and FAFD0008240). Bulletin 4 was updated and supplemented in both 1983 and 1986. (Updates - August 22, 1983: Document No. FAFD0011177 – FAFD0011180, FAFD0017944 – FAFD0017945, FAFD0017946 – FAFD0017949; October 14, 1986: Document Nos.: FAFD0011183 – FAFD0011188). (Supplement 4a - August 22, 1983: Document Nos. FAFD0011181 – FAFD0011182, FAFD0017578 – FAFD0017579, FAFD0017580 – FAFD0017581, and FAFD0020929 – FAFD0020930; October 14, 1986: Document Nos. FAFD0011189 – FAFD0011190). (Supplement 4b - October 14, 1986: Document Nos. FAFD0011191 – FAFD0011193). (Supplement 4c - February 10, 1984: Document Nos. FAFD0015844 – FAFD0015845; October 14, 1986: Document Nos. FAFD0011194 – FAFD0011195). (Supplement 4e - June 1, 1988: Document Nos. FAFD0016569 – FAFD0016577). These bulletins have not been superseded.

On October 24, 1975, Ford issued Ford Technical Service Bulletin 99. Technical Service Bulletins were distributed to Ford and Lincoln-Mercury Dealers and were also made available to the general public. Technical Service Bulletin 99 recommended that a high-efficiency filtration type vacuum cleaner be used for cleaning wheel brake assemblies. (Document No. FAFD0012949 – FAFD0012972). In January 1976, Ford issued Technical Service Bulletin 104, which recommended the use of an industrial grade, high-efficiency filtration type vacuum cleaner in place of compressed air during brake cleaning operations. (Document Nos.: FAFD0006231 – FAFD0006265, FAFD0006314 – FAFD0006349, FAFD0012973 – FAFD0013008). In July 1976 and October 1977, Ford distributed General Field Bulletins to Ford dealerships announcing the availability of a special industrial grade, high-efficiency filtration type vacuum cleaner for use in brake and clutch repair, which had a filtration system certified to comply with then-current OSHA regulations covering asbestos dust collection, filtration and disposal. (General Field Bulletin No. 1469, dated July 8, 1976: Document No. FAFD0002864 and FAFD0003593; General Field Bulletin No. 2710, dated October 28, 1977: Document No. FAFD0002863 and FAFD0003596). In November 1983, Ford also issued Bulletin No. 83-22 on brake and clutch servicing. (Document Nos.: FAFD0020928, FAFD0012888 – FAFD0012948 and FAFD0020942). These bulletins have not been superseded.

In March 1980, Ford also issued Plant Engineering Letter 80-1 to provide recommended work practices when dealing with brake and clutch repair. (Document Nos. FAFD0008369 –

FAFD0008373, FAFD0015664 – FAFD0015699 and FAFD0017152 – FAFD0017157).   Ford issued Manufacturing Guideline G3-19 the following year, in September 1981, which provided recommended work practices for handling asbestos.   (Document Nos. FAFD0008361 – FAFD0008365, FAFD0012882 – FAFD0012897 and FAFD0017934 – FAFD0017938).   This Guideline was updated in 1984 and again in 1988.   (Document No.   FAFD0015569 – FAFD0015573).  These bulletins have not been superseded.

In August 1980, Ford released Package Label Specification L-1516 and L-1517, which were used as caution labels on certain asbestos-containing friction products.  (Document Nos. FAFD0012768, FAFD0015421, FAFD0015423, FAFD0020428, FAFD1 001734, FAFD1 001793 and FAFD2 000002; and Document Nos. FAFD0012769, FAFD0015155, FAFD0020427, FAFD0021249, FAFD1 001735, FAFD1 001794 and FAFD2 000003).   The language of L-1516 read as follows:

> CAUTION:  Contains asbestos fibers.  Avoid creating dust.  Breathing asbestos dust may cause serious bodily harm.
>
> When servicing this brake lining or any component related to it or located near it, prevent asbestos dust from becoming airborne by vacuuming the assembly with an industrial type vacuum cleaner equipped with a high efficiency filter system and by washing the assembly with an appropriate brake parts washer if necessary.  Never remove dust or dirt from this assembly by blowing with compressed air.

The language of L-1517 read as follows:

> CAUTION: CONTAINS ASBESTOS FIBERS.  AVOID CREATING DUST. BREATHING ASBESTOS DUST MAY CAUSE SERIOUS BODILY HARM.
>
> When servicing this clutch plate or any component related to it or located near it, prevent asbestos dust from becoming airborne by vacuuming the assembly with an industrial type vacuum cleaner equipped with a high efficiency filter system.   Never remove dust or dirt from this assembly by blowing with compressed air.

In 1987, Ford revised the caution label to read:

> DANGER
> CONTAINS ASBESTOS FIBERS
> AVOID CREATING DUST
> CANCER AND LUNG DISEASE HAZARD
>
> Do not inhale dust from brakes, clutches or associated components. Inhalation of asbestos fibers may cause cancer or asbestosis.  Compressed air or brushes must not be used to clean brakes, brake drums, clutches or associated components.  A high-efficiency vacuum cleaner should be used to carefully remove dust.  Adherent dust should be removed with a damp rag. Wear high-efficiency cartridge or airline respirator if preceding work practices cannot be used.  Dust and any rag used to remove it should be enclosed for disposal within a sealed impermeable bag bearing this label.  Use asbestos-free replacement parts when available.

In 1989, Ford combined Package Label Specification L-1516 with L-1517, to read as follows:

> DANGER
> CONTAINS ASBESTOS FIBERS
> AVOID CREATING DUST
> CANCER AND LUNG DISEASE HAZARD
>
> Do not inhale dust from brakes, clutches or associated components. Inhalation of asbestos fibers may cause cancer or asbestosis. Compressed air or brushes must not be used to clean brakes, brake drums, clutches or associated components. A high-efficiency vacuum cleaner should be used to carefully remove dust. Adherent dust should be removed with a damp rag. Wear high-efficiency cartridge or airline respirator if preceding work practices cannot be used. Dust and any rag used to remove it should be enclosed for disposal within a sealed impermeable bag bearing this label. Use asbestos-free replacement parts when available.

Further, Ford refers Plaintiff to the following portions of various car and truck service/shop manuals which Ford produced for the vehicles it manufactured that contained instructions regarding the proper maintenance of its vehicles, including friction products, and are located within the Asbestos Friction Document Collection:

| Document Range | Description |
| --- | --- |
| FAFD000000048400000004841 | WARNINGS IN SHOP MANUALS (ASBESTOS CASES) |
| FAFD000000048740000004876 | PASSENGER CAR SHOP MANUAL BRAKE SECTIONS |
| FAFD000000048830000004885 | MERCURY MAINTENANCE MANUAL |
| FAFD000000048940000004898 | CONTINENTAL AND LINCOLN MAINTENANCE MANUAL |
| FAFD000000048990000004901 | "EDSEL MAINTENANCE MANUAL REMOVAL, REPAIR AND INSTALLATION OF BRAKE DRUMS AND LININGS, REMOVAL, REPAIR AND INSTALLATION OF FRONT WHEEL CYLINDER" |
| FAFD000000049060000004909 | LINCOLN AND LINCOLN CONTINENTAL MAINTENANCE MANUAL MAJOR REPAIRS |
| FAFD000000049100000004912 | EDSEL MAINTENANCE MANUAL |
| FAFD000000050140000005019 | TRUCK ECONOLINE RV SHOP MANUAL SECTIONS |
| FAFD000000142040000014206 | CAR SHOP MANUAL CLUTCH AND MANUAL TRANSMISSION |
| FAFD000000142070000014208 | 1971 TRUCK SHOP MANUAL VOLUME ONE CHASSIS CLEANING AND INPECTION |
| FAFD000000142090000014211 | 1976 TRUCK SHOP MANUAL CLEANING AND INSPECTION |
| FAFD000000142120000014213 | 1977 CAR SHOP MANUAL VOL. 1 CHASSIS CLEANING AND INSPECTION |
| FAFD000000142140000014216 | 1977 TRUCK SHOP MANUAL VOL. 1 CHASSIS CLEANING AND INSPECTION |
| FAFD000000142170000014218 | 1977 CAR SHOP MANUAL VOL. 1 CHASSIS CLEANING AND INSPECTION |
| FAFD000000142190000014221 | 1978 TRUCK SHOP MANUAL VOLUME1 CHASSIS CLEANING AND INSPECTION |
| FAFD000000142220000014224 | 1979 CAR SHOP MANUAL CHASSIS VOLUME 1 CLEANING AND INSPECTION |
| FAFD000000142310000014232 | "1979 LIGHT TRUCK SHOP MANUAL BODY, CHASSIS & ELECTRICAL CLEANING AND INSPECTION" |
| FAFD000000142330000014235 | 1980 CAR SHOP MANUAL POWERTRAIN ENGINE TRANSMISSION DRIVESHAFT AXLE FUEL COOLING STARTING EXHAUST ALL MODELS CLEANING AND INSPECTION |
| FAFD000000142360000014237 | LIGHT TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL 1980 CLEANING AND INSPECTION |

| Document Range | Description |
|---|---|
| FAFD0000001423800000014239 | 1981 CAR SHOP MANUAL POWERTRAIN ALL CAR MODELS (EXCEPT ESCORT LYNX) CLEANING AND INSPECTION |
| FAFD0000001424000000014242 | 1981 LIGHT TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL CLEANING AND INSPECTION |
| FAFD0000001424500000014246 | 1981 MEDIUM / HEAVY TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL CLEANING AND INSPECTION |
| FAFD0000001424700000014248 | "1982 CAR SHOP MANUAL POWERTRAIN ALL MODELS EXCEPT ESCORT / LYNX, EXP / LN7" |
| FAFD0000001424900000014250 | "1982 CAR SHOP MANUAL POWERTRAIN PRE-DELIVERY MAINTENANCE LUBRICATION ESCORT / LYNX, EXP / LN7 MANUAL TRANSAXLE GROUP" |
| FAFD0000001425100000014253 | LIGHT [ILLEGIBLE] SHOP MANUAL CLEANING AND INSPECTION |
| FAFD0000001425400000014256 | LIGHT MEDIUM HEAVY 1982 [ILLEGIBLE] SHOP MANUAL CLUTCH AND MANUAL TRANSMISSIONS |
| FAFD0000001425700000014258 | MEDIUM HEAVY 1982 [ILLEGIBLE] SHOP MANUAL CLEANING AND INSPECTION |
| FAFD0000001425900000014260 | FORD COURIER 1982 TRUCK SHOP MANUAL CLEANING AND INSPECTION |
| FAFD0000001426100000014266 | "[ILLEGIBLE] CAR [ILLEGIBLE] MANUAL [ILLEGIBLE] LYNX,EXP / LN7 GENERAL HYDROLIC BRAKE SERVICE" |
| FAFD0000001426700000014269 | "[ILLEGIBLE] CAR [ILLEGIBLE] MANUAL [ILLEGIBLE] THUNDERBIRD / [ILLEGIBLE] FAIRMONT FUTURA / ZEPHYR, [ILLEGIBLE] MUSTANG / CAPRI" |
| FAFD0000001427000000014272 | 1983 CAR SHOP MANUAL [ILLEGIBLE] CHASSIS ELECTRICAL [ILLEGIBLE] CAR / MARK VI [ILLEGIBLE] VICTORIA / GRAND MARQUIS BRAKES GROUP |
| FAFD0000001427300000014274 | "1983 CAR SHOP MANUAL POWERTRAIN PRE-DELIVERY LUBRICATION MAINTENANCE ESCORT / LYNX, EXP / LN7 SECTION 16-03 MECHANICAL CLUTCH LINKAGE" |
| FAFD0000001427800000014279 | 1983 TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL LIGHT CLEANING AND INSPECTION |
| FAFD0000001428000000014281 | 1983 TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL MEDIUM HEAVY CLEANING AND INSPECTION |
| FAFD0000001513900000015141 | REVISED WARNINGS IN SHOP MANUALS BRAKES (ASBESTOS CASES) |
| FAFD0000001514300000015145 | WARNINGS IN SHOP MANUALS CLUTCHES (ASBESTOS CASES) |
| FAFD0000001514600000015148 | CAR SHOP MANUAL COMMON ADJUSTMENTS AND REPAIRS (TRANSMISSION); CLEANING AND INSPECTION |
| FAFD0000001514900000015151 | CAR SHOP MANUAL CLUTCH AND MANUAL TRANSMISION |
| FAFD0000001515200000015154 | "1983 CAR SHOP MANUAL POWERTRAIN ALL MODELS EXCEPT ESCORT / LYNX, EXP / LN7 MANUAL TRANSMISSION GROUP" |
| FAFD0000001525600000015257 | 1970 TRUCK SHOP MANUAL VOLUME ONE CHASSIS CLEANING AND INSPECTION |
| FAFD0000001526000000015261 | 1971 TRUCK SHOP MANUAL VOLUME ONE CHASSIS CLEANING AND INSPECTION |
| FAFD0000001526200000015263 | 1972 CAR SHOP MANUAL VOLUME I CHASSIS CLEANING AND INSPECTION |
| FAFD0000001526400000015265 | 1972 TRUCK SHOP MANUAL VOLUME I CHASSIS CLEANING AND INSPECTION |
| FAFD0000001526600000015267 | 1972 CAPRI SHOP MANUAL REMOVAL AND INSTALLATION |
| FAFD0000001526800000015269 | 1973 CAR SHOP MANUAL VOLUME 1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001527000000015275 | 1973 TRUCK SHOP MANUAL VOL. 1 CHASSIS GENERAL CLUTCH SERVICE |

| Document Range | Description |
|---|---|
| FAFD0000001527600000015277 | 1974 TRUCK SHOP MANUAL VOLUME 1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001527800000015279 | 1975 CAR SHOP MANUAL VOLUME 1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001528000000015281 | 1975 TRUCK SHOP MANUAL VOLUME 1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001528200000015283 | 1975-1976 CAR SHOP MANUAL VOL.1 / CHASSIS CLEANING AND INSPECTION |
| FAFD0000001528400000015285 | 1976 TRUCK SHOP MANUAL VOL.1 / CHASSIS CLEANING AND INSPECTION |
| FAFD0000001528600000015287 | 1977 CAR SHOP MANUAL VOL. 1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001528800000015290 | 1977 TRUCK SHOP MANUAL VOL. 1 CHASSIS ADJUSTMENTS; CLEANING AND INSPECTION |
| FAFD0000001529100000015293 | 1978 CAR SHOP MANUAL VOLUME1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001529400000015296 | 1978 TRUCK SHOP MANUAL VOLUME1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001529700000015299 | 1979 CAR SHOP MANUAL CHASSIS VOLUME 1 CLEANING AND INSPECTION |
| FAFD0000001530000000015301 | "1979 LIGHT TRUCK SHOP MANUAL BODY, CHASSIS & ELECTRICAL CLEANING AND INSPECTION" |
| FAFD0000001530200000015304 | 1980 CAR SHOP MANUAL POWERTRAIN ENGINE TRANSMISSION DRIVESHAFT AXLE FUEL COOLING STARTING EXHAUST ALL MODELS CLEANING AND INSPECTION; REMOVAL AND INSTALLATION |
| FAFD0000001530500000015306 | LIGHT TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL 1980 CLEANING AND INSPECTION |
| FAFD0000001530700000015308 | 1981 CAR SHOP MANUAL POWERTRAIN ALL CAR MODELS (EXCEPT ESCORT LYNX) CLEANING AND INSPECTION |
| FAFD0000001530900000015311 | 1981 LIGHT TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL CLEANING AND INSPECTION |
| FAFD0000001531200000015313 | 1981 MEDIUM / HEAVY TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL CLEANING AND INSPECTION |
| FAFD0000001531400000015315 | 1981 FORD COURIER TRUCK [ILLEGIBLE] MANUAL CLEANING AND INSPECTION |
| FAFD0000001531600000015317 | "1982 CAR SHOP MANUAL POWERTRAIN ALL MODELS EXCEPT ESCORT / LYNX, EXP / LN7" |
| FAFD0000001531800000015319 | "1982 CAR SHOP MANUAL POWERTRAIN PRE-DELIVERY MAINTENANCE LUBRICATION ESCORT / LYNX, EXP / LN7 MANUAL TRANSAXLE GROUP" |
| FAFD0000001532000000015322 | LIGHT TRUCK SHOP MANUAL CLEANING AND INSPECTION |
| FAFD0000001532300000015325 | LIGHT MEDIUM HEAVY 1982 TRUCK SHOP MANUAL CLUTCH AND MANUAL TRANSMISSIONS |
| FAFD0000001532600000015327 | MEDIUM HEAVY 1982 TRUCK SHOP MANUAL CLEANING AND INSPECTION |
| FAFD0000001532800000015329 | FORD COURIER 1982 TRUCK SHOP MANUAL CLEANING AND INSPECTION |
| FAFD0000001533000000015332 | "1983 CAR SHOP MANUAL POWERTRAIN ALL MODELS EXCEPT ESCORT / LYNX, EXP / LN7 MANUAL TRANSMISSION GROUP" |
| FAFD0000001533300000015334 | "1983 CAR SHOP MANUAL POWERTRAIN PRE-DELIVERY LUBRICATION MAINTENANCE ESCORT / LYNX, EXP / LN7 SECTION 16-03 MECHANICAL CLUTCH LINKAGE" |
| FAFD0000001533500000015336 | 1983 TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL LIGHT CLEANING AND INSPECTION |
| FAFD0000001533700000015338 | 1983 TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL MEDIUM HEAVY CLEANING AND INSPECTION |
| FAFD0000001833000000018330 | CLUTCH: MANUAL TRANSMISSION AND CLUTCH |

| Document Range | Description |
|---|---|
| FAFD000000196660000019670 | CLUTCH AND MANUAL TRANSMISSIONS GROUP 16 |
| FAFD0000002062800000020716 | SERVICE TECHNICIAN SPECIALLY TRAINING MANUAL |
| FAFD0000002071700000020789 | 1984 CAR SHOP MANUAL BODY CHASSIS ELECTRICAL MARK VII, CONTINENTAL, THUNDERBIRD / COUGAR, LTD / MARQUIS, MUSTANG / CAPRI |
| FAFD1000000009840000000985 | 1980 CAR SHOP MANUAL BODY- CHASSIS - ELECTRICAL FORD - MERCURY LINCOLN CONTINENTAL MARK VI |
| FAFD1000000009860000000986 | 1979 LIGHT TRUCK SHOP MANUAL BODY, CHASSIS AND ELECTRICAL BRONCO, ECONOLINE (E-100 THROUGH E-350), AND F-100 THROUGH F-350 |
| FAFD2000000000400000000005 | 1961 FALCON SHOP MANUAL |
| FAFD2000000000600000000007 | 1961 THUNDERBIRD SHOP MANUAL |
| FAFD2000000000800000000010 | FORD TRUCK SHOP MANUAL |
| FAFD2000000001100000000012 | 1972 CAR SHOP MANUAL VOL. 1 CHASSIS |
| FAFD2000000001300000000014 | 1975-1976 CAR SHOP MANUAL VOL 1:CHASSIS |
| FAFD2000000001500000000020 | 1980 TRUCK SHOP MANUAL BRONCO, ECONOLINE AND F-100 THRU F-350 |
| FAFD2000000002100000000023 | 1980 CAR SHOP MANUAL FAIRMONT, ZEPHYR, THUNDERBIRD COUGER XR-7 |
| FAFD2000000002400000000026 | 1981 CAR SHOP MANUAL ESCORT AND LYNX |
| FAFD2000000002700000000030 | 1981 CAR SHOP MANUAL THUNDER, XR.7 FAIRMONT, ZEPHYR GRANADA, COUGER, MUSTANG, CAPRI |
| FAFD2000000003100000000033 | 1982 CAR SHOP MANUAL LINCOLN CONTINENTAL, THUNDERBIRD/XR.7 FAIRMONT FUTURA, ZEPHYR, GRANADA, COUGER MUSTANG, CAPRI |
| FAFD2000000003400000000040 | 1982 LIGHT SHOP MANUAL BRONCO, ECONOLINE (E100-E350) F100 F350 |
| FAFD2000000004100000000043 | 1983 CAR SHOP MANUAL TOWN CAR/MARKVI CROWN VICTORIA/GRAND MARQUIS |
| FAFD2000000004400000000046 | 1983 CAR SHOP MANUAL CONTINENTAL THUNDERBIRD/COUGAR, FAIRMONT FUTURA/ZEPHYR, LTD/MARQUIS, MUSTANG/CAPRI |
| FAFD2000000004700000000054 | 1983 LIGHT TRUCK SHOP MANUAL F100-F350, ECONOLINE (E100-E350) |
| FAFD2000000005500000000058 | 1984 CAR SHOP MANUAL LINCOLN TOWN CAR/FORD CROWN VICTORIA/MERCURY GRAND MARQUIS |
| FAFD2000000005900000000061 | 1984 CAR SHOP MANUAL MARK VII, CONTINENTAL, THUNDERBIRD/COUGAR LTD/MARQUIS, MUSTANG/CAPRI |
| FAFD2000000006200000000067 | 1984 TRUCK SHOP MANUAL RANGER/BRONCO II |
| FAFD2000000006800000000074 | 1984 LIGHT TRUCK SHOP MANUAL BRONCO, ECONOLINE (E150-E350) F150-F350 |
| FAFD2000000007500000000077 | 1985 CAR SHOP MANUAL TEMPO/TOPAZ, ESCORT/LYNX, EXP |
| FAFD2000000007800000000082 | 1985 CAR SHOP MANUAL LINCOLN TOWN CAR, FORD CROWN VICTORIA, MERCURY GRAND MARQUIS |
| FAFD2000000008300000000085 | 1985 CAR SHOP MANUAL: PART 1 OF 2, VOL. B CONTINENTAL, MARK VII, THUNDERBIRD/COUGAR, LTD/MARQUIS, MUSTANG/CAPRI |
| FAFD2000000008600000000091 | 1985 TRUCK SHOP MANUAL RANGER/BRONCO II |
| FAFD2000000009200000000099 | 1985 TRUCK SHOP MANUAL BRONCO, ECCONOLINE (E150-E350) F-150-F-350 |
| FAFD2000000010000000000103 | 1986 CAR SHOP MANUAL LINCOLN TOWN CAR, FORD CROWN VICTORIA/MERCURY GRAND MARQUIS |
| FAFD2000000010400000000107 | 1986 CAR SHOP MANUAL CONTINENTAL/MARK VIII, THUNDERBIRD/COUGAR, LTD/MARQUIS, MUSTANG/CARPRI |
| FAFD2000000010800000000118 | 1986 TRUCK SHOP MANUAL RANGER/BRONCO II |
| FAFD2000000011900000000126 | 1986 LIGHT TRUCK SHOP MANUAL BRONCO, ECONOLINE (E150-E350) F150-F350 |

| Document Range | Description |
|---|---|
| FAFD2000000001270000000129 | 1987 CAR SHOP MANUAL LINCOLN TOWN CAR, FORD CROWN VICTORIA, MERCURY GRAND MARQUIS |
| FAFD2000000001300000000132 | 1987 CAR SHOP MANUAL CONTINENTAL, MARK VII, THUNDERBIRD/COUGAR MUSTAND |
| FAFD2000000001330000000141 | 1987 TRUCK SHOP MANUAL RANGER/BRONCO II |
| FAFD2000000001420000000153 | 1987 LIGHT TRUCK SHOP MANUAL BRONCO, ECONOLINE/E-100, E-350 AND F-150, F-350 |
| FAFD2000000001540000000156 | 1980 CAR SHOP MANUAL LINCOLN TOWN CAR, FORD CROWN VICTORIA, MERCURY GRAND MARQUIS |
| FAFD2000000001570000000159 | 1988 CAR SHOP MANUAL MARK VII, THUNDERBIRD/COUGAR, MUSTANG |
| FAFD2000000001600000000174 | 1988 TRUCK SHOP MANUAL RANGER/BRONCO II |
| FAFD2000000001750000000186 | 1988 LIGHT TRUCK SHOP MANUAL BRONCO, ECONOLINE (E150-E350) F150-F350, FSERIES SUPER DUTY |
| FAFD2000000001870000000189 | 1989 CAR SHOP MANUAL THUNDERBIRD/COUGAR |
| FAFD2000000001900000000192 | 1989 CAR SHOP MANUAL LINCOLN TOWN CAR, FORD CROWN VICTORIA, MERCURY GRAND MARQUIS |
| FAFD2000000001930000000196 | 1989 COMPACT TRUCK SHOP MANUAL AEROSTAR, RANGER, BRONCO II |
| FAFD2000000001970000000203 | 1989 LIGHT TRUCK SHOP MANUAL E, E150-F350, F SUPER DUTY, BRONCO |
| FAFD2000000002040000000210 | 1990 TRUCK SHOP MANUAL ECONOLINE, F SERIES, BRONCO |
| FAFD2000000002110000000214 | 1990 TRUCK SHOP MANUAL AEROSTAR, RANGER, BRONCO II |
| FAFD2000000002150000000221 | 1991 TRUCK SHOP MANUAL BRONCO, ECONOLINE, F-SERIES F-SUPER DUTY |
| FAFD2000000002220000000224 | 1991 CAR SHOP MANUAL CAPRI |
| FAFD2000000002250000000231 | 1992 TRUCK SERVICE MANUAL ECONOLINE, F150, F250, F350, BRONCO, F SERIES SUPER DUTY |
| FAFD2000000002320000000234 | 1992 CAR SHOP MANUAL CAPRI |
| FAFD2000000002350000000240 | 1993 TRUCK SERVICE MANUAL ECONOLINE F150 F250 F350 F SERIES SUPER DUTY |
| FAFD2000000002410000000248 | 1994 TRUCK SERVICE MANUAL ECONOLINE, F150. F250, F350, F SUPER DUTY |
| FAFD2000000002490000000259 | 1995 ECONOLINE SERVICE MANUAL |
| FAFD2000000002600000000270 | 1995 TRUCK SERVICE MANUAL ECONOLINE, F150, F250, F350, F SUPER DUTY |
| FAFD4000000016480000016711 | 1973 CAR SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000016712000016938 | 1972 CAR SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000017042000017076 | 1969 CAR PRELIMINARY SHOP MANUAL |
| FAFD4000000017096000017156 | 1960 FALCON SHOP MANUAL |
| FAFD4000000017157000017226 | 1964 FAIRLANE SHOP MANUAL SUPPLEMENT |
| FAFD4000000017227000017771 | 1970 TRUCK SHOP MANUALS VOLUME ONE CHASSIS |
| FAFD4000000018400000018548 | 1959 FORD CAR SHOP MANUAL |
| FAFD4000000018549000019029 | 1967 FORD TRUCK SHOP MANUAL VOLUME ONE |
| FAFD4000000019030000019290 | 1975-1976 CAR SHOP MANUAL VOL 1 CHASSIS |
| FAFD4000000019291000019992 | 1975 TRUCK SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000020008000020025 | 1975 TRUCK SHOP MANUAL SUPPLEMENT |
| FAFD4000000020026000020253 | 1974 CAR SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000020263000020877 | 1973 FORD TRUCK SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000020878000020951 | 1971 CAR SHOP MANUAL PINTO |
| FAFD4000000020952000020971 | 1970 MAVERICK CAR PRELIMINARY SHOP MANUAL |
| FAFD4000000020972000021204 | 1970 CAR SHOP MANUAL VOLUME ONE CHASSIS |
| FAFD4000000021205000021776 | 1972 TRUCK SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000021777000021990 | 1971 CAR SHOP MANUAL |
| FAFD4000000021991000021998 | PINTO DO IT YOURSELF MANUAL |

15

| Document Range | Description |
|---|---|
| FAFD4000000219990000022019 | 1971 CAR PRELIMINARY SHOP MANUAL |
| FAFD4000000220410000022274 | 1972 CAR SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000222750000022381 | 1972 CAPRI SHOP MANUAL |
| FAFD4000000223820000022431 | 1972 COURIER SHOP MANUAL |
| FAFD4000000224320000022459 | 1972 CAR SHOP MANUAL PRELIMINARY |
| FAFD4000000224600000022474 | 1972 TRUCK SHOP MANUAL PRELIMINARY |
| FAFD4000000224750000023022 | 1970 TRUCK SHOP MANUAL VOLUME ONE CHASSIS |
| FAFD4000000230230000023058 | CAPRI SHOP MANUAL |
| FAFD4000000230700000023105 | 1970 CAR PRELIMINARY SHOP MANUAL |
| FAFD4000000231060000023138 | 1970 TRUCK PRELIMINARY SHOP MANUAL |
| FAFD4000000231390000023187 | 1973 FORD TRUCK SHOP MANUAL PRELIMINARY |
| FAFD4000000231880000023196 | 1973 CAR SHOP MANUAL PRELIMINARY |
| FAFD4000000231970000023246 | 1973 COURIER TRUCK SHOP MANUAL |
| FAFD4000000232470000023480 | 1973 FORD CAR SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000234810000023582 | 1973 CAPRI CAR SHOP MANUAL |
| FAFD4000000235920000024124 | 1968 FORD TRUCK SHOP MANUAL VOLUME ONE |
| FAFD4000000241250000024238 | 1968 BRONCO 1969 ECONOLINE AND CLUB WAGON SHOP MANUAL |
| FAFD4000000242390000024444 | 1968 FORD AND MERCURY SHOP MANUAL |
| FAFD4000000244450000024524 | 1967 LINCOLN CONTINENTAL SHOP MANUAL |
| FAFD4000000245250000024539 | 1968 LINCOLN CONTINENTAL SHOP MANUAL SUPPLEMENT |
| FAFD4000000245400000024547 | 1968 PASSENGER CAR - MAINTENANCE AND LUBRICATION MANUAL |
| FAFD4000000245480000024565 | 1968 FORD THUNDERBIRD SHOP MANUAL SUPPLEMENT |
| FAFD4000000245740000025054 | 1967 FORD TRUCK SHOP MANUAL VOLUME ONE |
| FAFD4000000250550000025089 | 1969 CAR PRELIMINARY SHOP MANUAL |
| FAFD4000000250900000025204 | 1967 FORD BRONCO, ECONOLINE, AND RECREATIONAL VEHICLE SHOP MANUAL |
| FAFD4000000252120000025227 | 1969 FORD TRUCK PRELIMINARY SHOP MANUAL |
| FAFD4000000252280000025450 | 1969 FORD CAR SHOP MANUAL VOLUME ONE CHASSIS |
| FAFD4000000254510000025644 | 1967 COUGAR, FAIRLANE, FALCON, MERCURY - INTERMEDIATE, MUSTANG SHOP MANUAL |
| FAFD4000000256450000025866 | 1967 FORD AND MERCURY SHOP MANUAL |
| FAFD4000000258670000025945 | 1967 FORD THUNDERBIRD SHOP MANUAL |
| FAFD4000000259460000026440 | 1969 FORD TRUCK SHOP MANUAL VOLUME ONE |
| FAFD4000000264880000026572 | 1962 FORD THUNDERBRID SHOP MANUAL |
| FAFD4000000265730000026713 | 1962 GALAXIE, GALAXIE 500 AND STATION WAGONS SHOP MANUAL |
| FAFD4000000267140000026818 | 1962 FORD FAIRLANE AND FAIRLANE 500 SHOP MANUAL |
| FAFD4000000268190000026833 | 1962-1963 LINCOLN CONTINENTAL MAINTENANCE MANUAL |
| FAFD4000000268340000026852 | 1962-1963 FORD TRUCK 100-800 SERIES SHOP MANUAL SUPPLEMENT |
| FAFD4000000268530000026916 | 1963-1963 FORD TRUCK 850-1100 SERIES SHOP MANUAL SUPPLEMENT |
| FAFD4000000269170000026929 | 1962-1963 FORD ECONOLINE AND FALCON CLUB WAGON SHOP MANUAL SUPPLEMENT |
| FAFD4000000269300000026947 | 1963 FORD FAIRLANE AND MERCURY METEOR SHOP MANUAL SUPPLEMENT |
| FAFD4000000269480000026957 | 1963 FORD THUNDERBIRD SHOP MANUAL SUPPLEMENT |
| FAFD4000000269580000026988 | 1963 FORD GALAXIE AND 1962-1963 MERCURY MONTEREY SHOP MANUAL SUPPLEMENT |
| FAFD4000000269880000027099 | 1961 FORD CAR SHOP MANUAL |
| FAFD4000000271000000027196 | 1961 FORD TRUCK 850-1100- SERIES SHOP MANUAL |
| FAFD4000000271970000027257 | 1961 FALCON SHOP MANUAL |
| FAFD4000000272580000027286 | 1961 ECONOLINE SHOP MANUAL |

| Document Range | Description |
|---|---|
| FAFD40000002728700000027347 | 1961 THUNDERBIRD SHOP MANUAL |
| FAFD40000002734800000027405 | 1961 COMET MAINTENANCE MANUAL |
| FAFD40000002740600000027455 | 1961 LINCOLN CONTINENTAL MAINTENANCE MANUAL |
| FAFD40000002745600000027573 | 1961 MERCURY MAINTENANCE MANUAL |
| FAFD40000002757400000027868 | 1959 FORD TRUCK SHOP MANUAL |
| FAFD40000002786900000028093 | 1969 CAR SHOP MANUAL VOLUME ONE CHASSIS |
| FAFD40000002809400000028627 | 1968 FORD TRUCK SHOP MANUAL VOLUME ONE |
| FAFD40000002862800000028666 | 1956 FORD CAR SHOP MANUAL |
| FAFD40000002866700000028894 | 1974 CAR SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD40000002889500000028939 | 1974 FORD TRUCK SHOP MANUAL VOLUME 5 PRE-DELIVERY, MAINTENANCE AND LUBRICATION |
| FAFD40000002894000000029053 | 1977 FORD TRUCK SHOP MANUAL FORD COURIER |
| FAFD40000002905400000029105 | 1977 FORD LINCOLN VERSAILLES SHOP MANUAL |
| FAFD40000002911300000029193 | 1974 FORD CAR SHOP MANUAL CAPRI |
| FAFD40000002919400000029266 | 1974 FORD TRUCK SHOP MANUAL COURIER |
| FAFD40000002926700000029971 | 1977 FORD TRUCK SHOP MANUAL VOL 1 CHASSIS |
| FAFD40000002997200000030024 | 1980 FORD MERCURY, LINCOLN CONTINENTAL, AND CONTINENTAL MARK VI CAR SHOP MANUAL BODY, CHASSIS, ELECTRICAL |
| FAFD40000003002500000030080 | 1980 CAR SHOP MANUAL BODY CHASSIS ELECTRICAL FAIRMONT, ZEPHYR, THUNDERBIRD, COUGAR XR-7 |
| FAFD40000003008100000030650 | 1972 TRUCK SHOP MANUAL VOLUME ONE CHASSIS |
| FAFD40000003065100000030923 | 1980 LIGHT TRUCK SHOP MANUAL BODY, CHASSIS, ELECTRICAL |
| FAFD40000003092400000031038 | 1978 FORD COURIER TRUCK SHOP MANUAL |
| FAFD40000003103900000031110 | 1979 FORD FIESTA CAR SHOP MANUAL |
| FAFD40000003111100000031126 | 1979 CAR SHOP MANUAL PRE-DELIVERY, MAINTENANCE AND LUBRICATION VOLUME 5 |
| FAFD40000003112700000031163 | 1978 TRUCK SHOP MANUAL VOLUME 5 PRE-DELIVERY, MAINTENANCE AND LUBRICATION |
| FAFD40000003116400000031247 | 1980 PINTO, BOBCAT, MUSTANG, CAPRI, GRANADA, MONARCH, VERSAILLES CAR SHOP MANUAL - BODY AND CHASSIS |
| FAFD40000003124800000031620 | 1978 CAR SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD40000003162100000031695 | 1965 LINCLOLN CONTINENTAL MAINTENANCE MANUAL |
| FAFD40000003169600000031768 | 1965 FORD THUNDERBIRD SHOP MANUAL |
| FAFD40000003176900000031858 | 1965 FORD ECONOLINE SHOP MANUAL |
| FAFD40000003185900000032076 | 1966 FORD AND MERCURY SHOP MANUAL |
| FAFD40000003207700000032528 | 1966 FORD TRUCK SHOP MANUAL VOLUME ONE |
| FAFD40000003252900000032942 | 1965 FORD TRUCKS SHOP MANUAL VOLUME ONE |
| FAFD40000003294300000033043 | 1966 FORD THUNDERBIRD SHOP MANUAL |
| FAFD40000003304400000033139 | 1966 FORD FALCON CLUB WAGON ECONOLINE AND RECREATIONAL VEHICLE SHOP MANUAL |
| FAFD40000003314000000033165 | 1964 FORD TRUCK 850-1100 SERIES SHOP MANUAL SUPPLEMENT |
| FAFD40000003316600000033236 | 1964 FAIRLANE SHOP MANUAL SUPPLEMENT |
| FAFD40000003323700000033307 | 1964 FORD ECONOLINE AND FALCON CLUB WAGON SHOP MANUAL SUPPLEMENT |
| FAFD40000003330800000033536 | 1964 FORD TRUCK 500-800 SERIES SHOP MANUAL |
| FAFD40000003353700000033600 | 1964 FORD THUNDERBIRD SHOP MANUAL |
| FAFD40000003360100000033754 | 1964 FORD AND MERCURY SHOP MANUAL |
| FAFD40000003375500000033921 | 1965 FORD AND MERCURY SHOP MANUAL |
| FAFD40000003392200000034057 | 1964 COMET AND FALCON SHOP MANUAL |
| FAFD40000003412300000034821 | 1976 FORD TRUCK SHOP MANUAL VOL. 1 CHASSIS |
| FAFD40000003482200000035539 | 1975 FORD TRUCK SHOP MANUAL VOL 1 CHASSIS |

| Document Range | Description |
|---|---|
| FAFD40000003554000000036171 | 1974 FORD TRUCK SHOP MANUAL VOLUME 1 CHASSIS SECOND PRINTING |
| FAFD40000003617200000036230 | 1975 FORD CAR SHOP MANUAL SUPPLEMENT |
| FAFD40000003623100000036489 | 1975 FORD CAR SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD40000003649000000036786 | 1977 FORD CAR SHOP MANUAL VOL. 1 CHASSIS |
| FAFD40000003678700000036856 | 1975 FORD TRUCK SHOP MANUAL COURIER |
| FAFD40000003685700000037120 | 1975-1976 FORD CAR SHOP MANUALS VOL. 1 CHASSIS |
| FAFD40000003994700000040129 | MANUAL TRANSMISSION AND DRIVELINE (2002) |
| FAFD40000004013000000040312 | MANUAL TRANSMISSION AND DRIVELINE UPDATED JANUARY, 2006 |
| FAFD40000004038900000040397 | FORD PASSENGER CAR SHOP MANUAL 1949-1950-1951 |

Ford also refers Plaintiff to additional service/shop manuals not included above that are publicly available through various online public resources and were made available to all consumers, including, for example, Ford's Motorcraft website (for a nominal per manual fee), and is located at www.motorcraft.com. Older resources are also available to Plaintiff in the public domain on a third party website for a nominal per manual fee, and are located at www.helminc.com.

Beyond this, Ford objects to this Interrogatory because it is overly broad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence, particularly because it is not limited to any specific make, model and model year of vehicles, or any specific brake and/or clutches on which Victor Michel allegedly worked while employed as a mechanic at Crescent Ford (located in Jefferson, Louisiana) during the 1968-1969 time period. Additionally, this Interrogatory is not limited to a reasonable or relevant time frame, and instead seeks information spanning Ford's entire corporate history – a time frame of over 100 years.

**INTERROGATORY NO. 12:**

Did Defendant, any predecessor or any related company, at any time, place any warning signs or labels on the containers in which any of the Defendants replacement brakes were packaged? If the answer is "Yes", please state the following:

a.   The first date on which such warning was actually placed on said product;

b.   The first date on which such product accompanied by such warning was first sold, distributed or installed;

c.   The exact wording of this first warning; and

d.   The location and size of this first warning as it appeared on said product.

**ANSWER:**

In August 1980, Ford released Package Label Specification L-1516 and L-1517, which were used as caution labels on certain asbestos-containing friction products. (Document Nos. FAFD0012768, FAFD0015421, FAFD0015423, FAFD0020428, FAFD1 001734, FAFD1 001793 and FAFD2 000002; and Document Nos. FAFD0012769, FAFD0015155, FAFD0020427, FAFD0021249, FAFD1 001735, FAFD1 001794 and FAFD2 000003). The language of L-1516 read as follows:

CAUTION: Contains asbestos fibers. Avoid creating dust. Breathing asbestos dust may cause serious bodily harm.

When servicing this brake lining or any component related to it or located near it, prevent asbestos dust from becoming airborne by vacuuming the assembly with an industrial type vacuum cleaner equipped with a high efficiency filter system and by washing the assembly with an appropriate brake parts washer if necessary. Never remove dust or dirt from this assembly by blowing with compressed air.

The language of L-1517 read as follows:

CAUTION: CONTAINS ASBESTOS FIBERS. AVOID CREATING DUST. BREATHING ASBESTOS DUST MAY CAUSE SERIOUS BODILY HARM.

When servicing this clutch plate or any component related to it or located near it, prevent asbestos dust from becoming airborne by vacuuming the assembly with an industrial type vacuum cleaner equipped with a high efficiency filter system. Never remove dust or dirt from this assembly by blowing with compressed air.

In 1987, Ford revised the caution label to read:

DANGER
CONTAINS ASBESTOS FIBERS
AVOID CREATING DUST
CANCER AND LUNG DISEASE HAZARD

Do not inhale dust from brakes, clutches or associated components. Inhalation of asbestos fibers may cause cancer or asbestosis. Compressed air or brushes must not be used to clean brakes, brake drums, clutches or associated components. A high-efficiency vacuum cleaner should be used to carefully remove dust. Adherent dust should be removed with a damp rag. Wear high-efficiency cartridge or airline respirator if preceding work practices cannot be used. Dust and any rag used to remove it should be enclosed for disposal within a sealed impermeable bag bearing this label. Use asbestos-free replacement parts when available.

In 1989, Ford combined Package Label Specification L-1516 with L-1517, to read as follows:

DANGER
CONTAINS ASBESTOS FIBERS
AVOID CREATING DUST
CANCER AND LUNG DISEASE HAZARD

Do not inhale dust from brakes, clutches or associated components. Inhalation of asbestos fibers may cause cancer or asbestosis. Compressed air or brushes must not be used to clean brakes, brake drums, clutches or associated components. A high-efficiency vacuum cleaner should be used to carefully remove dust. Adherent dust should be removed with a damp rag. Wear high-efficiency

cartridge or airline respirator if preceding work practices cannot be used. Dust and any rag used to remove it should be enclosed for disposal within a sealed impermeable bag bearing this label. Use asbestos-free replacement parts when available.

Beyond this, Ford objects to this Interrogatory because it is overly broad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. This Interrogatory is not limited to a reasonable scope, and instead seeks information relating to any warning signs or labels – whether asbestos-related or not – placed on the containers of any replacement brakes that may have been sold or distributed by Ford, and is not limited in any reasonable manner to those specific asbestos-containing brake components to which Victor Michael was allegedly exposed while working as a mechanic at Crescent Ford (located in Jefferson, Louisiana) during the 1968 to 1969 time period. Further, this Interrogatory is not limited to a reasonable or relevant time frame, and instead seeks information spanning Ford's entire corporate history – a time frame of over 100 years.

**INTERROGATORY NO. 13:**

Identify any and all meetings regarding the decision to apply warnings to Defendant's vehicles.

**ANSWER:**

Ford refers Plaintiff to the following documents located within the Asbestos Friction Document Collection, which relate generally to Ford's decision to apply asbestos-related warnings to its friction products:

| Document Range | Description |
|---|---|
| FAFD0000000022100000000221 | EXPOSURE OF BRAKE MAINTENANCE SHOP WORKERS TO BRAKE DUST |
| FAFD0000000024100000000242 | BRAKE MAINTENANCE SHOP WORKERS DUST EXPOSURE - MOUNT SINAI SCHOOL OF MEDICINE INVESTIGATION |
| FAFD0000000164900000001649 | HEALTH HAZARDS RELATING TO BRAKE LINING REPAIR |
| FAFD0000000167900000001680 | BRAKE MAINTENANCE SHOP WORKERS DUST EXPOSURE - MOUNT SINAI SCHOOL OF MEDICINE INVESTIGATION |
| FAFD0000000169100000001691 | ASBESTOS STATEMENT - BRAKE SHOES / PADS AND CLUTCH DISCS |
| FAFD0000000306100000003061 | HEALTH HAZARDS RELATING TO BRAKE LINING REPAIR |
| FAFD0000000376200000003762 | HEALTH HAZARDS RELATING TO BRAKE LINING REPAIR |
| FAFD0000000622800000006228 | HEALTH HAZARDS RELATING TO BRAKE LINING REPAIR |

| Document Range | Description |
|---|---|
| FAFD0000000638300000006384 | BRAKE MAINTENANCE SHOP WORKERS DUST EXPOSURE - MOUNT SINAI SCHOOL OF MEDICINE INVESTIGATION |
| FAFD0000000638500000006385 | EXPOSURE OF GARAGE MECHANICS TO BRAKE DUST |
| FAFD0000000638600000006386 | EXPOSURE OF BRAKE MAINTENANCE SHOP WORKERS TO BRAKE DUST |
| FAFD0000000656600000006566 | MEMO REGARDING GARAGE MECHANICS BLOWING OFF BRAKE DRUMS |
| FAFD0000000658000000006580 | EXPOSURE OF BRAKE MAINTENANCE SHOP WORKERS TO BRAKE DUST |
| FAFD0000000749000000007491 | BRAKE MAINTENANCE SHOP WORKERS DUST EXPOSURE - MOUNT SINAI SCHOOL OF MEDICINE INVESTIGATION |
| FAFD0000000749200000007492 | ASBESTOS STATEMENT - BRAKE SHOES / PADS AND CLUTCH DISCS |
| FAFD0000000946500000009465 | EXPOSURE OF BRAKE MAINTENANCE SHOP WORKERS TO BRAKE DUST |
| FAFD0000000948500000009486 | BRAKE MAINTENANCE SHOP WORKERS DUST EXPOSURE - MOUNT SINAI SCHOOL OF MEDICINE INVESTIGATION |
| FAFD0000001107600000011076 | HEALTH HAZARDS RELATING TO BRAKE LINING REPAIR |
| FAFD0000001686800000016868 | ASBESTOS STATEMENT - BRAKE SHOES / PADS AND CLUTCH DISCS |
| FAFD0000001686900000016869 | ASBESTOS STATEMENT - BRAKE SHOES / PADS AND CLUTCH DISCS |
| FAFD0000001749800000017498 | EXPOSURE OF GARAGE MECHANICS TO BRAKE DUST |
| FAFD0000001789300000017893 | EXPOSURE OF GARAGE MECHANICS TO BRAKE DUST |
| FAFD0000001789500000017895 | EXPOSURE OF BRAKE MAINTENANCE SHOP WORKERS TO BRAKE DUST |
| FAFD0000001789600000017897 | BRAKE MAINTENANCE SHOP WORKERS DUST EXPOSURE - MOUNT SINAI SCHOOL OF MEDICINE INVESTIGATION |
| FAFD0000001848500000018485 | EXPOSURE OF BRAKE MAINTENANCE SHOP WORKERS TO BRAKE DUST |
| FAFD1000000001842000000001842 | ASBESTOS STATEMENT - BRAKE SHOES / PADS AND CLUTCH DISCS |

Beyond this, Ford objects to this Interrogatory because it is overly broad, unduly burdensome, and seeks irrelevant information, particularly because it is not limited in any reasonable manner to those asbestos-related warnings placed on friction vehicle components arguably at issue in this matter. Further, Ford objects to this Interrogatory because it is vague and ambiguous, and fails to identify any particular meeting for which information is sought with reasonable particularity – including, for example, a particular person or group within Ford, and as written encompasses any meeting that discussed any reference to any warnings placed on Ford vehicles. Moreover, this Interrogatory is not limited to a reasonable or relevant time period, and instead seeks as written seeks information spanning Ford's entire corporate history. Ford also

objects to this Interrogatory to the extent that it may seek information protected from discovery by the attorney-client privilege or the work product doctrine, or which is otherwise beyond the scope of permissible and appropriate discovery.

**INTERROGATORY NO. 14:**

Describe, in detail, any and all tests, if any, conducted by Defendant, any predecessor or any related company, or anyone acting on behalf thereof, concerning the quantity, quality or threshold limit values of asbestos dust or particles to which applicators or consumers of asbestos-containing products were exposed while using any product identified above, including:

    a.    The product being used;

    b.    Identify any and all person(s), firm(s) or entity(ies) conducting or participating in the conducting of said test;

    c.    State the date(s) of said test;

    d.    Describe the methodology, results and conclusions of said test;

    e.    Identify any and all documents referring to, relating or reflecting said test or the results and conclusions thereof; and

    f.    Identify any and all persons to whom any document referring to, relating to or reflecting the results or conclusions of said test was sent.

**ANSWER:**

Ford denies that there exists any medical or scientific knowledge that establishes a causal relationship between exposure to the friction products contained in its vehicles and asbestos-related disease or illness. Nevertheless, in the early 1970s, Arnold Anderson and Roy Gealer of Ford's Scientific Research Staff conducted tests to determine the quantity of asbestos fibers liberated from brake linings during the braking process. They concluded that over 99.98% of the asbestos fibers in brake linings decomposed during the braking process into other materials. Their results were published in a 1973 SAE paper by A. Anderson and R. Gealer entitled "Asbestos Emissions from Brake Dynamometer Tests," (Document No. FAFD0010726 – FAFD0010735).

In addition, commencing in the early 1970s, Ford participated in and provided partial funding for studies done by Dr. Irving Selikoff and others at what is now the Mt. Sinai School of Medicine in New York, which work was reported on in a paper entitled "Asbestos Exposure During Brake Lining and Maintenance and Repair," published in *Environmental Research*, Vol.

12, pp. 110-128 (1976) (Document Nos. FAFD0001669 – FAFD0001678, FAFD0005885, FAFD0007306 – FAFD0007324, FAFD0008195 – FAFD0008229 and FAFD0008737 – FAFD0008771). The work done was a study of the environmental pollution, if any, caused by asbestos in brake linings. The study came to focus on the occupational exposure of mechanics during brake repair and maintenance. Ford's Research and Engineering Department and Industrial Hygiene Department were advised of the study.

Ford also provided partial funding for a study conducted by Dennis Paustenbach concerning the environmental and occupational health hazards associated with the presence of asbestos in brake linings and pads. Ford refers Plaintiff to the following article, which is available in the public domain: Paustenbach, D.J., E. Lu, B.L. Finley, G.P. Brorby, and P. Sheehan, "*Environmental and Occupational Health Hazards Associated with the Presence of Asbestos in Brake Linings and Pads (1900 to Present): A "State-of-the-Art" Review,*" J Toxicol Environ Health B Crit Rev. 7(1):33-110 (2004) (Document No. FAFD 0013190 – FAFD0013267).

Ford's Industrial Hygiene Department conducted environmental air testing at Ford facilities for a variety of substances, including general asbestos air testing and air testing relating to asbestos-containing friction products. Specifically, Ford refers Plaintiff to the following documents located within the Asbestos Friction Document Collection referenced in the Preliminary Statement:

| Document Range | Description |
|---|---|
| FAFD0000000639400000006394 | "ASBESTOS AMBIENT AIR MONITORING - SCIENTIFIC LABORATORY, ROOM S-2031" |
| FAFD0000000639500000006395 | "ENGINEERING AND RESEARCH STAFF SCIENTIFIC LABORATORY CERAMICS LAB - ROOM S-2031 DEPT K9220 SEPTEMBER 14, 1981" |
| FAFD0000000639600000006396 | INDUSTRIAL HYGIENE ASBESTOS STUDY |
| FAFD0000000639700000006397 | "ENVIRONMENTAL SAFETY AND ENGINEERING STAFF OCTOBER 8, 1980 EMISSIONS LABORATORY - DEPT NO. K-447 TEST CELL 10" |
| FAFD0000000639800000006398 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000000639900000006399 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS FIBERS - ARIZONA PROVING GROUND |
| FAFD0000000640000000006400 | "ARIZONA PROVING GROUNDS SEPTEMBER 30 AND OCTOBER 1, 1980 ASBESTOS USE AREAS" |
| FAFD0000000644700000006447 | INDUSTRIAL HYGIENE STUDY - MACHINING AND WEAR DEPT |
| FAFD0000000644800000006448 | "ENGINEERING AND RESEARCH STAFF JUNE 30, 1980 MACHINING AND WEAR DEPT" |
| FAFD0000000660900000006609 | ASBESTOS IN AIR SAMPLING - RESEARCH AND ENGINEERING CENTER |
| FAFD0000000662700000006630 | ASBESTOS FIBER AIR SAMPLING - ARIZONA PROVING GROUNDS |
| FAFD0000000663700000006637 | "ASBESTOS EXPOSURE - TEST TRACK, KINGMAN, ARIZONA" |

| Document Range | Description |
|---|---|
| FAFD0000000664500000006648 | INDUSTRIAL HYGIENE STUDIES - ARIZONA PROVING GROUNDS |
| FAFD0000000670400000006704 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000000670500000006705 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS FIBERS - ARIZONA PROVING GROUND |
| FAFD0000000670600000006706 | "ARIZONA PROVING GROUNDS SEPTEMBER 30 AND OCTOBER 1, 1980 ASBESTOS USE AREAS" |
| FAFD0000000670700000006707 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS FIBERS - ARIZONA PROVING GROUND |
| FAFD0000000755300000007554 | INDUSTRIAL HYGIENE STUDY - ASBESTOS EXPOSURES AT AUTOMATIC OVERDRIVE (AOD) TRANSMISSION OPERATIONS |
| FAFD0000000755500000007555 | "LIVONIA TRANSMISSION PLANT APRIL 3, 1980 AUTOMATIC OVERDRIVE (AOD) TRANSMISSION DEPT" |
| FAFD0000000823700000008237 | OCCUPATIONAL EXPOSURE TO AIRBORNE ASBESTOS IN DEPT 601 AND 643 |
| FAFD0000000823800000008238 | "VAN DYKE PLANT SEPTEMBER 15, 1978 ASBESTOS SURVEY IN DEPT 601 & 643" |
| FAFD0000000823900000008239 | REVIEW OF THE INDUSTRIAL HYGIENE STUDIES CONDUCTED IN TRANSMISSION AND CHASSIS DIV FROM 1973 TO THE PRESENT |
| FAFD0000000838400000008384 | INDUSTRIAL HYGIENE STUDY - BRAKE ASSEMBLY ASBESTOS EXPOSURES |
| FAFD0000000838500000008385 | "STERLING AXLE PLANT DECEMBER 11, 1979" |
| FAFD0000001237900000012382 | "INDUSTRIAL HYGIENE SURVEY, ASBESTOS FIBERS" |
| FAFD0000001238900000012390 | INDUSTRIAL HYGIENE REPORT INDUSTRIAL HYGIENE STUDY OF ASBESTOS |
| FAFD0000001239100000012427 | "COMPREHENSIVE INDUSTRIAL HYGIENE SURVEY, ATLANTA ASSEMBLY PLANT" |
| FAFD0000001242800000012448 | ASBESTOS EVALUATION - SAN JOSE ASSEMBLY PLANT |
| FAFD0000001244900000012474 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000001247500000012476 | INDUSTRIAL HYGIENE SURVEY - STATUS REPORT |
| FAFD0000001247700000012487 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000001248800000012491 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. JMS-000443 |
| FAFD0000001249900000012502 | "ASBESTOS EXPOSURES, REAR AXLE ASSEMBLY, STERLING PLANT" |
| FAFD0000001250300000012506 | "AIRBORNE FIBER AIR SAMPLING RESULTS, DEPT 16, STERLING PLANT" |
| FAFD0000001251100000012512 | INDUSTRIAL HYGIENE STUDY - BRAKE ASSEMBLY ASBESTOS EXPOSURES |
| FAFD0000001251300000012516 | INDUSTRIAL HYGIENE SURVEY OF ASBESTOS FIBER EXPOSURE AT CONVEYOR LOADING OF BRAKE ASSEMBLY |
| FAFD0000001252300000012524 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. RMK-000579 |
| FAFD0000001252500000012536 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. AK-1031 |
| FAFD0000001257000000012570 | INDUSTRIAL HYGIENE SURVEY - CLUTCH ASSEMBLY AREA - DEPT 4980 AIRBORNE ASBESTOS |
| FAFD0000001257100000012595 | "DATA SHEET INDUSTRIAL HYGIENE SERVICES SECTION - INDUSTRIAL HYGIENE & TOXICOLOGY DEPT - EMPLOYE HEALTH SERVICES CLEVELAND ENGINE PLANT #2 - DEPT 4980 - CLUTCH ASSEMBLY MARCH 10, 1978" |
| FAFD0000001259600000012603 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. HBL-1007 |
| FAFD0000001260400000012605 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. JMS-000443 |

| Document Range | Description |
|---|---|
| FAFD0000001260600000012613 | FMC INDUSTRIAL HYGIENE SERVICES AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. JMS-000461 |
| FAFD0000001261400000012630 | "VAN DYKE PLANT SEPTEMBER 15, 1978 ASBESTOS SURVEY IN DEPT 601 & 643 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001263200000012632 | INDUSTRIAL HYGIENE SURVEY - ACETIC ACID AT WINDOW SEALER APPLICATION AND ASBESTOS AT BRAKE CALIPER INSTALLATION |
| FAFD0000001263300000012634 | INDUSTRIAL HYGIENE SURVEY OF ASBESTOS FIBER EXPOSURE AT CONVEYOR LOADING OF BRAKE ASSEMBLY |
| FAFD0000001263600000012638 | INDUSTRIAL HYGIENE REPORT EXPOSURE TO ASBESTOS. FITTING BRAKE SHOE AND DRUM SUB-ASSEMBLIES [NO.: 35 / 86] |
| FAFD0000001263900000012667 | INDUSTRIAL HYGIENE REPORT ASBESTOS EXPOSURES DURING CLEANING [NUMBER DAVID HANDS 33-86 CLAYTON 33254-15] |
| FAFD0000001267800000012690 | INDUSTRIAL HYGIENE REPORT ASBESTOS EXPOSURES [NUMBER 37925-15 L. LATORRE 25 / 87] |
| FAFD0000001269100000012692 | INDUSTRIAL HYGIENE REPORT ASBESTOS FIBER EXPOSURES [NUMBER DAVID HANDS 4-87] |
| FAFD0000001269300000012694 | INDUSTRIAL HYGIENE REPORT ASBESTOS EXPOSURE DURING BRAKE MAINTENANCE [NUMBER DAVID HANDS 31-87] |
| FAFD0000001269500000012696 | INDUSTRIAL HYGIENE REPORT ASBESTOS EXPOSURE [NUMBER PATRICIA A. BROGAN-16-87] |
| FAFD0000001269800000012698 | "ADDITIONAL INFORMATION ON INDUSTRIAL HYGIENE ON-SITE SAMPLING SERVICES FROM LANCASTER LABORATORIES, INC." |
| FAFD0000001272900000012730 | INDUSTRIAL HYGIENE REPORT INDUSTRIAL HYGIENE STUDY OF ASBESTOS |
| FAFD0000001273100000012732 | "INDUSTRIAL HYGIENE REPORT DUST EXPOSURES, CLUTCH ASSEMBLY, DEPT 283" |
| FAFD0000001273300000012734 | INDUSTRIAL HYGIENE REPORT SIX-CYLINDER COLD TEST DUST IDENTIFICATION |
| FAFD0000001273500000012736 | INDUSTRIAL HYGIENE STUDY - ASBESTOS FIBER COUNTS CAROUSEL OPERATION - DEPT 0018 |
| FAFD0000001273700000012737 | ATTACHMENT 1 INDUSTRIAL HYGIENE AIR SAMPLING DATA SHEET CHICAGO PDC 2622-6331 CAROUSEL OPERATIONS DEPT 0019 07/06/1990 RESULTS OF AIR SAMPLES ARRANGED BY EMPLOYEES |
| FAFD0000001273800000012738 | ATTACHMENT 2 INDUSTRIAL HYGIENE SUPPLEMENTARY SAMPLING AND ANALYTICAL DATA |
| FAFD0000001273900000012740 | INDUSTRIAL HYGIENE REVIEW - ASBESTOS-CONTAINING WARRANTY RETURN PARTS |
| FAFD0000001274200000012743 | INDUSTRIAL HYGIENE INVESTIGATION - WARRANTY PARTS RETURN CENTER |
| FAFD0000001274400000012745 | INDUSTRIAL HYGIENE AIR SAMPLING DATA SHEET |
| FAFD0000001275400000012754 | "AIR SAMPLING, E-6 TRUCK AXLE ASSEMBLY, VAN DYKE PLANT" |
| FAFD0000001275500000012755 | ATTACHMENT 1 INDUSTRIAL HYGIENE AIR SAMPLING DATA SHEET VAN DYKE PLANT 011827 E-6 AXLE ASSEMBLY DEPT RESULTS OF AIR SAMPLES ARRANGED BY DEPT |
| FAFD0000001275600000012758 | IEC HEALTH AND SAFETY ASSESSMENT: BREATHING ZONE AIR SAMPLING RESULTS FROM RELIABILITY TESTING LABORATORY (BUILDING #4) |
| FAFD0000001275900000012765 | "ATTACHMENT 1 INDUSTRIAL HYGIENE AIR SAMPLING DATA SHEET R&E CENTER / BUILDING #4 ROAD, LOAD, AND STRUCTURES RESULTS OF AIR SAMPLES ARRANGED BY AREAS AND PERSON" |
| FAFD0000001276700000012767 | ATTACHMENT 1 INDUSTRIAL HYGIENE AIR SAMPLING DATA SHEET FIBERS RESULTS OF AIR SAMPLES |

| Document Range | Description |
|---|---|
| | ARRANGED BY AGENT AND PERSON |
| FAFD0000001315800000013159 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. JMS-000461 |
| FAFD0000001316000000013161 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. JMS-000463 |
| FAFD0000001316200000013163 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. JMS-000465 |
| FAFD0000001316400000013172 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. JMS-000464 |
| FAFD0000001335700000013357 | ASBESTOS EXPOSURE OF TRANSMISSION CLUTCH STACKING OPERATION - LIVONIA TRANSMISSION PLANT |
| FAFD0000001335900000013360 | INDUSTRIAL HYGIENE REPORT SIX-CYLINDER COLD TEST DUST IDENTIFICATION |
| FAFD0000001336100000013362 | "INDUSTRIAL HYGIENE REPORT DUST EXPOSURES, CLUTCH ASSEMBLY, DEPT 283" |
| FAFD0000001343100000013431 | INDUSTRIAL HYGIENE STUDY - ASBESTOS EXPOSURE - LIVONIA TRANSMISSION PLANT |
| FAFD0000001343800000013439 | "AN INVESTIGATION ON AUGUST 4, 1977 IN RESPONSE TO AN EMPLOYEE COMPLAINT" |
| FAFD0000001344800000013449 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. IMS-000444 |
| FAFD0000001345000000013453 | "COMPREHENSIVE INDUSTRIAL HYGIENE SURVEY, ATLANTA ASSEMBLY PLANT" |
| FAFD0000001348700000013488 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000001349700000013512 | "SAN JOSE PLANT MAY 15 - 19, 1978 LEAD USE AREAS PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001353100000013531 | EMPLOYE EXPOSURE TO DUST DURING AUTOMATIC BORING AND ASBESTOS DURING CLUTCH DISC UNPACKING |
| FAFD0000001353200000013532 | "FAIRFAX TRANSMISSION PLANT AUGUST 22, 1978" |
| FAFD0000001353300000013534 | EMPLOYE EXPOSURES TO AIRBORNE ASBESTOS |
| FAFD0000001353500000013535 | "SHARONVILLE TRANSMISSION PLANT AUGUST 21, 1978" |
| FAFD0000001353600000013536 | OCCUPATIONAL EXPOSURE TO AIRBORNE ASBESTOS IN DEPT 601 AND 643 |
| FAFD0000001353700000013537 | "VAN DYKE PLANT SEPTEMBER 15, 1978 ASBESTOS SURVEY IN DEPT 601 & 643 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001353800000013538 | ASBESTOS EXPOSURE TRANSMISSION CLUTCH STACKING OPERATION - LIVONIA TRANSMISSION PLANT |
| FAFD0000001353900000013539 | "LIVONIA TRANSMISSION PLANT FEBRUARY 2, 1979 DEPT 90 CLUTCH STACKING OPERATION PERMISSIBLE OCCUPATIONAL LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001354000000013540 | INDUSTRIAL HYGIENE ASBESTOS STUDY - CLUTCH ASSEMBLY AREA - DEPT 4980 - CLEVELAND ENGINE PLANT NO. 2 |
| FAFD0000001356800000013568 | "EMPLOYE EXPOSURES TO SOLVENT VAPORS IN DELPARK WATER RECOVERY AREA, AND ASBESTOS EXPOSURES DURING LIFT TRUCK REPAIR" |
| FAFD0000001357000000013570 | "ONTARIO TRUCK PLANT MAY 1, 1979 PERMISSIBLE OCCUPATIONAL EXPOSURES TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001357700000013577 | ASBESTOS EXPOSURE TRANSMISSION CLUTCH STACKING OPERATION - TRANSMISSION PLANT |
| FAFD0000001357800000013578 | "LIVONIA TRANSMISSION PLANT NOVEMBER 27, 1979 DEPT 90 PERMISSIBLE OCCUPATIONAL EXPOSURE |

| Document Range | Description |
|---|---|
| | LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001358000000013581 | INDUSTRIAL HYGIENE STUDY - ASBESTOS EXPOSURE - CLUTCH PACKAGING OPERATION - DEPT 25C613 |
| FAFD0000001358200000013582 | "DETROIT SUPPLY AND CENTRAL PARTS DEPOT CLUTCH PACKAGING OPERATION JUNE 5, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS (PEL):" |
| FAFD0000001358300000013583 | INDUSTRIAL HYGIENE STUDY - MACHINING AND WEAR DEPT |
| FAFD0000001358400000013584 | "ENGINEERING AND RESEARCH STAFF JUNE 30, 1980 MACHINING AND WEAR DEPT PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANT:" |
| FAFD0000001358500000013585 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. HBL-1007 |
| FAFD0000001358600000013586 | INDUSTRIAL HYGIENE SURVEY - ACETIC ACID AT WINDOW SEALER APPLICATION AND ASBESTOS AT BRAKE CALIPER INSTALLATION |
| FAFD0000001358700000013588 | "ONTARIO TRUCK PLANT SEPTEMBER 15, 1983 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001359000000013590 | CENTRAL [LABORATORY] FUNCTIONAL AND ENDURANCE SECTION BRAKE PAD COEFFICIENT OF FRICTION TEST PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS: |
| FAFD0000001359100000013591 | INDUSTRIAL HYGIENE STUDY OF FIBER CONCENTRATIONS AND SLUDGE DEPOSIT |
| FAFD0000001359200000013592 | STERLING PLANT DEPT 33 25 APRIL 1984 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS (PEL): |
| FAFD0000001359400000013595 | INDUSTRIAL HYGIENE SURVEY OF ASBESTOS FIBER EXPOSURE AT CONVEYOR LOADING OF BRAKE ASSEMBLY |
| FAFD0000001359600000013596 | VAN DYKE PLANT 20 SEPTEMBER 1984 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS (PEL): |
| FAFD0000001359800000013599 | INDUSTRIAL HYGIENE SURVEY OF ASBESTOS FIBER EXPOSURE AT CONVEYOR LOADING OF BRAKE ASSEMBLY |
| FAFD0000001360000000013600 | STERLING PLANT 20 SEPTEMBER 1984 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS (PEL): |
| FAFD0000001360200000013603 | INDUSTRIAL HYGIENE REPORT INDUSTRIAL HYGIENE STUDY OF ASBESTOS |
| FAFD0000001360400000013604 | "AIRBORNE FIBER AIR SAMPLING RESULTS, DEPT 16, STERLING PLANT" |
| FAFD0000001360500000013605 | ATTACHMENT 1 INDUSTRIAL HYGIENE AIR SAMPLING DATA SHEET STERLING PLANT E-6 TRUCK AXLE ASSEMBLY 16 RESULTS OF AIR SAMPLES ARRANGED BY AREAS AND PERSON |
| FAFD0000001411300000014116 | ASBESTOS FIBER AIR SAMPLING - ARIZONA PROVING GROUNDS |
| FAFD0000001411700000014120 | ASBESTOS FIBER AIR SAMPLING - ARIZONA PROVING GROUNDS |
| FAFD0000001542800000015428 | "SAN JOSE ASSEMBLY PLANT DEPT 50 NO. 1 TRIM LINE - ROOF LINER INSTALLATION DECEMBER 9, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001542900000015429 | "SAN JOSE ASSEMBLY PLANT DEPT 85 COMMERCIAL WHEEL PAINT BOOTH DECEMBER 9, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001543000000015430 | "SAN JOSE ASSEMBLY PLANT DEPT 45 OIL HOUSE DECEMBER 10, 1981 PERMISSIBLE OCCUPATIONAL |

| Document Range | Description |
|---|---|
| | EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001543100000015431 | "SAN JOSE ASSEMBLY PLANT DEPT 5 WELD POINT DRESSING DECEMBER 10, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001544100000015442 | "SAN JOSE PLANT MAY 15 - 19, 1978 LEAD USE AREAS PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001544300000015443 | "SAN JOSE PLANT MAY 15 - 19, 1978 JITTERBUG SANDING OPERATIONS PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS" |
| FAFD0000001544500000015446 | "SAN JOSE PLANT MAY 15 - 19, 1978 PAINT SPRAY BOOTH (COMMERCIAL SIDE) PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001544700000015448 | "SAN JOSE PLANT MAY 15 - 19, 1978 ASBESTOS USAGE AREAS [ILLEGIBLE] OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONCENTRATIONS" |
| FAFD0000001544900000015450 | "SAN JOSE PLANT MAY 15 - 19, 1978 FINE WIRE WELD BOOTHS PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONCENTRATIONS" |
| FAFD0000001545100000015451 | "SAN JOSE PLANT MAY 15 - 19, 1978 BRAZING OPERATION PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001545400000015454 | "SAN JOSE PLANT MAY 15 - 19, 1978 COMMERCIAL SNO-SOL APPLICATION AREA PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONCENTRATIONS" |
| FAFD0000001549100000015491 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000001549200000015500 | "INDUSTRIAL HYGIENE STUDIES - OIL MIST, DUST, SOLVENT VAPORS, ASBESTOS AND ACID MIST" |
| FAFD0000001570300000015739 | "COMPREHENSIVE INDUSTRIAL HYGIENE SURVEY, ATLANTA ASSEMBLY PLANT" |
| FAFD0000001574200000015742 | "MR. LICK OF THE INDUSTRIAL HYGIENE DEPT CONDUCTED AN AIR SAMPLING SURVEY AT EMISSIONS LABORATORY TEST CELL #10 ON OCTOBER 8, 1980" |
| FAFD0000001582900000015829 | INDUSTRIAL HYGIENE STUDIES FROM 1976 TO THE PRESENT HAVE BEEN REVIEWED |
| FAFD0000001584400000015845 | INDUSTRIAL RELATIONS BULLETIN SUBJECT MONITORING EXPOSURES TO AIRBORNE ASBESTOS FIBERS [BULLETIN NO. 40 C] |
| FAFD0000001597100000015972 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000001597300000015973 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000001597400000015975 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS FIBERS - ARIZONA PROVING GROUND |
| FAFD0000001613300000016133 | "AN INDUSTRIAL HYGIENE STUDY OF ASBESTOS EXPOSURE, DEPT 74 - KENTUCKY TRUCK PLANT" |
| FAFD0000001613400000016134 | "KENTUCKY TRUCK PLANT FEBRUARY 15, 1979 CLUTCH ASSEMBLY AREA DEPT 74 OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001613500000016135 | JOB NO. 7946-179-LA LAB NO. 142064 SAMPLE DESCRIPTION: KY. TRUCK PLANT |
| FAFD0000001613900000016140 | ASBESTOS EXPOSURE TRANSMISSION CLUTCH STACKING OPERATION - LIVONIA TRANSMISSION PLANT |
| FAFD0000001614600000016152 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS EXPOSURES - BRAKE AND TIRE LABORATORY - SEM ANALYSIS |
| FAFD0000001615300000016157 | INDUSTRIAL HYGIENE STUDY - ARIZONA PROVING GROUNDS |
| FAFD0000001615800000016162 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS EXPOSURES AT BRAKE AND TIRE LABORATORY |
| FAFD0000001616300000016164 | INDUSTRIAL HYGIENE STUDY ASBESTOS - BEAR AXLE LINE DEPT 81 A2 C - MICHIGAN TRUCK PLANT |
| FAFD0000001616500000016165 | "INDUSTRIAL HYGIENE SURVEY, ASBESTOS FIBERS" |
| FAFD0000001616600000016168 | ARIZONA PROVING GROUNDS BRAKE GRINDING MACHINE DEPT K2592 2-3 MAY 1983 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT FOR AIRBORNE |

| Document Range | Description |
|---|---|
|  | CONTAMINANTS (PEL): |
| FAFD0000001632400000016325 | INDUSTRIAL HYGIENE REPORT ASBESTOS EXPOSURE DURING BRAKE MAINTENANCE [NUMBER DAVID HANDS 31-87] |
| FAFD0000001632900000016329 | "ANALYZED SAMPLE SUBMITTED ON MAY 23, 1979" |
| FAFD0000001633000000016330 | "AN INDUSTRIAL HYGIENE STUDY OF ASBESTOS EXPOSURE, DEPT 74 - KENTUCKY TRUCK PLANT" |
| FAFD0000001633100000016339 | "KENTUCKY TRUCK PLANT FEBRUARY 15, 1979 CLUTCH ASSEMBLY AREA DEPT 74 OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001635400000016356 | INDUSTRIAL HYGIENE AUDIT OF OHIO TRUCK PLANT 6-8 JUNE 1983 |
| FAFD0000001636100000016365 | INDUSTRIAL HYGIENE REPORT DUST EXPOSURE [NUMBER PATRICIA A. BROGAN 41-86 CLAYTON-35148-15 REVISED] |
| FAFD0000001636600000016367 | "INDUSTRIAL HYGIENE COMMENTS VAN DYRE PLANT REVIEW MAY 22-25, 1969" |
| FAFD0000001636800000016368 | "ASBESTOS EXPOSURE EVALUATION - DEPARTMENTS 4524, 4525, 491 AND 488" |
| FAFD0000001636900000016370 | "YPSILANTI PLANT SEPTEMBER 8 AND 12, 1978 DEPARTMENTS 4524, 4525, 491 & 488 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001637100000016372 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-725 |
| FAFD0000001637300000016374 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-726 |
| FAFD0000001637500000016376 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-727 |
| FAFD0000001637700000016378 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-728 |
| FAFD0000001638200000016383 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-731 |
| FAFD0000001638400000016385 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-733 |
| FAFD0000001638600000016387 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-734 |
| FAFD0000001638800000016389 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-730 |
| FAFD0000001639000000016391 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-732 |
| FAFD0000001639200000016393 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-750 |
| FAFD0000001639400000016394 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-750 |
| FAFD0000001655200000016552 | ASBESTOS EVALUATION - MICHIGAN TRUCK PLANT |
| FAFD0000001655300000016553 | INDUSTRIAL HYGIENE STUDY ASBESTOS - REAR AXLE LINE DEPT 81-A2-C |
| FAFD0000001692200000016922 | "INDUSTRIAL HYGIENE STUDY, DRIVESHAFT ASSEMBLY AND SPINDLE HEAT TREAT DEPT - STERLING AXLE PLANT" |
| FAFD0000001692300000016924 | "STERLING AXLE PLANT DEPT NO. 33 - DRIVESHAFT ASSEMBLY PLANT NOVEMBER 19, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE |

| Document Range | Description |
|---|---|
| | CONTAMINANTS:" |
| FAFD0000001693800000016939 | ASBESTOS EXPOSURE TRANSMISSION CLUTCH STACKING OPERATION - LIVONIA TRANSMISSION PLANT |
| FAFD0000001703800000017038 | ASBESTOS EXPOSURE TRANSMISSION CLUTCH STACKING OPERATION - LIVONIA TRANSMISSION PLANT |
| FAFD0000001703900000017039 | "LIVONIA TRANSMISSION PLANT MAY 1, 1979 DEPT 90, CLUTCH STACKING PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001704300000017045 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS EXPOSURE AT BRAKE AND TIRE LABORATORY |
| FAFD0000001719300000017194 | INDUSTRIAL HYGIENE STUDY-EXPERIMENTAL VEHICLE GARAGE-METAL SHOP |
| FAFD0000001719500000017195 | "CAR PRODUCT DEVELOPMENT EXPERIMENTAL VEHICLE GARAGE METAL SHOP AUGUST 18, 1983 BULK SAMPLE ANALYSES" |
| FAFD0000001733300000017333 | "INDUSTRIAL HYGIENE STUDY, DRIVESHAFT ASSEMBLY AND SPINDLE HEAT TREAT DEPT - STERLING AXLE PLANT" |
| FAFD0000001733400000017334 | "STERLING AXLE PLANT DEPT NO. 33 - DRIVESHAFT ASSEMBLY PLANT NOVEMBER 19, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001733500000017335 | "STERLING AXLE PLANT DEPT NO. 24 - SPINDLE HEAT TREAT NOVEMBER 19, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001733600000017336 | "INDUSTRIAL HYGIENE STUDY, DRIVESHAFT ASSEMBLY AND SPINDLE HEAT TREAT DEPT - STERLING AXLE PLANT" |
| FAFD0000001733700000017337 | "STERLING AXLE PLANT DEPT NO. 33 - DRIVESHAFT ASSEMBLY PLANT NOVEMBER 19, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001733800000017338 | "STERLING AXLE PLANT DEPT NO. 24 - SPINDLE HEAT TREAT NOVEMBER 19, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001733900000017339 | INDUSTRIAL HYGIENE STUDY - BRAKE ASSEMBLY ASBESTOS EXPOSURES |
| FAFD0000001734000000017340 | "STERLING AXLE PLANT DECEMBER 11, 1979 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS (PEL):" |
| FAFD0000001772700000017727 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS EXPOSURES - BRAKE AND TIRE LABORATORY - SEM ANALYSIS |
| FAFD0000001773400000017736 | INDUSTRIAL HYGIENE STUDY - ARIZONA PROVING GROUNDS |
| FAFD0000001774500000017747 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS EXPOSURES AT BRAKE AND TIRE LABORATORY |
| FAFD0000001774800000017749 | "CAR ENGINEERING RELIABILITY LABORATORY BRAKE AND TIRE LABORATORY FEBRUARY 8 AND 9 AND MARCH 17, 1983 AIRBORNE ASBESTOS ANALYSIS PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS (PEL):" |
| FAFD0000001775000000017750 | INDUSTRIAL HYGIENE STUDY ASBESTOS - REAR AXLE LINE DEPT 81 A2 C - MICHIGAN TRUCK PLANT |
| FAFD0000001775200000017755 | ARIZONA PROVING GROUNDS EXHAUST VENTILATION AIR FLOW MEASUREMENTS 2 MAY 1983 |
| FAFD0000001775600000017757 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000001789100000017891 | INDUSTRIAL HYGIENE STUDY - BRAKE ASSEMBLY ASBESTOS EXPOSURES |
| FAFD0000001789200000017892 | "STERLING AXLE PLANT DECEMBER 11, 1979 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS (PEL):" |

| Document Range | Description |
|---|---|
| FAFD0000001790200000017903 | INDUSTRIAL HYGIENE RE-STUDY - ASBESTOS FIBER EXPOSURES |
| FAFD0000001790500000017905 | "INDUSTRIAL HYGIENE SURVEY, ASBESTOS FIBERS" |
| FAFD0000001790600000017906 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS FIBERS |
| FAFD0000001790700000017908 | "KENTUCKY TRUCK PLANT ASBESTOS USE AREAS MARCH 13, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS" |
| FAFD0000001801200000018012 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000001801300000018013 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS FIBERS - ARIZONA PROVING GROUND |
| FAFD0000001801400000018014 | "ARIZONA PROVING GROUNDS SEPTEMBER 30 AND OCTOBER 1, 1980 ASBESTOS USE AREAS PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS" |
| FAFD0000001841800000018419 | ASBESTOS IN AIR SAMPLING - RESEARCH AND ENGINEERING |
| FAFD0000001842200000018428 | INDUSTRIAL HYGIENE STUDIES - ARIZONA PROVING GROUNDS |
| FAFD0000001843500000018435 | ASBESTOS CONTENT IN DUST FROM CLUTCH DISCS - DETROIT PARTS DEPOT |
| FAFD0000001843600000018436 | RESULT OF SAMPLE SUBMITTED NO OTHER ASBESTOS FORMS DETECTED |
| FAFD0000001855200000018556 | INDUSTRIAL HYGIENE ASSESSMENT DURING ASBESTOS REMOVAL AT THE FORD DEARBORN ASSEMBLY PLANT DEARBORN, MICHIGAN FOR FMC CLAYTON PROJECT NO. 50099-15 |
| FAFD0000002045500000020455 | LETTER ENCLOSING REPORT ON THE ASSESSMENT OF AIRBORNE FIBER CONCENTRATIONS DURING REMOVAL, CLEAN-UP AND ENCAPSULATION OF ASBESTOS THERMAL INSULATION LOCATED IN THE MAIN SERVICE TUNNEL, COLUMNS 265-268 |
| FAFD0000002045600000020459 | INDUSTRIAL HYGIENE ASSESSMENT, REMOVAL, CLEAN-UP AND ENCAPSULATION IN THE MAIN SERVICE TUNNEL COLUMNS 265 - 268 OF FMC DEARBORN, MICHIGAN 48121 [ECE PROJECT NO. 11164] |
| FAFD0000002079300000020796 | AIR SAMPLING REPORT FOR: AIRBORNE ASBESTOS FIBERS FMC POWER HOUSE, THIRD FLOOR 3001 MILLER ROAD DEARBORN, MI 48121 BDN JOB NO. 7999 IH |
| FAFD0000002093100000020931 | INDUSTRIAL HYGIENE STUDY - MACHINING AND WEAR DEPT |
| FAFD0000002093200000020932 | INDUSTRIAL HYGIENE SERVICES SECTION INDUSTRIAL HYGIENE & TOXICOLOGY DEPT EMPLOYE HEALTH SERVICES ENGINEERING AND RESEARCH STAFF JUNE 30, 1980 MACHINING AND WEAR DEPT,PERSONAL INFORMATIO |
| FAFD0000002093300000020933 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000002093400000020934 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS FIBERS - ARIZONA PROVING GROUND |
| FAFD0000002093500000020935 | INDUSTRIAL HYGIENE SERVICES SECTION INDUSTRIAL HYGIENE AND TOXICOLOGY DEPT EMPLOYE HEALTH SERVICES ARIZONA PROVING GROUNDS SEPTEMBER 30 AND OCTOBER 1, 1980 ASBESTOS USE AREAS,PERSONAL INFORMATIO |
| FAFD0000002093600000020937 | INDUSTRIAL HYGIENE SURVEY |

Beyond this, Ford objects to this Interrogatory because it is overly broad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. This Interrogatory is not limited to a reasonable time frame or scope (i.e., those asbestos-containing friction vehicle components to which Victor Michel was allegedly exposed while employed as a mechanic at

Crescent Ford from 1968-1969), and instead seeks information relating to any and all asbestos-related tests conducted by Ford concerning *any* asbestos-containing products, of any type, sold or distributed by Ford, at any time during Ford's entire corporate history. Ford also objects to this Interrogatory because it is argumentative and misleading to the extent that it implies that there exists any medical or scientific knowledge that establishes a causal relationship between exposure to the friction products contained in its vehicles and asbestos-related disease or illness, which Ford denies.

**INTERROGATORY NO. 15:**

If you and/or any predecessor/related entity were, at any time, involved in any of the following types of transactions concerning the Crescent Ford, identify any and all documents referring to, relating to, and/or reflecting the same:

      a.     The purchase/sale of all or part of said facility;

      b.     The leasing of all or part of said facility; and/or

      c.     The use, operation and/or control of said facility by an entity other than the then owner.

**ANSWER:**

Ford states that Crescent Ford Truck Sales, Inc. (located at 6121 Jefferson Highway, Harahan, Louisiana  70121) is an authorized Ford dealership, and has been in operation since September 10, 1965. Upon entry of an appropriate protective order, Ford will produce a copy of the Dealer File for Crescent Ford Truck Sales, Inc.

Beyond this, Ford objects to this Interrogatory because it is overly broad and seeks information neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. In particular, this Interrogatory is not limited in any reasonable manner to those time periods when Victor Michel allegedly worked at Crescent Ford (located in Jefferson, Louisiana) during the 1968 to 1969 time period. Ford also objects to this Interrogatory to the extent it seeks information not within Ford's possession, custody or control.

**INTERROGATORY NO. 16:**

Did Defendant or any predecessor/related entity have any relationship with Crescent Ford, operating in Louisiana? If the answer is "Yes", please describe Defendant's involvement with said entity including any documents regarding this relationship.

**ANSWER:**

Ford states that Crescent Ford Truck Sales, Inc. (located at 6121 Jefferson Highway, Harahan, Louisiana 70121) is an authorized Ford dealership, and has been in operation since September 10, 1965. Pursuant to the entry of an appropriate protective order, Ford will produce its Dealer File for Crescent Ford Truck Sales, Inc.

Beyond this, Ford objects to this Interrogatory because it is overly broad and seeks information neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, specifically because it is not limited in any reasonable manner to those time periods when Victor Michel allegedly worked at Crescent Ford (located in Jefferson, Louisiana) during the 1968 to 1969 time period. Ford also objects to this Interrogatory to the extent it seeks information not within Ford's possession, custody or control.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

Please produce any and all purchase orders, invoices or other documents of this Defendant, predecessor, or related companies, which refer, reflect, or relate to the specification, sale, shipment, delivery of any asbestos-containing products to the Plaintiff's worksites.

**RESPONSE:**

After a reasonable inquiry, Ford was unable to locate any information or documents relating to the sale of asbestos-containing brakes and/or clutches to Crescent Ford (located in Jefferson, Louisiana), during the 1968 through 1969 time period when Mr. Michel allegedly worked at this location as a mechanic. Ford believes that the documents sought in this Request are no longer available due to the extreme passage of time.

Beyond this, Ford objects to this Request because it is overly broad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Specifically, this Request is not limited to a reasonable time frame or scope, and instead seeks all purchase orders, invoices, contracts or any other documents concerning *any* asbestos-containing products, of any type, at "Plaintiff's worksites," at any time, and is without any reasonable limitation to those time periods or asbestos-containing friction vehicle components to which Victor Michel was allegedly exposed while employed as a mechanic at Crescent Ford (located in Jefferson, Louisiana) during the 1968 to 1969 time period.

**REQUEST FOR PRODUCTION NO. 2:**

Full and complete copies of any and all deposition transcripts of testimony given by you in any civil matter filed against you alleging asbestos-related disease resulting from exposure to asbestos.

**RESPONSE:**

After a reasonable inquiry and diligent search in those areas of the company where responsive information would likely be located, Ford has identified the following deposition and trial transcripts of individuals who Ford believes has testified as a corporate representative on its behalf in asbestos-related litigation matters.

(1)   Jack Ridenour: 1971-unknown, Design Analysis Engineer

Deposition Date:  December 9, 1983
Case:  *Vaughn v. Raymark Industries, Inc., et al*
Court:  United States District Court, Eastern District of Missouri
Case Number:  82-1655-C(A)

Deposition Date:  June 11, 1984
Case:  Zitis v. General Motors, et al
Court:  Superior Court of New Jersey, Law Division - Bergen County
Case Number:  L-1634-77

Deposition Date:  September 20, 1984
Case:  *Zitis v. General Motors, et al*
Court:  Superior Court of New Jersey, Law Division - Bergen County
Case Number:  L-1634-77

Deposition Date:  December 17, 1984
Case:  *Cooper v. Armstrong World Industries, et al*
Court:  In the United States District Court, For The Southern District of Florida
Case Number:  81-1055-CIV-Nesbitt

Deposition Date:  June 28, 1995
Case:  *Steed, et al v. Borg Warner, et al*
Court:  District Court, Wood County, Texas, 294th Judicial District
Case Number:  92-141

Deposition Date:  November 23, 1998
Case:  *Charbonneau v. Asbestos Defendants, et al*
Court:  Superior Court of California, County of San Francisco
Case Number:  988234

(2)   Arnold Anderson:  1957-1987, Engineer

Deposition Date:  December 17, 1984
Case:  *Cooper v. Armstrong World Industries, et al*
Court:  In the United States District Court for The Southern District of Florida
Case No.:  81-1055-CIV-Nesbitt

Deposition Date:  March 10, 1989
Case:  Coxtes [sic] v. Raymark Industries, Inc., et al
Court:  *Superior Court of New Jersey, Law Division: Middlesex County*
Case No.:  L-095651-85

Deposition Date: February 8, 1993
Case: *Stables v. General Motors Corporation, et al*
Court: Circuit Court of the 19th Judicial District, St. Lucie County, State of Florida
Case No.: 90-506-CA-17

Trial Date: February 1, 1996
Case: *Schroeder, et al v. Firestone Tire and Rubber Co., et al*
Court: Court of Common Pleas, State of Ohio, County of Cuyahoga
Case No.: 288118

Deposition Date: March 16, 1996
Case: *Steed, et al v. Borg-Warner Corporation, et al*
Court: District Court, Woods County, Texas, 294th Judicial District
Case No.: 92-141

Deposition Date: April 10, 1996
Case: *Grewe, et al v. AC and S, Inc., et al*
Court: Circuit Court for Baltimore City
Case No.: 96112702

Trial Date: February 25, 1998
Case: *Brown v. Borg-Warner, et al*
Court: County Court at Law Number 2, El Paso County, Texas
Case No.: 95-1922

Deposition Date: May 4, 1998
Case: *Block v. Maremont Corporation, et al*
Court: District Court, Harris County, Texas, 215th Judicial District
Case No.: 94-007165

Deposition Date: May 6, 1999
Case: *Bouldin v. Abex Corporation, et al*
Court: District Court, Brazoria County, Texas, 239th Judicial District
Case No.: 95G0712

Deposition Date: February 15, 2001
Case: *Horton v. Allied Signal Inc., et al*
Court: Court of Common Pleas, Cuyahoga County, Ohio
Case No.: 391719

Deposition Date: May 15, 2001
Case: *Wilson v. Able Supply Company, et al*
Court: District Court, Brazoria County, Texas, 23rd Judicial District
Case No.: 11664-BH00

Deposition Date: July 10, 2001
Case: *Robinson v. Owens-Corning Corporation, et al*
Court: Superior Court for Richmond County, State of Georgia
Case No.: 2000-RCCV-456

Trial Date: January 14, 2002
Case: *Brown v. AC and S Inc., et al*
Court: Supreme Court of the State of New York, County of New York
Case No.: 120595/00

Deposition Date: February 8, 2003
Case: *Arndt v. Allied Signal, Inc., et al*
Court: Superior Court of the State of Washington, King County
Case No.: 00-2-23169-5SEA

Deposition Date:  May 27, 2003
Case:  *In re: ACR XXIV Asbestos Cases of King County*
Court:  State of Michigan, Circuit Court for the County of Oakland
Case No.:  03-049643-CZ

(3)   George E. Woodford:  Late 1960's-1986, Senior Project Engineer in the Rouge Steel
Operation

Deposition Date:  August 27, 1986
Case:  *Jackson v. Ford Motor Company, et al*
Court:  State of Michigan, In the Circuit Court for the County of Wayne
Case Number:  84-422256-NP

(4)   Robert O. Williams:  1981 - unknown, Design Analysis Manager.

Deposition Date:  June 29, 1987
Case:  *Webb v. The Celotex Corporation, et al*
Court:  State of Michigan, In the Circuit Court for the County of Wayne
Case No.:  85-514-889-NP

Deposition Date:  July 7, 1988
Case:  *Coates v. Raymark Industries, Inc., et al*
Court:  Superior Court of New Jersey, Law Division: Middlesex County
Case No.:  L-095651-85

Deposition Date:  February 15, 1989
Case:  *Allen v. Ford Motor Company*
Court:  US District Court, western District of Louisiana, Alexandria Division
Case No.:  86-3276-A

(5)   Henry Lick:  1968-2001, Manager, Industrial Hygiene Department

Deposition Date:  December 4, 2002
Case*: Rehm, James David v. Navistar Int'l Corp., et al*
Court:  Jefferson Circuit Court Division Five
Case Number:  01-CI-01344

Deposition Date:  October 2, 2009
Case*: Silverstein v. A.W. Chesterton, Inc., et al*
Court:  In the Circuit Court, Third Judicial Circuit, Madison County, Illinois
Case Number:  08-L-392

(6)   Mark K. Taylor:  1988-March 2011, Design Analysis Engineer.

Deposition Date:  August 30, 2006
Case:  *Dalbo v. American Honda Motor Company, Incorporated, et al.*
Court:  Court of Common Pleas of Indiana County, Pennsylvania
Case Number:  11484 CD 2005

Deposition Date:  April 25, 2007
Case:  *Vucelich v. CSX Transportation, Inc.*
          *Hickman v. Union Carbide Corporation*
Court:  Circuit Court of Kanawha County, West Virginia
Case Number:  06-C-187M

Deposition Date:  August 22, 2007
Case:  *Butcher v. Allied Signal, Inc., et al.*
Court:  In the Circuit Court for Hamilton County, State of Tennessee
Case Number:  06C933

Deposition Date:  December 21, 2007
Case:  *Forrest v. Asbestos Defendants (BP)*
Court:  Court of the State of California, County of San Francisco
Case Number:  428203

Deposition Date:  January 3, 2008
Case:  *Guerra v. Bondex International, Inc., et al.*
Court:  Superior Court of the State of California, County of Los Angeles
Case Number:  BC 365479

Deposition Date:  February 14, 2008
Case:  *Engle v. 3M Corporation; et al.*
Court:  District Court, 2nd Judicial District, County of Ramsey, Minnesota
Case Number:  C4-07-50665

Deposition Date:  March 19, 2008
Case:  *Baragar v. Asbestos Defendants (BP)*
Court:  Court of the State of California, County of San Francisco
Case Number:  274439

Deposition Date:  April 2, 2008
Case:  *Guilder v. American Honda Motor Co., Inc., et al.*
Court:  Circuit Court, 11th Judicial Circuit for Miami-Dade County, Florida
Case Number:  07-36683

Deposition Date:  May 14, 2008
Case:  *Bier v. A.W. Chesterton, Inc., et al.*
Court:  Court of Common Pleas, Cuyahoga County, Ohio
Case Number:  578389

Deposition Date:  July 9, 2008
Case:  *Kolasinski v. Acme Liquidating Corp., et al.*
Court:  Supreme Court of the State of New York, County of Erie
Case Number:  I2008-405

Deposition Date:  July 30, 2008
Case:  *Russell v. Alcatel-Lucent Managed Solutions, LLC, et al.*
Court:  Superior Court of the State of California, County of Los Angeles
Case Number:  BC386030

Deposition Date:  July 30, 2008
Case:  *Friend v. Baker Hughes Oilfield Operations, Inc., et al.*
Court:  Superior Court of the State of California, City and County of San Francisco
Case Number:  CGC-07-274482

Deposition Date:  August 26, 2008
Case:  *Clawson v. AC and S., Inc., et al.*
Court:  Superior Court of the State of California, County of San Francisco – Unlimited
     Jurisdiction
Case Number:  CGC-08-274597

Deposition Date:  September 11, 2008
Case:  *Rehm v. Navistar International Corporation, et al.*
Court:  Jefferson Circuit Court
Case Number:  01-CI-01344

Deposition Date:  September 16, 2008
Case:  *Bretzke v. Ford Motor Company, et al.*
Court:  State of Minnesota, Second Judicial District Court, County of Ramsey
Case Number:  62-CV-08-1189

Deposition Date:  November 6, 2008
Case:  *Brodeur v. A.W. Chesterton Company, et al.*
Court:  Superior Court of the State of California, City and County of Los Angeles
Case Number:  BC373865

Deposition Date:  December 11, 2008 & June 24, 2009
Case:  *Ianniello, et al. v. Allied Glove Corporation, et al.*
Court:  Court of Common Pleas, Cuyahoga County, Ohio
Case Number:  CV-06-601147, 483172, 48128, 645245, 652190

Deposition Date:  December 12, 2008
Case:  *DuFour, et al. v. AGCO Corporation, et al.*
Court:  U.S. District Court, Southern District of Mississippi
Case Number:  1:05-CV-00169-WJG

Deposition Date:  January 20, 2009
Case:  *Smith v. Chrysler LLC, et al.*
Court:  Superior Court of the State of California, County of Los Angeles
Case Number:  BC 396072

Deposition Date:  February 24, 2009
Case:  *Burger v. Amcord, Inc., et al.*
Court:  Superior Court of the State of California, County of Los Angeles
Case Number:  BC 370746

Deposition Date:  March 4, 2009
Case:  *Martin v. A.W. Chesterton Company, et al.*
Court:  Superior Court of the State of California, County of Los Angeles
Case Number:  BC 378790

Deposition Date:  May 27, 2009
Case:  *Skewes v. Advance Auto Parts, et al.*
Court:  Superior Court of the State of California, County of Ventura
Case Number:  56-2008-0033428-CU-AS-VTA

Deposition Date:  June 8, 2009
Case:  *Goebel v. Bondex International, et al.*
Court:  Superior Court of the State of California, County of Los Angeles
Case Number:  BC 390 954

Deposition Date:  June 8, 2009
Case:  *Niebauer v. 3M Company, et al.*
Court:  Superior Court of the State of California, County of Los Angeles
Case Number:  BC 401422

Deposition Date: July 2, 2009
Case:  *In Re Asbestos Litigation*
      *J&C Trial Group Edward Locker*
Court:  Superior Court of the State of Delaware, In and For New Castle County
Case Number:  07C-11-014 ASB

Deposition Date:  July 27, 2009
Case:  *Honer v. Aqua Chem, Inc.*
Court:  Superior Court of the State of California, County of Los Angeles
Case Number:  BC 323 721

Deposition Date:  July 29, 2009
Case:  *Butitta v. Rapid American Corp., et al.*
Court:  Circuit Court of Cook County, Illinois, County Department, Law Division
Case Number:  08 L 009254

Deposition Date:  September 1, 2009
Case:  *Anderson v. Borg-Warner Morse Tec Inc., et al.*
Court:  Circuit Court Of Cook County, Illinois, County Department, Law Division
Case Number:  08 L 007354

Deposition Date:  September 1, 2009
Case:  *Boman v. Alfa Laval, Inc., et al.*
Court:  Superior Court of the State Of California, For the County of Los Angeles
Case Number:  BC 405823

Deposition Date:  September 16, 2009
Case:  *Petros v. 3M Company, et al.*
Court:  Superior Court of the State of California In and for the County of Alameda
Case Number:  RG09429427

Deposition Date:  November 3, 2009
Case:  *Morris v. Asbestos Corporation Ltd., et al.*
Court:  Superior Court of the State of California, County of Los Angeles – Court Of
          Unlimited Jurisdiction
Case Number:  BC 410153

Deposition Date:  November 6, 2009
Case:  *Kysiak v. Autozone, Inc., et al*
Court:  In the District Court Harris County, Texas 11th Judicial District
Case Number:  2009-27938-ASB

Deposition Date:  December 15, 2009
Case:  *Toole v. Georgia-Pacific, LLC, et al.*
Court:  Superior Court of Miller County, State Of Georgia
Case Number:  2009-V-113

Deposition Date:  January 25, 2010
Case:  *Williams v. Advance Auto Parts, Inc., et al.*
Court:  Circuit Court, Third Judicial Circuit, Madison County, Illinois
Case Number:  09-L-537

Deposition Date:  February 10, 2010
Case:  *Hardeman v. American Honda Motor Co., Inc., et al.*
Court:  Superior Court of the State of California, County of Los Angeles
Case Number:  BC 393891

Deposition Date:  February 10, 2010
Case:  *Lundwall v. Amcord, Inc., et al.*
Court:  Superior Court of the State of California, County of Los Angeles
Case Number:  BC 372789

Deposition Date:  February 10, 2010
Case:  *Stenberg v. A.W. Chesterton Company, et al.*
Court:  Superior Court of the State of California, County of Los Angeles
Case Number:  BC 413054

Deposition Date:  March 4, 2010
Case:  *Munoz v. A. Schulman, Inc., et al.*
Court:  Superior Court of the Stat of California, For the County of Los Angeles
Case Number:  BC 415137

Deposition Date:  March 22, 2010 & April 27, 2010
Case:  *Dixon v. Bondex International, Inc., et al.*
Court:  In the Circuit Court for Baltimore City, Maryland
Case Number:  24-X-08-000322

Deposition Date:  April 15, 2010
Case:  *Esdale v. Allied Signal, Inc., et al.*
Court:  Northampton County, Court of Common Pleas, Pennsylvania
Case Number:  C-48-AB-2008-86

Deposition Date:  May 20, 2010 & July 14, 2010
Case:  *Barker v. AGCO Corporation, et al.*
Court:  Superior Court of the State of California, County of Los Angeles
Case Number:  BC 413054

Deposition Date:  May 20, 2010 & July 14, 2010
Case:  *Gonzales v. Does 6-500*
Court:  Superior Court of the State of California, County of Los Angeles
Case Number:  BC 418569

Deposition Date:  May 20, 2010 & July 14, 2010
Case:  *Spencer v. Amcord, Inc., et al.*
Court:  Superior Court of the State of California, County of Los Angeles
Case Number:  BC 415565

Deposition Date:  September 2, 2010
Case:  *Bankhead v. Allied Packing & Supply, Inc.*
Court:  In the Superior Court of the State of California, In and For the County of
         Alameda
Docket Number:  RG10502243

Deposition Date:  September 13, 2010
Case:  *Uriano v. Atlas Turner, LTD.*
Court:  In the Superior Court of the State of Delaware, In and For New Castle County
Action Number:  06C-09-246 ASB

Deposition Date:  September 13, 2010
Case:  *DuHadaway v. Avisun Corp., et al.*
Court:  In the Superior Court of the State of Delaware, In and For New Castle County
Case Number:  08C-08-285 ASB

Deposition Date:  September 13, 2010
Case:  *Payne v. Anchor Packing Co., et al*
Court:  In the Superior Court of the State of Delaware, In and For New Castle County
Case Number:  08C-03-089 ASB

Deposition Date:  September 13, 2010
Case:  *Romano v. Anchor Packing Co., et al.*
Court:  In the Superior Court of the State of Delaware, In and For New Castle      County
Case Number:  07C-12-127 ASB

Deposition Date:  September 16, 2010
Case:  *Chavan v. 3M Company, Inc.*
Court:  Superior Court of New Jersey, Middlesex County: Law Division
Docket Number:  MID-L-1628-09

Deposition Date:  September 16, 2010
Case:  *Carner v. Certainteed Corp., et al.*
Court:  Superior Court of New Jersey, Middlesex County: Law Division
Docket Number:  L-10456-08 AS

Deposition Date:  September 29, 2010
Case: *Waniss v. American Honda Motor Co. Inc., et al.*
Court:  Superior Court of the State of California, For the County of Los Angeles
Case Number: BC 424811

Deposition Date:  October 7, 2010
Case:  *Haynes v. Asbestos Corp., Ltd., et al.*
Court:  Superior Court of the State of California, City and County of San Francisco
        – Unlimited Civil Jurisdiction
Case Number: CGC-08-274647

Deposition Date:  October 18, 2010
Case:  *Ricks v. A.W. Chesterton Co., et al.*
Court:  Superior Court of the State of California, For the County of Los Angeles
Case Number:  BC421386

Deposition Date:  October 18, 2010
Case:  *Patchen v. A.W. Chesterton Co., et al.*
Court:  Superior Court of the State of California, For the County of Los Angeles
Case Number:  BC421268

Deposition Date:  October 18, 2010
Case:  *Lineberry v. A.W. Chesterton Co., et al.*
Court:  Superior Court of the State of California, For the County of Los Angeles
Case Number:  BC430592

Deposition Date:  October 26, 2010
Case:  *Farag v. Advance Auto Parts, et al.*
Court:  Superior Court of the State of California, For the County of Los Angeles
Case Number:  BC431525

Deposition Date:  October 26, 2010 & November 11, 2010
Case:  *Johnson v. Advocate Mines, Ltd., et al.*
Court:  Superior Court of the State of California, For the County of San Francisco
Case Number:  CGC-10-275528

Deposition Date:  November 5, 2010
Case:  *Cathcart v. Ford Motor Co., et al.*
Court:  In The Court of Common Pleas of Philadelphia County, Pennsylvania
Case Number:  0960

Deposition Date:  December 16, 2010
Case:  *Ginter v. Anderson & Vreeland, Inc., et al.*
Court:  State of New York, Supreme Court: County of Erie
Index Number: I2010-4061

<u>Mark K. Taylor</u>:  March 2011-present, Design Analysis Manager.

Deposition Date:  March 9, 2011
Case:  *Gibboney v. A.W. Chesterton Co., et al.*
Court:  In the Court of Common Pleas, Cuyahoga County, Ohio
Case Number:  CV-08-6765002

Deposition Date:  April 7, 2011
Case:  *Norman v. Asbestos Defendants, et al.*
Court:  Civil District Court for the Parish of Orleans, State of Louisiana Division "F,"
        Section "10"
Case Number: 2007-15314

Deposition Date:  April 19, 2011
Case:  *Lokey v. Abex Corporation, et al.*
Court:  Virginia: In the Circuit Court for Albemarle County
Law Number: CL05-010647-00

Deposition Date:  May 23, 2011, June 25, 2011 & July 21, 2011
Case:  *Stillman v. Allied Packing & Supply, Inc., et al.*
Court:  Superior Court of the State of California, In and For the County of Alameda
Case Number:  RG10528222

Deposition Date:  July 6 & 7, 2011
Case:  *Ginter v. Anderson & Vreeland, Inc., et al.*
Court:  Supreme Court of the State of New York, 8th Judicial District
Case Number: I 2010-4061

Deposition Date:  July 14, 2011
Case:  *Steiner v. Advanced Auto Parts, et al.*
Court:  Superior Court of the State of California, For the County of Santa Barbara
Case Number:  1374169

Deposition Date:  August 24, 2011
Case:  *Albright v. AC&R Insulation Company, et al.*
Court:  In the Circuit Court for Baltimore City, Maryland
Case Number: 24X10000011

Deposition Date:  August 24, 2011
Case:  *Pavlick v. Advance Stores Co., Inc., et al.*
Court:  In the US District Court for the Eastern District of Pennsylvania
Case Number:  10-67147-ER

Deposition Date:  October 13, 2011
Case:  *Israel v. Abex Corporation, et al.*
Court:  In the Superior Court for the County of Providence, State of Rhode Island
Case Number:  PC 10-6594

Deposition Date:  January 13, 2012 and September 18, 2013
Case:  *Farrall v. Asbestos Corporation, Ltd., et al.*
Court:  In the Superior Court of the State of Delaware, In and For New Castle     County
Case Number:  C.A. No. N11C-05-257-ASB

Deposition Date:  January 13, 2012
Case:  *Shimko v. Borg Warner, Inc., et al.*
Court:  In the Superior Court of the State of Delaware, In and For New Castle     County
Case Number:  C.A. No. N10C-12-238-ASB

Deposition Date:  January 13, 2012
Case:  *Osani v. General Motor Corp., et al.*
Court:  In the Superior Court of the State of Delaware, In and For New Castle     County
Case Number:  C.A. No. N09C-02-084-ASB

Deposition Date:  January 13, 2012
Case:  *Giuttari v. Borg Warner, Inc., et al.*
Court:  In the Superior Court of the State of Delaware, In and For New Castle County
Case Number:  C.A. No. N09C-07-252-ASB

Deposition Date:  February 7, 2012
Case:  *Webber v. 3B Products Company, et al.*
Court:  In the Court of Common Pleas of Philadelphia County
Case Number:  1348

Deposition Date:  March 6-7, 2012
Case:  *Stuckart v. AC and S, Inc., et al.*
Court:    Superior  Court  of  California,  County  of  San  Francisco  –  Unlimited
        Jurisdiction
Case Number:  CGC-09-275304

Deposition Date:  March 6-7, 2012
Case: *Lepore v. AC and S, Inc., et al.*
Court:    Superior   Court   of   California,   County   of   San   Francisco   –   Unlimited
       Jurisdiction
Case Number:  CGC-09-275411

Deposition Date:  March 14, 2012
Case: *Snyder v. A. Schulman, Inc., et al.*
Court:  Supreme Court of the State of New York, Onandoga County
Case Number:  2009-2589

Deposition Date:  May 8, 2012
Case: *Jarvis v. 3M Company a/k/a Minnesota Mining & Manufacturing Company, et al.*
Court:  Superior Court of California, County of Los Angeles, Central Civil West
Case Number:  BC472635

Deposition Date:  July 12, 2012
Case: *Patrick Scott v. Allied Packing & Supply, Inc., et al.*
Court:  Superior Court of California, In and For the County of Alameda
Case Number:  RG12613671

Deposition Date:  November 27, 2012 and December 5, 2012
Case: *William Oddo v. Asbestos Corporation Ltd., et al.*
Court:  Civil District Court for the Parish of Orleans, State of Louisiana
Case Number:  No. 2011-5883, Division "I-14"

Deposition Date:  December 6, 2012 and January 4, 2013
Case: *Louis D'Alotto v. A.W. Chesterton, Inc., et al.*
Court:   In   the   Circuit   Court   of   Cook   County,   Illinois,   County   Department   –   Law
       Division
Case Number:  12 L 001420

Deposition Date:  December 11, 2012
Case: *Michael Brogan (e/o Gary Cooper) v. Ford Motor Co., et al.*
Court:  In the Court of Common Pleas, Cuyahoga County, Ohio
Case Number:  08-648003

Deposition Date:  May 8, 2013
Case: *Marino, Deborah (e/o Cruetzberger, Anita) v. Abex Corp., et al*
Court:  Superior Court of New Jersey, Law Division Middlesex County
Case Number:  MID L-232-11 AS

(7)   <u>Lawrence   Roslinski</u>:    1973-2002,   Manager   of   International   Toxicology   and
      Environmental Department

      Case: *Hill v. Ford Motor Company*
      Court:  Superior Court of New Jersey, Law Division: Atlantic County
      Docket Number:  L-2408-00

      Deposition Date:  April 7, 2003
      Case: *Rakestraw v. Asbestos Corp. Ltd., et al*
      Court:  Superior Court of the State of Washington, King County
      Docket Number:  02-2-17555-4SEA

      Deposition Date:  April 11, 2003
      Case: *Daniel v. Quigley Company, Inc., et al*
      Court:  District Court, Brazoria County, Texas, 23rd Judicial District
      Docket Number:  19452*BH02

Deposition Date:  April 22, 2003
Case:  *Holder v. AW Chesterton Company, et al*
Court:  Superior Court of California, County of San Francisco
Docket Number:  414546

Deposition Date:  April 30, 2003
Case:  *Hooper v. Owens-Corning Fiberglass Corporation, et al*
Court:  State of Texas, 162nd Judicial District Court, County of Dallas
Docket Number:  00-03692-I

Deposition Date:  May 30, 2003
Case:  *Pedrick v. AC and S, Inc., et al*
Court:  Superior Court of the State of Washington, King County
Docket Number:  02-2-26588-3SEA

Deposition Date:  September 4, 2003
Case:  *Miller v. AC and S, Inc., et al*
Court:  District Court, 260th Judicial District, Orange County, Texas
Docket Number:  02049-C

Deposition Date:  January 29, 2004
Case:  *Mills v. American Optical Corporation, et al*
Court:  District Court, Duval County, Texas, 229th Judicial District
Docket Number:  02-259

Deposition Date:  February 24, 2004
Case:  *Paz v. AW Chesterton, Inc., et al*
Court:  Circuit Court, Third Judicial Circuit, Madison County, Illinois
Docket Number:  03-L-663, 03-L-738, 03-L-1293

Deposition Date:  May 20, 2004
Case*: Addison v. ACandS, Inc., et al*
Court:  Circuit Court for Baltimore City, Maryland
Docket Number:  24-X-03-000359

Trial Date:  October 21, 2004
Case:  *Anthony v. AW Chesterton, Inc., et al*
Court:  Supreme Court of the State of New York, All Counties Within New York  City
Docket Number:

Deposition Date:  October 27, 2004
Case:  *Russell v. Anchor Packing Company, et al*
Court:  State of Georgia, Circuit Court for the County of Cobb
Docket Number:  04-A-3682

Deposition Date:  November 23, 2004
Case:  *Hunton v. Cutler-Hammer, Inc., et al*
Court:  Commonwealth of Kentucky, Warren Circuit Court, Division Two
Docket Number:  02-CI-1273

Deposition Date:  December 14, 2004
Case:  *Gendreau v. American Asbestos, Inc., et al*
Court:  Superior Court of the State of California, County of Alameda
Docket Number:  135013

Deposition Date:  April 1, 2005
Case:  *Johnson v. Daimler Chrysler Corporation, et al*
Court:  Circuit Court of Jackson County, Mississippi at Independence
Docket Number:  04CV-219314

Deposition Date:  July 17, 2005
Case:  *Hunton v. Cutler-Hammer, Inc., et al*
Court:  Commonwealth of Kentucky, Warren Circuit Court, Division Two
Docket Number:  02-CI-1273

Deposition Date:  November 3-4, 2005
Case:  *Honer v. Aqua Chem, Incorporated, et al.*
Court:  Superior Court of the State of California, County of Los Angeles
Docket Number:  BC 323 721

Deposition Date:  February 14, 2006
Case:  *In Re: All Cases Set by SimmonsCooper, LLC for March 2006 Trial Date*
Court:  Circuit Court, Third Judicial Circuit, Madison County, Illinois
Docket Number:  N/A

Deposition Date:  March 8, 2006
Case:  *Hicks v. Chrysler Corporation, et al*
Court:  County Court at Law No. 5, Dallas County, Texas
Docket Number:  02-02236-E

Deposition Date:  November 14, 2007
Case:  *Engle v. 3M Corporation, et al*
Court:   State of Minnesota, County of Ramsey, In the District Court, Second
        Judicial District
Docket Number:  C4-07-50665

Deposition Date:  January 3, 2008
Case:  *Guerra v. Bondex International, Inc., et al.*
Court:  Superior Court of the State of California, County of Los Angeles
Case Number:  BC 365479

Deposition Date:  March 17, 2009
Case:  *Rehm, James David v. Navistar Int'l Corp., et al*
Court:  Jefferson Circuit Court, Division Eight
Docket Number:  01-CI-01344

(8)   Joseph A. Abramczyk:  1958-1989, Engineer, Ford Tractor Operations

      Deposition Date:  March 25, 2003
      Case:  *Daniel v. Quigley, et al.*
      Court:  District Court, Brazoria County Texas, 23rd Judicial District
      Case Number:  19452*BH02

(9)   Phillip R. Beuckelaere:  1976-2007, Design Analysis Engineer.

      Deposition Date:  December 8 - 9, 2004
      Case:  *Walsh v. Ford Motor Company, et al.*
      Court:  Superior Court of the State of California, County of Los Angeles
      Case Number:  BC 315719

      Deposition Date:  January 9, 2006
      Case:  *Dietiker v. Ford Motor Company, et al.*
      Court:  Circuit Court of Jackson County, Mississippi at Independence
      Case Number:  03 CV 218799

      Deposition Date:  January 12, 2006
      Case:  *Gates v. Asbestos Corporation, LTD, et al.*
      Court:  Superior Court of the State of California, For the County of San Francisco
      Case Number:  444148

Deposition Date: February 8, 2006
Case: *In Re: All Cases Set by SimmonsCooper, LLC for March 2006 Trial Date*
Court: Circuit Court, Third Judicial Circuit, Madison County, Illinois

Deposition Date: February 15, 2006
Case: *Robertson v. Asbestos Defendants*
Court: Superior Court of the State of California, In and For the City and County of San Francisco
Case Number: 03 CV 218799

Deposition Date: March 2, 2006
Case: *Hicks v. Chrysler Corporation, et al.*
Court: In the County Court, At Law No. 5, Dallas County, Texas
Case Number: 02-02236-E

Deposition Date: October 4, 2006
Case: *Franklin v. General Motors Corp., et al.*
Court: In the Anderson Circuit Court, State of Kentucky
Case Number: 04-CI-00274

Deposition Date: April 12, 2007
Case: *Baugh v. Georgia Pacific, et. al./Hansen v. Anchor Packing Co., et. al.*
Court: Superior Court of New Jersey, Law Division – Middlesex County
Case Number: L-7278-06 AS

(10) <u>Jonathan Parker</u>: 1987- present, Manager of Reporting Systems

Deposition Date: December 15, 2005
Case: *Dietiker, Priscilla v. Ford Motor Company et al.*
    Court: In the Circuit Court of Jackson County, Missouri at Independence
Case No.: 03 CV 218799

Deposition Date: April 15, 2015
Case: Collas, James and Lillian v. 3M Co., et al
    Cahill, Michael and Christa v. Abex Corp., et al
Court: Superior Court of New Jersey Law Division: Middlesex County
Case Nos.: MID-L-7275-12 AS / MID-L-764-14 AS

(11) <u>Kathleen Corpus</u>: Ford's Outside Counsel

Deposition Date: December 15, 2005
Case: *Dietiker, Priscilla v. Ford Motor Company et al.*
    Court: In the Circuit Court of Jackson County, Missouri at Independence
Case No.: 03 CV 218799

Deposition Date: January 6, 2010
Case: *Brown, Patricia M. v. A.W. Chesterton Co., et al*
Court: In the Superior Court of the State of California, In and For the County of Alameda
Case Number: RG09454805

Deposition Date: July 29, 2011
Case: *Stillman, Haskell v. Allied Packing & Supply, Inc., et al*
Court: In the Superior Court of the State of California, In and For the County of Alameda
Case Number: RG10528222

(12) <u>Albert Rocker</u>: 1978-Present, Field Operations Manager.

Deposition Date: August 10, 2006
Case*: In Re: All Weitz & Luxenberg Cases v. Ford Motor Company, et al.*
Court: Supreme Court of the State of New York, County of New York

46

Index Number: 40,000/88

(13)   <u>Leonard Brown</u>:   1973 - January 1, 2005; 2002 – January 1, 2005 as Chief Brake Engineer, Cars and Light Trucks

Deposition Date: October 7, 2008
Case: *Daly v. Arvinmeritor, Inc., et al.*
Court: In The Circuit Court Of The Seventeenth Judicial Circuit In And For Broward County, Florida
Case Number: Case No. 07-19211

Deposition Date: July 2, 2009
Case: *In Re: Asbestos Litigation 082009 J&C Trial Group Edward Locker*
Court: In The Superior Court Of The State Of Delaware, In And For New Castle County
Case Number: C.A. No. 07C-11-014 ASB

Deposition Date: July 29, 2009
Case: *Butitta v. American Corporation, et al.*
Court: In The Circuit Court Of Cook County, Illinois, County Department - Law Division
Case Number: No. 08 L 009254

Deposition Date: December 30, 2009
Case: *Lawson, et al v. ACandS, Inc., et al*
Court: Circuit Court for Baltimore City, Maryland
Case Number: 24X08000279

Deposition Date: January 25, 2010
Case: *Williams v. Ford Motor Company, et al.*
Court: In The Circuit Court, Third Judicial Circuit, Madison County, Illinois
Case Number: No. 09-L-537

Deposition Date: September 13, 2010
Case: *In Re: Asbestos Litigation:  Limited to DuHadaway, Payne, Romano & Urian*
Court: In The Superior Court Of The State Of Delaware, In And For New Castle County
Case Numbers: C.A. No. 08C-08-285, C.A. No. 08C-03-089, C.A. No. 07C-12-217, C.A. No. 06C-09-246

(14)   <u>Richard J. Kunec</u>: 1972-2007, Ford Engineer for Facilities in Environmental Engineering

Deposition Date: October 2, 2009
Case: *Silverstein v. A.W. Chesterton, Inc., et al*
Court: In the Circuit Court, Third Judicial Circuit, Madison County, Illinois
Case Number: 08-L-392

Deposition Date: December 10, 2009
Case: *Brown, Patricia A. v. A.W. Chesterton Co., et al*
Court: In the Superior Court of the State of California, In and for the County of Alameda
Case Number: RG09454805

Deposition Date: April 21, 2010
Case: *Durham, O. David v. General Electric Co., et al*
Court: Jefferson Circuit Court, Division Seven
Case Number: 09-CI-09756

Deposition Date:  January 20, 2012
Case:  *Cronley v. 3M Company, Inc., et al.*
Court:  Superior Court of New Jersey – Law Division Middlesex County
Case Number:  MID L-232-11 AS

Deposition Date:  May 23, 2012
Case:  *Burnett v. A.W. Chesterton, Inc., et al*
Court:  Circuit Court, 22nd Judicial Circuit, St. Louis, Missouri
Case Number:  1022-CC11550

Deposition Date:  September 14, 2012
Case:  *Lehr v. Air Liquid Systems Corporation, et al.*
Court:  In the Circuit Court, Third Judicial Circuit, Madison County, Illinois
Case Number:  12 L 79

Deposition Date:  August 8, 2014
Case:  *Russell-Whatley, Frances v. Eagle, Inc., et al.*
Court:  Civil District Court for the Parish of Orleans State of Louisiana
Case Number:  10-11560

Deposition Date:  September 12, 2014
Case:  *Reese, Kathleen v. BMW Constructors, Inc., et al.*
Court:  In the Marion County Superior Court, County of Marion, Indiana
Case Number:  49D02-9801-MI-0001-375

(15)    Sheldon Rabinovitz:  1973-1978, Industrial Hygienist, Industrial Hygiene Department

Deposition Date:  September 10, 2010
Case:  *White v. Ford Motor Co., et al.*
Court:  In The Court of Common Pleas of Cuyahoga County, Asbestos Litigation –
          Courtlink Filing
Case Number:  CV-09-681282

(16)    Jamie Myler:  2000-present, Senior Collections Archivist

Deposition Date:  September 23, 2010
Case:  *Bankhead, Gordon v. Allied Packing & Supply, Inc., et al*
Court:  In the Superior Court of the State of California, County of Alameda
Case Number:  RG10502243

(17)    Corey MacGillivray:  1995- present, Managing Counsel and Assistant Secretary    in
Corporate Practice Group

Trial Date:  June 27, 2013
Case:  *Smith, Amy (e/o Rowland, Paul) v. Ford Motor Company, et al.*
Court:  In The Court of Common Pleas of the Philadelphia County, Pennsylvania
Case No.:  01814

Trial Date:  August 30, 2013
Case:  *Smith, Amy (e/o Rowland, Paul) v. Ford Motor Company, et al.*
Court:  In The Court of Common Pleas of the Philadelphia County, Pennsylvania
Case No.:  01814

(18)    Matthew Fyie:  January 2012 – present, Design Analysis Engineer

Deposition Date:  January 16, 2013
Case:  *Christine Reaser v. A.W. Chesterton Company, et al.*
Court:  Superior Court of the State of California, County of Los Angeles
Case Number:  BC411344

Deposition Date:  January 30, 2013
Case: *Julius Sanders v. CBS Corporation, f/k/a Westinghouse Electric     Corporation, et al.*
Court:  Circuit Court, 17th Judicial Circuit for Broward County, Florida
Case Number:  11-16176

Deposition Date:  March 13, 2013
Case: *LeBlanc, Edward v. Borgwarner Morse Tec Inc., et al.*
Court:  Civil District Court for the Parish of Orleans, State of Louisiana
Case Number:  12-7620

Deposition Date:  April 2, 2013
Case: *Dixon, John D. v. Bennett Auto Supply, Inc., et al.*
Court:  Circuit Court, 11th Judicial Circuit for Miami-Dade County, Florida
Case Number:  10-58781 CA 42

Deposition Date:  June 6, 2013
Case: *Gioglio, Thomas v. 3M Company, LTD., et al.*
Court:  Superior Court of New Jersey, Law Division: Middlesex County
Docket No.:  MID-L-4593-12AS

Deposition Date:  June 6, 2013
Case: *Seymoure, Gwendolyn v. A.O. Smith Water Products Co., et al.*
Court:  Superior Court of New Jersey, Law Division: Middlesex County
Docket No.:  ID-L-3357-12-AS

Deposition Date:  June 13, 2013
Case: *Brashear, Marjorie v. Amcord, Inc., et al.*
Court:  Superior Court of the State of California, For the County of Ventura
Case No.:  56-2012-004211-62-CU-AS-VTA

Deposition Date:  June 27, 2013 and October 1, 2013
Case: *Smith, Amy (e_o Rowland, Paul) v. Ford Motor Company, et al.*
Court:  In The Court of Common Pleas of the Philadelphia County, Pennsylvania
Case No.:  01814

Deposition Date:  July 18, 2013
Case: *Bailen, Eddie Howard v. Air & Liquid Systems, Corp., et al.*
Court:  Supreme Court of the State of New York, County of New York
Index No.:  190318/12

Deposition Date:  August 22, 2013 (Suspended by Plaintiff's counsel)
Case: *Humphreys, Billy v. Bird Inc., et al.*
Court:  Superior Court of the State of California, For the County of Los Angeles
Case No.:  BC 501133

Deposition Date:  August 26, 2013
Case: *Sawicki, Bonnie (e_o Sawicki, John) v. Allegheny Technologies, et al.*
Court:  State of Wisconsin Circuit Court Milwaukee County
Case No.:  10 CV 020714
Deposition Date:  September 18, 2013
Case: *Stanley, David E. (e/o Erhart, Lori A.) v. CSK Auto, Inc., et al.*
Court:  Superior Court of the State of California
Case No.:  BC473955

Trial Date:  September 24, 2013
Case: *Lowery, Gerald v. 84 Lumber Co., et al.,*
Court:  Supreme Court of the State of New York, County of Oneida
Case No.:  2012-750

Deposition Date:  October 16, 2013
Case: *Hudkins, Camden Davis v. A.O. Smith Corporation, et al.*
Court:  In the Circuit Court of Kanawha County, West Virginia
Case No.:  12-C-2268

Deposition Date:  October 16, 2013
Case: *Yates, Graham v. Air & Liquid Systems Corporation, et al.*
Court:  In the United States District Court for the Eastern District of North
        Carolina
Case No.:  5:12-cv-00752-FL

Deposition Date:  October 16, 2013
Case: *Westmeyer, Peggy A. v. A.W. Chesterton Company, et al.*
Court:  In the Court of Common Pleas, Cuyahoga County, Ohio
Case No.:  786059

Deposition Date:  December 17, 2013 and March 26, 2014
Case: *Northrup, Lucille (e/o Northrup, Martin O.) v. A.O. Smith Water Products  Co. et al.*
Court:  Supreme Court of the State of New York, County of Jefferson
Index No.:  1921/2011

Trial Date:  January 15-16, 2014
Case: *Snyder, Alan v. A. Schulman, Inc., et al.,*
Court:  Supreme Court of the State of New York, Fifth Judicial District
        Case No.:  2009-2589

Deposition Date:  January 29, 2014 and February 5, 2014
Case: *Middleton, Daryl W. v. Amchem Products, Inc., et al.*
Court:  Supreme Court of the State of New York, County of New York
        Index No.:  190367-12

Deposition Date:  March 20, 2014 and September 24, 2014
Case: *Linsowe, Sharron Mae v. Ford Motor Company, et al.*
Court:  Superior Court of the State of California for the County of Los Angeles
Case No.:  JCCP4674

Trial Dates:  April 24-25, 29, 2014
Case: *Middleton, Daryl W. v. Amchem Products, Inc., et al. (190367/12)*
        *Juni, Arthur v. A.O. Smith Water Products, Co., et al., (190315/12)*
        *Fersch, Karl v. Amchem Products, Inc., et al., (190468/12)*
Court:  Supreme Court of the State of New York, County of New York

Deposition Date:  May 8, 2014 and May 21-22, 2014
Case: *Koepke, Harold v. Ford Motor Company*
Court:  Superior Court of the State of California, County of San Francisco
Case No.  CGC13276217

Trial Dates:  June 11 and 17, 2014
Case: *Kirchner, Fred J. v. Borg-Warner Corp., et al.,*
Court:  Supreme Court of the State of New York, County of Sullivan
Case No.:  2669-2012
Deposition Date:  June 25, 2014 and September 17, 2014
Case: *Marino, Deborah (e/o Cruetzberger, Anita) v. Abex Corp., et al*
Court:  Superior Court of New Jersey, Law Division Middlesex County
Case Number:  MID L-232-11 AS

Deposition Date:  July 16, 2014
Case: *Salas, Felicitas v. AGCO Corp., et al.*
Court:  Superior Court of the State of California for the County of Los Angeles
Case No.:  BC531832

Deposition Date:  September 30, 2014
Case:  *Muldoon, Ethel (e/o Joseph, Muldoon) v. American Honda Motor Co., et   al.*
Court:  In the Court of Common Pleas, County of Horry, State of South Carolina
Case No.:  2013-CP-26-7636

Deposition Date:  October 9, 2014
Case*:  Steffel, Patrick v. AM General, LLC, et al.*
Court:  United States District Court, Central District of California
Case No.:  2:14-CV-00842-MWF-(MANx)

Deposition Date:  October 9, 2014
Case:  *Thompson, Ernest v. Borg-Warner Corporation, et al.*
Court:  Superior Court of the State of California, County of Alameda – Court
        of Unlimited Jurisdiction
Case No.:  RG12617519

Trial Dates:  November 20 and 21, 2014
Case:  *Drufuka, Silvia v. AGCO Corp., et al.,*
Court:  Supreme Court of the State of New York, County of Schenectady
Case No.:  2010-2558

Deposition Date:  January 29, 2015
Case:  *Hayes, Douglas v. Asbestos Corporation LTD, et al.*
Court:  United States District Court, Western District of Louisiana
Case No.:  2:13-CV-02392

Deposition Date:  April 28, 2015
Case:  *Brown, Debra (e/o Jimmy R. Davis) v. Borgwarner Morse Tec, Inc., et al.*
Court:  Superior Court of the State of California, County of Los Angeles
Case No.:  BC525848

Deposition Date:  May 21, 2015
Case:  *Campbell, Ava v. Allied Manufacturing, Inc., et al.*
Court:  In the Circuit Court, State of Missouri, Twenty-Second Judicial Circuit   (City
of St. Louis)
Case No.:  1422-CC00819

Deposition Date:  June 9, 2015
Case:  *Cannard, Gregory v. CBS Corporation, et al.*
Court:  US District Court, Western District of Washington at Tacoma
Case No.:  3:14-cv-05588-RBL

Deposition Date:  July 14, 2015
Case*:  Reeves, Barbara v. Borg Warner Corp., et al.*
Court:  State of Illinois, In the Circuit Court of the Eleventh Judicial Circuit
Case No.:  13-L-108

Deposition Date:  July 28, 2015
Case*:  Droy, Irene (e_o Droy, Robert A.) v. Air & Liquid Systems, Corp., et al.*
Court:  In the Circuit Court, Third Judicial Circuit, Madison County, Illinois
Case No.:  14 L 1647

Deposition Date:  July 28, 2015
Case:  *Shrum, Maurice v. Arvinmeritor, Inc., et al.,*
Court:  In the Circuit Court, Third Judicial Circuit, Madison County, Illinois
Case No.:  14 L 1457

Deposition Date:  August 13, 2015
Case:  *Maxwell, Danny L. v. Bennett Auto Supply, Inc., et al.,*
Court:  In the Circuit Court of the 17th Judicial Circuit, In For Broward County,
        Florida
Case No.:  14-018218(27)

Deposition Date:  August 24, 2015
Case:  *Archdeacon, Stephen v. Ameron International Corp., et al.,*
Court:  Superior Court of the State of California, For the County of Riverside
Case No.:  PSC1405321

Deposition Date:  September 1, 2015
Case:  *Zierer, Michelle v. Advance Stores Co., Inc., et al.,*
Court:  In the Circuit Court of Kanawha County, West Virginia
Case No.:  14-C-1946 KAN

Deposition Date:  September 3, 2015
Case*: Reed, Kenneth C., III v. 3M Co., et al.,*
Court:  Superior Court, J.D. of Fairfield at Bridgeport
Case No.:  FBT-CV-12-6034053-S

Deposition Date:  September 8, 2015
Case:  *Dresser-Oakes, Melinda v. Aftermarket Auto Parts Alliance, Inc., et al.,*
Court:  Superior Court of California, County of Alameda (Unlimited Jurisdiction)
Case No.:  RG 13 693716

Trial Dates:  September 10-11 and 25, 2015
Case:  *English, Larry v. Borg-Warner Corp., et al..,*
Court:  In the Court of Common Pleas of Allegheny County, Pennsylvania
Case No.:  G.D. 13-022072

Deposition Date:  October 6, 2015
Case:  *Poore, Stewart E. v. Pneumo Abex LCC, et al.,*
Court:   In  the  Circuit  Court  of  the  Fourth  Judicial  Circuit  In  and  For  Duval
         County, Florida
Case No.:  16-2014-CA-007519

Deposition Date:  October 6, 2015
Case:  *Roop, Richard A. v. American Honda Motor Company, Inc., et al.,*
Court:  In the Circuit Court for Caroline County
Case No.:  05-C-14-01753

Deposition Date:  October 13, 2015
Case:  *Cutillo, Deborah v. Ford Motor Company, et al.,*
Court:  Philadelphia County Court of Common Pleas
Case No.:  0298

Deposition Date:  November 3, 2015
Case:  *Shuris, Christine v. Metropolitan Life Insurance Company, et al.,*
Court:  Commonwealth of Massachusetts, Superior Court Department of the Trial
         Court
Case No.:  14-7-7864

Trial Date:  November 5, 2015
Case:  *Winford, Bertha v. Dana Co., LLC, et al.,*
Court:  In The Circuit Court of Cook County, Illinois, County Dept. – Law
         Division
Case No.:  14 L 1501

Deposition Date:  November 13, 2015
Case:  *Perdue, Joe (e/o Perdue, Alfred) v. A.W. Chesterton Co., et al.,*
Court:  In the Court of Common Pleas, Cuyahoga County, Ohio
Case No.:  816280

Deposition Date:  November 20, 2015
Case:  *Ellis, Bruce v. A.W. Chesterton Co., et al.,*
Court:  Commonwealth of Massachusetts, Superior Court Department of the Trial
   Court
Case No.:  14-8975

Deposition Date:  December 9, 2015
Case:  *Saldana, Irma v. Bayer Cropscience, Inc., et al.,*
Court:  In the Circuit Court of the 17th Judicial Circuit In and For Broward
   County, Florida
Case No.:  15-3143 CA

Deposition Date:  January 7, 2016
Case:  *Crites, Ludwig L. v. 3M Company, et al.*
Court:  In the Circuit Court of Kanawha County, West Virginia
Case No.:  15-C-557 KAN

Deposition Date:  February 9, 2016
Case:  *Pulley, Donald J. v. Allied Signal, Inc., et al.*
Court:  In the Court of Common Pleas of Philadelphia County, Pennsylvania
Case No.:  January Term 2013, No. 03499

Deposition Date:  April 28, 2016
Case:  *Waite, James v. AII Acquisition, Corp., et al.*
Court:  United States District Court, Southern District of Florida
Case No.:  15-cv-62359-BB

Deposition Date:  May 5, 2016
Case:  *Tracy, Jimmy D. v. Asbestos Corp. Ltd., et al.*
Court:  In the Superior Court of Floyd County, State of Georgia
Case No.:  15-CV-01000-FJL-002

Deposition Date:  May 17, 2016
Case:  *Parrott, Teresa (e/o Parrott, Billy) v. Arvinmeritor, Inc., et al.*
Court:  In the Court of Common Pleas for the Fifth Judicial Circuit
Case No.:  2014-CP-40-07856

Deposition Date:  June 1, 2016
Case:  *Hayden, Thomas v. 3M Company, et al.*
Court:  Civil District Court for the Parish of Orleans, State of Louisiana
Case No.:  2015-3732

Deposition Date:  June 11, 2016
Case:  *Harrison, Donna Lee v. Asbestos Corp., Ltd., et al.,*
Court:  In the Circuit Court State of Missouri Twenty-Second Judicial
   Circuit (City of St. Louis)
Case No.:  1522-CC09759-01

Deposition Date:  June 28, 2016
Case:  *Milligan, Chris (e/o Milligan, Larry) v. Air & Liquid Systems Corp., et al*
Court:  State of Illinois, In the Circuit Court of the Eleventh Judicial Circuit
Case No.:  14 L 84

Deposition Date:  August 3-4, 2016
Case:  *Reyes Jauregui, Sandra v. Ford Motor Company, et al*
Court:  Supreme Court of California, County of Los Angeles Central Division
Case No.:  BC596857

Deposition Date: January 19, 2017
Case: *Shepherd, Wesley v. Borg Warner Morse Tec, Inc., et al.*
Court: State of Illinois in the Circuit Court of the Eleventh Judicial Circuit
      County of McLean
Case No.: 15 L 123

Deposition Date: January 19, 2017
Case: *Lafever, Trudy (e/o Lafever, Steven) v. Borg Warner Morse Tec, Inc., et al.*
Court: State of Illinois in the Circuit Court of the Fourteenth Judicial Circuit
      County of Rock Island
Case No.: 15 L 32

Deposition Date: January 19, 2017
Case: *Grady, Morgan v. Borg Warner Morse Tec, Inc., et al.*
Court: State of Illinois in the Circuit Court of the Fourteenth Judicial Circuit
      County of Rock Island
Case No.: 15 L 20

Deposition Date: April 25, 2017
Case: *Lynagh, Anne R. v. Blair Supply Corp., et al.*
Court: Supreme Court of the State of New York Seventh Judicial District
Case No.: 2016/12252

Deposition Date: June 13, 2017
Case: *Bowers, Joseph A. v. Abex Corp., et al.*
Court: Court of Common Pleas Philadelphia County
Case No.: January Term 2013, No. 0217

Deposition Date: June 27, 2017
Case: *King, Helen v. Clark Industrial Insulation Co.*
Court: In the Court of Common Pleas, Cuyahoga County, Ohio
Case No.: CV-16-868353

Deposition Date: July 11, 2017
Case: *Roberts, Brenda J. v. Advance Auto Parts, Inc., et al.*
Court: State of Indiana, County of Marion
Case No.: 49D02 9501 MI 0001

Deposition Date: July 27, 2017
Case: *Ross, Don v. Arvinmeritor, Inc. et al.*
Court: State of Illinois, In The Circuit Court of the Eleventh Judicial Circuit,
      County of McLean
Case No.: 15 L 92

With respect to responding any further to this Request, such detailed information regarding each deposition is not stored in one centralized location or readily accessible. As such, Plaintiff's Request seeks to have Ford survey hundreds of attorneys, both current and former, and therefore imposes a tremendous burden on the company in both time and cost.

Beyond this, Ford objects to this Request because it is overly broad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. This Request is not limited to a reasonable time frame or scope, and instead seeks any and all deposition transcripts of testimony given by Ford in any civil matter filed against you alleging asbestos-related disease resulting

from exposure to asbestos, at any time during Ford's entire corporate history, and without any reasonable limitation. This abusive Request is extraordinarily broad and burdensome, and it would create an undue burden and great expense on Ford to respond. Ford also objects to this Request to the extent it seeks the facts and circumstances of other lawsuits and claims that are not substantially similar to those present in this case. Because of the differences in occupational exposure, the information sought in this Request is not relevant to the claims asserted in this case.

**REQUEST FOR PRODUCTION NO. 3:**

Full and complete copies of any and all trial transcripts of testimony given by you in any civil matter filed against you alleging asbestos-related disease resulting from exposure to asbestos.

**RESPONSE:**

Ford refers Plaintiff to, and incorporates herein, its response and objections to Request for Production No. 2, above.

**REQUEST FOR PRODUCTION NO. 4:**

Any and all writings or documents of any nature regarding guidelines, precautions, procedures or methods to use when applying, installing, removing or handling asbestos containing products.

**RESPONSE:**

Ford denies that there exists any medical or scientific knowledge that establishes a causal relationship between exposure to the friction products contained in its vehicles and asbestos-related disease or illness. Nevertheless, Ford refers Plaintiff to the following documents located within the Asbestos Friction Document Collection referenced in the Preliminary Statement:

(1)   Memorandum to Plant Safety Engineers, dated August 3, 1973, (Document Nos. FAFD0003763, FAFD0006229, FAFD0007574, FAFD0008437, FAFD0011955 and FAFD0017524)

(2)   Maintenance Bulletin 137, dated August 1973 (Document Nos. FAFD0011073 and FAFD0016956)

(3)   Industrial Relations Bulletins No. 4:   dated July 18, 1975 (Document Nos. FAFD0007680, FAFD0007797 and FAFD0008240); dated August 22, 1983 (Document Nos.   FAFD0011177 – FAFD0011180, FAFD0017944-0017945, 0017946-0017949); and, dated October 14, 1986 (Document No.: FAFD0011183-00111880)

(4)   Industrial Relations Bulletin No. 4a:   dated August 22, 1983 (Document Nos. FAFD0011181  –  FAFD0011182,  FAFD0017578  –  FAFD0017579, FAFD0017580 – FAFD0017581, and FAFD0020929 – FAFD0020930); dated October 14, 1986 (Document Nos. FAFD0011189 – FAFD0011190)

(5)     Industrial Relations Bulletin No. 4b:  dated October 14, 1986 (Document Nos. FAFD0011191 – FAFD0011193)

(6)     Industrial Relations Bulletin No. 4c:  dated February 10, 1984 (Document Nos. FAFD0015844 – FAFD0015845); dated October 14, 1986 (Document Nos. FAFD0011194 – FAFD0011195)

(7)     Industrial Relations Bulletin No. 4e:  dated June 1, 1988 (Document Nos. FAFD0016569 – FAFD0016577)

(8)     Technical Service Bulletin 99, dated October 24, 1975, (Document No. FAFD0012949 – FAFD0012972)

(9)     Technical Service Bulletin No. 104, dated January 1976, (Document Nos.: FAFD0006231 – FAFD0006265, FAFD0006314 – FAFD0006349, FAFD0012973 – FAFD0013008)

(10)    General Field Bulletin No. 1469, dated July 8, 1976 (Document No. FAFD0002864 and FAFD 0003593)

(11)    General Field Bulletin No. 2710, dated October 28, 1977 (Document No. FAFD0002863 and FAFD0003596)

(12)    Bulletin No. 83-22 (Document Nos.: FAFD0020928, FAFD0012888 – FAFD0012948 and FAFD0020942)

(13)    Plant Engineering Letter 80-1, dated March 17, 1980 (Document Nos. FAFD0008369 – FAFD0008373, FAFD0015664 – FAFD0015699 and FAFD0017152 – FAFD0017157)

(14)    Manufacturing Guideline G3-19, dated September 1981 (Document No. FAFD0012882 – FAFD0012897); Updated September 1984.  (Document No. FAFD0015569 – FAFD0015573)

(15)    Package Label Specification L-1516 (Document Nos.: FAFD0012768, FAFD0015421, FAFD0015423, FAFD0020428, FAFD1 001734, FAFD1 001793, FAFD2 000002)

(16)    Package Label Specification L-1517 (Document Nos.: FAFD0012769, FAFD0015155, FAFD0020427, FAFD0021249, FAFD1 001735, FAFD1 001794 and FAFD2 000003)

(17)    Package Label Specification L-1543 (Document Nos. FAFD0013309 – FAFD0013310)

Further, Ford refers Plaintiff to the following portions of various car and truck service/shop manuals which Ford produced for the vehicles it manufactured that contained instructions regarding the proper maintenance of its vehicles, including friction products, and are located within the Asbestos Friction Document Collection:

| Document Range | Description |
| --- | --- |
| FAFD0000000484000000004841 | WARNINGS IN SHOP MANUALS (ASBESTOS CASES) |
| FAFD0000000487400000004876 | PASSENGER CAR SHOP MANUAL BRAKE SECTIONS |
| FAFD0000000488300000004885 | MERCURY MAINTENANCE MANUAL |
| FAFD0000000489400000004898 | CONTINENTAL AND LINCOLN MAINTENANCE MANUAL |

| Document Range | Description |
|---|---|
| FAFD0000000489900000004901 | "EDSEL MAINTENANCE MANUAL REMOVAL, REPAIR AND INSTALLATION OF BRAKE DRUMS AND LININGS, REMOVAL, REPAIR AND INSTALLATION OF FRONT WHEEL CYLINDER" |
| FAFD0000000490600000004909 | LINCOLN AND LINCOLN CONTINENTAL MAINTENANCE MANUAL MAJOR REPAIRS |
| FAFD0000000491000000004912 | EDSEL MAINTENANCE MANUAL |
| FAFD0000000501400000005019 | TRUCK ECONOLINE RV SHOP MANUAL SECTIONS |
| FAFD0000001420400000014206 | CAR SHOP MANUAL CLUTCH AND MANUAL TRANSMISSION |
| FAFD0000001420700000014208 | 1971 TRUCK SHOP MANUAL VOLUME ONE CHASSIS CLEANING AND INPECTION |
| FAFD0000001420900000014211 | 1976 TRUCK SHOP MANUAL CLEANING AND INSPECTION |
| FAFD0000001421200000014213 | 1977 CAR SHOP MANUAL VOL. 1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001421400000014216 | 1977 TRUCK SHOP MANUAL VOL. 1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001421700000014218 | 1977 CAR SHOP MANUAL VOL. 1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001421900000014221 | 1978 TRUCK SHOP MANUAL VOLUME1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001422200000014224 | 1979 CAR SHOP MANUAL CHASSIS VOLUME 1 CLEANING AND INSPECTION |
| FAFD0000001423100000014232 | "1979 LIGHT TRUCK SHOP MANUAL BODY, CHASSIS & ELECTRICAL CLEANING AND INSPECTION" |
| FAFD0000001423300000014235 | 1980 CAR SHOP MANUAL POWERTRAIN ENGINE TRANSMISSION DRIVESHAFT AXLE FUEL COOLING STARTING EXHAUST ALL MODELS CLEANING AND INSPECTION |
| FAFD0000001423600000014237 | LIGHT TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL 1980 CLEANING AND INSPECTION |
| FAFD0000001423800000014239 | 1981 CAR SHOP MANUAL POWERTRAIN ALL CAR MODELS (EXCEPT ESCORT LYNX) CLEANING AND INSPECTION |
| FAFD0000001424000000014242 | 1981 LIGHT TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL CLEANING AND INSPECTION |
| FAFD0000001424500000014246 | 1981 MEDIUM / HEAVY TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL CLEANING AND INSPECTION |
| FAFD0000001424700000014248 | "1982 CAR SHOP MANUAL POWERTRAIN ALL MODELS EXCEPT ESCORT / LYNX, EXP / LN7" |
| FAFD0000001424900000014250 | "1982 CAR SHOP MANUAL POWERTRAIN PRE-DELIVERY MAINTENANCE LUBRICATION ESCORT / LYNX, EXP / LN7 MANUAL TRANSAXLE GROUP" |
| FAFD0000001425100000014253 | LIGHT [ILLEGIBLE] SHOP MANUAL CLEANING AND INSPECTION |
| FAFD0000001425400000014256 | LIGHT MEDIUM HEAVY 1982 [ILLEGIBLE] SHOP MANUAL CLUTCH AND MANUAL TRANSMISSIONS |
| FAFD0000001425700000014258 | MEDIUM HEAVY 1982 [ILLEGIBLE] SHOP MANUAL CLEANING AND INSPECTION |
| FAFD0000001425900000014260 | FORD COURIER 1982 TRUCK SHOP MANUAL CLEANING AND INSPECTION |
| FAFD0000001426100000014266 | "[ILLEGIBLE] CAR [ILLEGIBLE] MANUAL [ILLEGIBLE] LYNX,EXP / LN7 GENERAL HYDROLIC BRAKE SERVICE" |
| FAFD0000001426700000014269 | "[ILLEGIBLE] CAR [ILLEGIBLE] MANUAL [ILLEGIBLE] THUNDERBIRD / [ILLEGIBLE] FAIRMONT FUTURA / ZEPHYR, [ILLEGIBLE] MUSTANG / CAPRI" |
| FAFD0000001427000000014272 | 1983 CAR SHOP MANUAL [ILLEGIBLE] CHASSIS ELECTRICAL [ILLEGIBLE] CAR / MARK VI [ILLEGIBLE] VICTORIA / GRAND MARQUIS BRAKES GROUP |

| Document Range | Description |
| --- | --- |
| FAFD0000001427300000014274 | "1983 CAR SHOP MANUAL POWERTRAIN PRE-DELIVERY LUBRICATION MAINTENANCE ESCORT / LYNX, EXP / LN7 SECTION 16-03 MECHANICAL CLUTCH LINKAGE" |
| FAFD0000001427800000014279 | 1983 TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL LIGHT CLEANING AND INSPECTION |
| FAFD0000001428000000014281 | 1983 TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL MEDIUM HEAVY CLEANING AND INSPECTION |
| FAFD0000001513900000015141 | REVISED WARNINGS IN SHOP MANUALS BRAKES (ASBESTOS CASES) |
| FAFD0000001514300000015145 | WARNINGS IN SHOP MANUALS CLUTCHES (ASBESTOS CASES) |
| FAFD0000001514600000015148 | CAR SHOP MANUAL COMMON ADJUSTMENTS AND REPAIRS (TRANSMISSION); CLEANING AND INSPECTION |
| FAFD0000001514900000015151 | CAR SHOP MANUAL CLUTCH AND MANUAL TRANSMISION |
| FAFD0000001515200000015154 | "1983 CAR SHOP MANUAL POWERTRAIN ALL MODELS EXCEPT ESCORT / LYNX, EXP / LN7 MANUAL TRANSMISSION GROUP" |
| FAFD0000001525600000015257 | 1970 TRUCK SHOP MANUAL VOLUME ONE CHASSIS CLEANING AND INSPECTION |
| FAFD0000001526000000015261 | 1971 TRUCK SHOP MANUAL VOLUME ONE CHASSIS CLEANING AND INSPECTION |
| FAFD0000001526200000015263 | 1972 CAR SHOP MANUAL VOLUME I CHASSIS CLEANING AND INSPECTION |
| FAFD0000001526400000015265 | 1972 TRUCK SHOP MANUAL VOLUME I CHASSIS CLEANING AND INSPECTION |
| FAFD0000001526600000015267 | 1972 CAPRI SHOP MANUAL REMOVAL AND INSTALLATION |
| FAFD0000001526800000015269 | 1973 CAR SHOP MANUAL VOLUME 1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001527000000015275 | 1973 TRUCK SHOP MANUAL VOL. 1 CHASSIS GENERAL CLUTCH SERVICE |
| FAFD0000001527600000015277 | 1974 TRUCK SHOP MANUAL VOLUME 1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001527800000015279 | 1975 CAR SHOP MANUAL VOLUME 1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001528000000015281 | 1975 TRUCK SHOP MANUAL VOLUME 1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001528200000015283 | 1975-1976 CAR SHOP MANUAL VOL.1 / CHASSIS CLEANING AND INSPECTION |
| FAFD0000001528400000015285 | 1976 TRUCK SHOP MANUAL VOL.1 / CHASSIS CLEANING AND INSPECTION |
| FAFD0000001528600000015287 | 1977 CAR SHOP MANUAL VOL. 1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001528800000015290 | 1977 TRUCK SHOP MANUAL VOL. 1 CHASSIS ADJUSTMENTS; CLEANING AND INSPECTION |
| FAFD0000001529100000015293 | 1978 CAR SHOP MANUAL VOLUME1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001529400000015296 | 1978 TRUCK SHOP MANUAL VOLUME1 CHASSIS CLEANING AND INSPECTION |
| FAFD0000001529700000015299 | 1979 CAR SHOP MANUAL CHASSIS VOLUME 1 CLEANING AND INSPECTION |
| FAFD0000001530000000015301 | "1979 LIGHT TRUCK SHOP MANUAL BODY, CHASSIS & ELECTRICAL CLEANING AND INSPECTION" |
| FAFD0000001530200000015304 | 1980 CAR SHOP MANUAL POWERTRAIN ENGINE TRANSMISSION DRIVESHAFT AXLE FUEL COOLING STARTING EXHAUST ALL MODELS CLEANING AND INSPECTION; REMOVAL AND INSTALLATION |
| FAFD0000001530500000015306 | LIGHT TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL 1980 CLEANING AND INSPECTION |

| Document Range | Description |
|---|---|
| FAFD0000001530700000015308 | 1981 CAR SHOP MANUAL POWERTRAIN ALL CAR MODELS (EXCEPT ESCORT LYNX) CLEANING AND INSPECTION |
| FAFD0000001530900000015311 | 1981 LIGHT TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL CLEANING AND INSPECTION |
| FAFD0000001531200000015313 | 1981 MEDIUM / HEAVY TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL CLEANING AND INSPECTION |
| FAFD0000001531400000015315 | 1981 FORD COURIER TRUCK [ILLEGIBLE] MANUAL CLEANING AND INSPECTION |
| FAFD0000001531600000015317 | "1982 CAR SHOP MANUAL POWERTRAIN ALL MODELS EXCEPT ESCORT / LYNX, EXP / LN7" |
| FAFD0000001531800000015319 | "1982 CAR SHOP MANUAL POWERTRAIN PRE-DELIVERY MAINTENANCE LUBRICATION ESCORT / LYNX, EXP / LN7 MANUAL TRANSAXLE GROUP" |
| FAFD0000001532000000015322 | LIGHT TRUCK SHOP MANUAL CLEANING AND INSPECTION |
| FAFD0000001532300000015325 | LIGHT MEDIUM HEAVY 1982 TRUCK SHOP MANUAL CLUTCH AND MANUAL TRANSMISSIONS |
| FAFD0000001532600000015327 | MEDIUM HEAVY 1982 TRUCK SHOP MANUAL CLEANING AND INSPECTION |
| FAFD0000001532800000015329 | FORD COURIER 1982 TRUCK SHOP MANUAL CLEANING AND INSPECTION |
| FAFD0000001533000000015332 | "1983 CAR SHOP MANUAL POWERTRAIN ALL MODELS EXCEPT ESCORT / LYNX, EXP / LN7 MANUAL TRANSMISSION GROUP" |
| FAFD0000001533300000015334 | "1983 CAR SHOP MANUAL POWERTRAIN PRE-DELIVERY LUBRICATION MAINTENANCE ESCORT / LYNX, EXP / LN7 SECTION 16-03 MECHANICAL CLUTCH LINKAGE" |
| FAFD0000001533500000015336 | 1983 TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL LIGHT CLEANING AND INSPECTION |
| FAFD0000001533700000015338 | 1983 TRUCK SHOP MANUAL BODY CHASSIS ELECTRICAL MEDIUM HEAVY CLEANING AND INSPECTION |
| FAFD0000001833000000018330 | CLUTCH: MANUAL TRANSMISSION AND CLUTCH |
| FAFD0000001966600000019670 | CLUTCH AND MANUAL TRANSMISSIONS GROUP 16 |
| FAFD0000002062800000020716 | SERVICE TECHNICIAN SPECIALLY TRAINING MANUAL |
| FAFD0000002071700000020789 | 1984 CAR SHOP MANUAL BODY CHASSIS ELECTRICAL MARK VII, CONTINENTAL, THUNDERBIRD / COUGAR, LTD / MARQUIS, MUSTANG / CAPRI |
| FAFD1000000000984000000000985 | 1980 CAR SHOP MANUAL BODY- CHASSIS - ELECTRICAL FORD - MERCURY LINCOLN CONTINENTAL MARK VI |
| FAFD1000000000986000000000986 | 1979 LIGHT TRUCK SHOP MANUAL BODY, CHASSIS AND ELECTRICAL BRONCO, ECONOLINE (E-100 THROUGH E-350), AND F-100 THROUGH F-350 |
| FAFD2000000000004000000000005 | 1961 FALCON SHOP MANUAL |
| FAFD2000000000006000000000007 | 1961 THUNDERBIRD SHOP MANUAL |
| FAFD2000000000008000000000010 | FORD TRUCK SHOP MANUAL |
| FAFD2000000000011000000000012 | 1972 CAR SHOP MANUAL VOL. 1 CHASSIS |
| FAFD2000000000013000000000014 | 1975-1976 CAR SHOP MANUAL VOL 1:CHASSIS |
| FAFD2000000000015000000000020 | 1980 TRUCK SHOP MANUAL BRONCO, ECONOLINE AND F-100 THRU F-350 |
| FAFD2000000000021000000000023 | 1980 CAR SHOP MANUAL FAIRMONT, ZEPHYR, THUNDERBIRD COUGER XR-7 |
| FAFD2000000000024000000000026 | 1981 CAR SHOP MANUAL ESCORT AND LYNX |
| FAFD2000000000027000000000030 | 1981 CAR SHOP MANUAL THUNDER, XR.7 FAIRMONT, ZEPHYR GRANADA, COUGER, MUSTANG, CAPRI |
| FAFD2000000000031000000000033 | 1982 CAR SHOP MANUAL LINCOLN CONTINENTAL, THUNDERBIRD/XR.7 FAIRMONT FUTURA, ZEPHYR, GRANADA, COUGER MUSTANG, CAPRI |
| FAFD2000000000034000000000040 | 1982 LIGHT SHOP MANUAL BRONCO, ECONOLINE (E100-E350) F100-F350 |

| Document Range | Description |
|---|---|
| FAFD20000000004100000000043 | 1983 CAR SHOP MANUAL TOWN CAR/MARK VI CROWN VICTORIA/GRAND MARQUIS |
| FAFD20000000004400000000046 | 1983 CAR SHOP MANUAL CONTINENTAL THUNDERBIRD/COUGAR, FAIRMONT FUTURA/ZEPHYR, LTD/MARQUIS, MUSTANG/CAPRI |
| FAFD20000000004700000000054 | 1983 LIGHT TRUCK SHOP MANUAL F100-F350, ECONOLINE (E100-E350) |
| FAFD20000000005500000000058 | 1984 CAR SHOP MANUAL LINCOLN TOWN CAR/FORD CROWN VICTORIA/MERCURY GRAND MARQUIS |
| FAFD20000000005900000000061 | 1984 CAR SHOP MANUAL MARK VII, CONTINENTAL, THUNDERBIRD/COUGAR LTD/MARQUIS, MUSTANG/CAPRI |
| FAFD20000000006200000000067 | 1984 TRUCK SHOP MANUAL RANGER/BRONCO II |
| FAFD20000000006800000000074 | 1984 LIGHT TRUCK SHOP MANUAL BRONCO, ECONOLINE (E150-E350) F150-F350 |
| FAFD20000000007500000000077 | 1985 CAR SHOP MANUAL TEMPO/TOPAZ, ESCORT/LYNX, EXP |
| FAFD20000000007800000000082 | 1985 CAR SHOP MANUAL LINCOLN TOWN CAR, FORD CROWN VICTORIA, MERCURY GRAND MARQUIS |
| FAFD20000000008300000000085 | 1985 CAR SHOP MANUAL: PART 1 OF 2, VOL. B CONTINENTAL, MARK VII, THUNDERBIRD/COUGAR, LTD/MARQUIS, MUSTANG/CAPRI |
| FAFD20000000008600000000091 | 1985 TRUCK SHOP MANUAL RANGER/BRONCO II |
| FAFD20000000009200000000099 | 1985 TRUCK SHOP MANUAL BRONCO, ECCONOLINE (E150-E350) F-150-F-350 |
| FAFD20000000010000000000103 | 1986 CAR SHOP MANUAL LINCOLN TOWN CAR, FORD CROWN VICTORIA/MERCURY GRAND MARQUIS |
| FAFD20000000010400000000107 | 1986 CAR SHOP MANUAL CONTINENTAL/MARK VIII, THUNDERBIRD/COUGAR, LTD/MARQUIS, MUSTANG/CARPRI |
| FAFD20000000010800000000118 | 1986 TRUCK SHOP MANUAL RANGER/BRONCO II |
| FAFD20000000011900000000126 | 1986 LIGHT TRUCK SHOP MANUAL BRONCO, ECONOLINE (E150-E350) F150-F350 |
| FAFD20000000012700000000129 | 1987 CAR SHOP MANUAL LINCOLN TOWN CAR, FORD CROWN VICTORIA, MERCURY GRAND MARQUIS |
| FAFD20000000013000000000132 | 1987 CAR SHOP MANUAL CONTINENTAL, MARK VII, THUNDERBIRD/COUGAR MUSTAND |
| FAFD20000000013300000000141 | 1987 TRUCK SHOP MANUAL RANGER/BRONCO II |
| FAFD20000000014200000000153 | 1987 LIGHT TRUCK SHOP MANUAL BRONCO, ECONOLINE/E-100, E-350 AND F-150, F-350 |
| FAFD20000000015400000000156 | 1980 CAR SHOP MANUAL LINCOLN TOWN CAR, FORD CROWN VICTORIA, MERCURY GRAND MARQUIS |
| FAFD20000000015700000000159 | 1988 CAR SHOP MANUAL MARK VII, THUNDERBIRD/COUGAR, MUSTANG |
| FAFD20000000016000000000174 | 1988 TRUCK SHOP MANUAL RANGER/BRONCO II |
| FAFD20000000017500000000186 | 1988 LIGHT TRUCK SHOP MANUAL BRONCO, ECONOLINE (E150-E350) F150-F350, FSERIES SUPER DUTY |
| FAFD20000000018700000000189 | 1989 CAR SHOP MANUAL THUNDERBIRD/COUGAR |
| FAFD20000000019000000000192 | 1989 CAR SHOP MANUAL LINCOLN TOWN CAR, FORD CROWN VICTORIA, MERCURY GRAND MARQUIS |
| FAFD20000000019300000000196 | 1989 COMPACT TRUCK SHOP MANUAL AEROSTAR, RANGER, BRONCO II |
| FAFD20000000019700000000203 | 1989 LIGHT TRUCK SHOP MANUAL E, E150-F350, F SUPER DUTY, BRONCO |
| FAFD20000000020400000000210 | 1990 TRUCK SHOP MANUAL ECONOLINE, F SERIES, BRONCO |
| FAFD20000000021100000000214 | 1990 TRUCK SHOP MANUAL AEROSTAR, RANGER, BRONCO II |
| FAFD20000000021500000000221 | 1991 TRUCK SHOP MANUAL BRONCO, ECONOLINE, F-SERIES F-SUPER DUTY |

| Document Range | Description |
|---|---|
| FAFD2000000002200000000224 | 1991 CAR SHOP MANUAL CAPRI |
| FAFD2000000002500000000231 | 1992 TRUCK SERVICE MANUAL ECONOLINE, F150, F250, F350, BRONCO, F SERIES SUPER DUTY |
| FAFD2000000002200000000234 | 1992 CAR SHOP MANUAL CAPRI |
| FAFD2000000002300000000240 | 1993 TRUCK SERVICE MANUAL ECONOLINE F150 F250 F350 F SERIES SUPER DUTY |
| FAFD2000000002100000000248 | 1994 TRUCK SERVICE MANUAL ECONOLINE, F150. F250, F350, F SUPER DUTY |
| FAFD2000000002900000000259 | 1995 ECONOLINE SERVICE MANUAL |
| FAFD2000000002600000000270 | 1995 TRUCK SERVICE MANUAL ECONOLINE, F150, F250, F350, F SUPER DUTY |
| FAFD4000000016480000000016711 | 1973 CAR SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000016712000000016938 | 1972 CAR SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000017042000000017076 | 1969 CAR PRELIMINARY SHOP MANUAL |
| FAFD4000000017096000000017156 | 1960 FALCON SHOP MANUAL |
| FAFD4000000017157000000017226 | 1964 FAIRLANE SHOP MANUAL SUPPLEMENT |
| FAFD4000000017227000000017771 | 1970 TRUCK SHOP MANUALS VOLUME ONE CHASSIS |
| FAFD4000000018400000000018548 | 1959 FORD CAR SHOP MANUAL |
| FAFD4000000018549000000019029 | 1967 FORD TRUCK SHOP MANUAL VOLUME ONE |
| FAFD4000000019030000000019290 | 1975-1976 CAR SHOP MANUAL VOL 1 CHASSIS |
| FAFD4000000019291000000019992 | 1975 TRUCK SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000020008000000020025 | 1975 TRUCK SHOP MANUAL SUPPLEMENT |
| FAFD4000000020026000000020253 | 1974 CAR SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000020263000000020877 | 1973 FORD TRUCK SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000020878000000020951 | 1971 CAR SHOP MANUAL PINTO |
| FAFD4000000020952000000020971 | 1970 MAVERICK CAR PRELIMINARY SHOP MANUAL |
| FAFD4000000020972000000021204 | 1970 CAR SHOP MANUAL VOLUME ONE CHASSIS |
| FAFD4000000021205000000021776 | 1972 TRUCK SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000021777000000021990 | 1971 CAR SHOP MANUAL |
| FAFD4000000021991000000021998 | PINTO DO IT YOURSELF MANUAL |
| FAFD4000000021999000000022019 | 1971 CAR PRELIMINARY SHOP MANUAL |
| FAFD4000000022041000000022274 | 1972 CAR SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000022275000000022381 | 1972 CAPRI SHOP MANUAL |
| FAFD4000000022382000000022431 | 1972 COURIER SHOP MANUAL |
| FAFD4000000022432000000022459 | 1972 CAR SHOP MANUAL PRELIMINARY |
| FAFD4000000022460000000022474 | 1972 TRUCK SHOP MANUAL PRELIMINARY |
| FAFD4000000022475000000023022 | 1970 TRUCK SHOP MANUAL VOLUME ONE CHASSIS |
| FAFD4000000023023000000023058 | CAPRI SHOP MANUAL |
| FAFD4000000023070000000023105 | 1970 CAR PRELIMINARY SHOP MANUAL |
| FAFD4000000023106000000023138 | 1970 TRUCK PRELIMINARY SHOP MANUAL |
| FAFD4000000023139000000023187 | 1973 FORD TRUCK SHOP MANUAL PRELIMINARY |
| FAFD4000000023188000000023196 | 1973 CAR SHOP MANUAL PRELIMINARY |
| FAFD4000000023197000000023246 | 1973 COURIER TRUCK SHOP MANUAL |
| FAFD4000000023247000000023480 | 1973 FORD CAR SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000023481000000023582 | 1973 CAPRI CAR SHOP MANUAL |
| FAFD4000000023592000000024124 | 1968 FORD TRUCK SHOP MANUAL VOLUME ONE |
| FAFD4000000024125000000024238 | 1968 BRONCO 1969 ECONOLINE AND CLUB WAGON SHOP MANUAL |
| FAFD4000000024239000000024444 | 1968 FORD AND MERCURY SHOP MANUAL |
| FAFD4000000024445000000024524 | 1967 LINCOLN CONTINENTAL SHOP MANUAL |
| FAFD4000000024525000000024539 | 1968 LINCOLN CONTINENTAL SHOP MANUAL SUPPLEMENT |
| FAFD4000000024540000000024547 | 1968 PASSENGER CAR - MAINTENANCE AND LUBRICATION MANUAL |
| FAFD4000000024548000000024565 | 1968 FORD THUNDERBIRD SHOP MANUAL SUPPLEMENT |
| FAFD4000000024574000000025054 | 1967 FORD TRUCK SHOP MANUAL VOLUME ONE |

| Document Range | Description |
|---|---|
| FAFD40000002505500000025089 | 1969 CAR PRELIMINARY SHOP MANUAL |
| FAFD40000002509000000025204 | 1967 FORD BRONCO, ECONOLINE, AND RECREATIONAL VEHICLE SHOP MANUAL |
| FAFD40000002521200000025227 | 1969 FORD TRUCK PRELIMINARY SHOP MANUAL |
| FAFD40000002522800000025450 | 1969 FORD CAR SHOP MANUAL VOLUME ONE CHASSIS |
| FAFD40000002545100000025644 | 1967 COUGAR, FAIRLANE, FALCON, MERCURY - INTERMEDIATE, MUSTANG SHOP MANUAL |
| FAFD40000002564500000025866 | 1967 FORD AND MERCURY SHOP MANUAL |
| FAFD40000002586700000025945 | 1967 FORD THUNDERBIRD SHOP MANUAL |
| FAFD40000002594600000026440 | 1969 FORD TRUCK SHOP MANUAL VOLUME ONE |
| FAFD40000002648800000026572 | 1962 FORD THUNDERBRID SHOP MANUAL |
| FAFD40000002657300000026713 | 1962 GALAXIE, GALAXIE 500 AND STATION WAGONS SHOP MANUAL |
| FAFD40000002671400000026818 | 1962 FORD FAIRLANE AND FAIRLANE 500 SHOP MANUAL |
| FAFD40000002681900000026833 | 1962-1963 LINCOLN CONTINENTAL MAINTENANCE MANUAL |
| FAFD40000002683400000026852 | 1962-1963 FORD TRUCK 100-800 SERIES SHOP MANUAL SUPPLEMENT |
| FAFD40000002685300000026916 | 1963-1963 FORD TRUCK 850-1100 SERIES SHOP MANUAL SUPPLEMENT |
| FAFD40000002691700000026929 | 1962-1963 FORD ECONOLINE AND FALCON CLUB WAGON SHOP MANUAL SUPPLEMENT |
| FAFD40000002693000000026947 | 1963 FORD FAIRLANE AND MERCURY METEOR SHOP MANUAL SUPPLEMENT |
| FAFD40000002694800000026957 | 1963 FORD THUNDERBIRD SHOP MANUAL SUPPLEMENT |
| FAFD40000002695800000026988 | 1963 FORD GALAXIE AND 1962-1963 MERCURY MONTEREY SHOP MANUAL SUPPLEMENT |
| FAFD40000002698800000027099 | 1961 FORD CAR SHOP MANUAL |
| FAFD40000002710000000027196 | 1961 FORD TRUCK 850-1100- SERIES SHOP MANUAL |
| FAFD40000002719700000027257 | 1961 FALCON SHOP MANUAL |
| FAFD40000002725800000027286 | 1961 ECONOLINE SHOP MANUAL |
| FAFD40000002728700000027347 | 1961 THUNDERBIRD SHOP MANUAL |
| FAFD40000002734800000027405 | 1961 COMET MAINTENANCE MANUAL |
| FAFD40000002740600000027455 | 1961 LINCOLN CONTINENTAL MAINTENANCE MANUAL |
| FAFD40000002745600000027573 | 1961 MERCURY MAINTENANCE MANUAL |
| FAFD40000002757400000027868 | 1959 FORD TRUCK SHOP MANUAL |
| FAFD40000002786900000028093 | 1969 CAR SHOP MANUAL VOLUME ONE CHASSIS |
| FAFD40000002809400000028627 | 1968 FORD TRUCK SHOP MANUAL VOLUME ONE |
| FAFD40000002862800000028666 | 1956 FORD CAR SHOP MANUAL |
| FAFD40000002866700000028894 | 1974 CAR SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD40000002889500000028939 | 1974 FORD TRUCK SHOP MANUAL VOLUME 5 PRE-DELIVERY, MAINTENANCE AND LUBRICATION |
| FAFD40000002894000000029053 | 1977 FORD TRUCK SHOP MANUAL FORD COURIER |
| FAFD40000002905400000029105 | 1977 FORD LINCOLN VERSAILLES SHOP MANUAL |
| FAFD40000002911300000029193 | 1974 FORD CAR SHOP MANUAL CAPRI |
| FAFD40000002919400000029266 | 1974 FORD TRUCK SHOP MANUAL COURIER |
| FAFD40000002926700000029971 | 1977 FORD TRUCK SHOP MANUAL VOL 1 CHASSIS |
| FAFD40000002997200000030024 | 1980 FORD MERCURY, LINCOLN CONTINENTAL, AND CONTINENTAL MARK VI CAR SHOP MANUAL BODY, CHASSIS, ELECTRICAL |
| FAFD40000003002500000030080 | 1980 CAR SHOP MANUAL BODY CHASSIS ELECTRICAL FAIRMONT, ZEPHYR, THUNDERBIRD, COUGAR XR-7 |
| FAFD40000003008100000030650 | 1972 TRUCK SHOP MANUAL VOLUME ONE CHASSIS |
| FAFD40000003065100000030923 | 1980 LIGHT TRUCK SHOP MANUAL BODY, CHASSIS, ELECTRICAL |
| FAFD40000003092400000031038 | 1978 FORD COURIER TRUCK SHOP MANUAL |
| FAFD40000003103900000031110 | 1979 FORD FIESTA CAR SHOP MANUAL |

| Document Range | Description |
|---|---|
| FAFD4000000031110000031126 | 1979 CAR SHOP MANUAL PRE-DELIVERY, MAINTENANCE AND LUBRICATION VOLUME 5 |
| FAFD4000000031270000031163 | 1978 TRUCK SHOP MANUAL VOLUME 5 PRE-DELIVERY, MAINTENANCE AND LUBRICATION |
| FAFD4000000031640000031247 | 1980 PINTO, BOBCAT, MUSTANG, CAPRI, GRANADA, MONARCH, VERSAILLES CAR SHOP MANUAL - BODY AND CHASSIS |
| FAFD4000000031248000031620 | 1978 CAR SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000031621000031695 | 1965 LINCLOLN CONTINENTAL MAINTENANCE MANUAL |
| FAFD4000000031696000031768 | 1965 FORD THUNDERBIRD SHOP MANUAL |
| FAFD4000000031769000031858 | 1965 FORD ECONOLINE SHOP MANUAL |
| FAFD4000000031859000032076 | 1966 FORD AND MERCURY SHOP MANUAL |
| FAFD4000000032077000032528 | 1966 FORD TRUCK SHOP MANUAL VOLUME ONE |
| FAFD4000000032529000032942 | 1965 FORD TRUCKS SHOP MANUAL VOLUME ONE |
| FAFD4000000032943000033043 | 1966 FORD THUNDERBIRD SHOP MANUAL |
| FAFD4000000033044000033139 | 1966 FORD FALCON CLUB WAGON ECONOLINE AND RECREATIONAL VEHICLE SHOP MANUAL |
| FAFD4000000033140000033165 | 1964 FORD TRUCK 850-1100 SERIES SHOP MANUAL SUPPLEMENT |
| FAFD4000000033166000033236 | 1964 FAIRLANE SHOP MANUAL SUPPLEMENT |
| FAFD4000000033237000033307 | 1964 FORD ECONOLINE AND FALCON CLUB WAGON SHOP MANUAL SUPPLEMENT |
| FAFD4000000033308000033536 | 1964 FORD TRUCK 500-800 SERIES SHOP MANUAL |
| FAFD4000000033537000033600 | 1964 FORD THUNDERBIRD SHOP MANUAL |
| FAFD4000000033601000033754 | 1964 FORD AND MERCURY SHOP MANUAL |
| FAFD4000000033755000033921 | 1965 FORD AND MERCURY SHOP MANUAL |
| FAFD4000000033922000034057 | 1964 COMET AND FALCON SHOP MANUAL |
| FAFD4000000034123000034821 | 1976 FORD TRUCK SHOP MANUAL VOL. 1 CHASSIS |
| FAFD4000000034822000035539 | 1975 FORD TRUCK SHOP MANUAL VOL 1 CHASSIS |
| FAFD4000000035540000036171 | 1974 FORD TRUCK SHOP MANUAL VOLUME 1 CHASSIS SECOND PRINTING |
| FAFD4000000036172000036230 | 1975 FORD CAR SHOP MANUAL SUPPLEMENT |
| FAFD4000000036231000036489 | 1975 FORD CAR SHOP MANUAL VOLUME 1 CHASSIS |
| FAFD4000000036490000036786 | 1977 FORD CAR SHOP MANUAL VOL. 1 CHASSIS |
| FAFD4000000036787000036856 | 1975 FORD TRUCK SHOP MANUAL COURIER |
| FAFD4000000036857000037120 | 1975-1976 FORD CAR SHOP MANUALS VOL. 1 CHASSIS |
| FAFD4000000039947000040129 | MANUAL TRANSMISSION AND DRIVELINE (2002) |
| FAFD4000000040130000040312 | MANUAL TRANSMISSION AND DRIVELINE UPDATED JANUARY, 2006 |
| FAFD4000000040389000040397 | FORD PASSENGER CAR SHOP MANUAL 1949-1950-1951 |

Ford also refers Plaintiff to the service/shop manuals that are publicly available through various online public resources and were made available to all consumers, including, for example, Ford's Motorcraft website (for a nominal per manual fee), and is located at www.motorcraft.com. Older resources are also available to Plaintiff in the public domain on a third party website for a nominal per manual fee, and are located at www.helminc.com.

Beyond this, Ford objects to this Request because it is overly broad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. This Request is not limited to a

reasonable time frame or scope, and instead seeks any and all documents of any nature regarding any guidelines, precautions, procedures or methods to use when applying, installing, removing or handling *any* asbestos containing products, of any type whatsoever, at any time during Ford's entire corporate history, and without any reasonable limitation to those time periods or asbestos-containing friction vehicle components to which Victor Michel was allegedly exposed while employed as a mechanic at Crescent Ford (located in Jefferson, Louisiana) during the 1968 to 1969 time period.

**REQUEST FOR PRODUCTION NO. 5:**

Any and all documents referring to any meetings of any health and safety/industrial hygiene committees within the organization of this Defendant, any predecessor or related companies, wherein asbestos was spoken about in any way.

**RESPONSE:**

Ford denies that there exists any medical or scientific knowledge that establishes a causal relationship between exposure to the friction products contained in its vehicles and asbestos-related disease or illness. Nevertheless, and given the over breadth of this Request, Ford refers Plaintiff generally to the Asbestos Friction Document Collection that Ford offered to produce to Plaintiff at the outset of these responses, which includes documents responsive to this Request. If Plaintiff will identify the information sought with reasonable particularity – for example, by identifying a particular committee, or relevant time period, Ford will attempt to respond further to this Request.

Beyond this, Ford objects to this Request because it is overly broad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. In particular, this Request as written seeks any document which references any meeting of any health, safety, or industrial hygiene committee in which the topic of asbestos was spoken about in any manner or context whatsoever, at any time during Ford's entire corporate history, and without any reasonable limitation whatsoever.

**REQUEST FOR PRODUCTION NO. 6:**

Any and all documents in the possession of this Defendant relating to asbestos or the potential health effects of asbestos.

**RESPONSE:**

Ford denies that there exists any medical or scientific knowledge that establishes a causal relationship between exposure to the friction products contained in its vehicles and asbestos-related disease or illness.  Nevertheless, and given the over breadth of this Request, Ford refers Plaintiff generally to the Asbestos Friction Document Collection that Ford offered to produce to Plaintiff at the outset of these responses, which includes numerous communications and other documents concerning the alleged health effects of asbestos, and are responsive to this Request.

Beyond this, Ford objects to this Request because it is generally overbroad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.  This Request is not limited to a reasonable time frame or scope, and instead seeks any and all documents in Ford's possession relating to asbestos or to the alleged potential health effects of asbestos in any manner whatsoever, from any time during Ford's entire corporate history, and without any reasonable limitation whatsoever.

**REQUEST FOR PRODUCTION NO. 7:**

Any and all documents concerning the effects of inhalation of asbestos dust in the possession of this Defendant, or which this Defendant, any predecessor or related companies ever received.

**RESPONSE:**

Ford denies that there exists any medical or scientific knowledge that establishes a causal relationship between exposure to the friction products contained in its vehicles and asbestos-related disease or illness.  Nevertheless, Ford refers Plaintiff to the following documents located within the Asbestos Friction Document Collection referenced in the Preliminary Statement:

(1) SAE paper by A. Anderson and R. Gealer, dated 1973, entitled "Asbestos Emissions from Brake Dynamometer Tests," (Document No. FAFD0010726 – FAFD0010735).

(2) Article by Dennis Paustenbach, D.J., E. Lu, B.L. Finley, G.P. Brorby, and P. Sheehan, "Environmental and Occupational Health Hazards Associated with the Presence of Asbestos in Brake Linings and Pads (1900 to Present): A "State-of-the-Art" Review," J Toxicol Environ Health B Crit Rev. 7(1):33-110 (2004) (Document No. FAFD0013190 – FAFD0013267).  This article is also available to Plaintiff in the public domain.

(3) Paper by Dr. Irving Selikoff, et al., of what is now the Mt. Sinai School of Medicine in New York, entitled "Asbestos Exposure During Brake Lining and Maintenance and Repair," published in *Environmental Research*, Vol. 12, pp. 110-128 (1976) (Document Nos. FAFD0001669 – FAFD0001678,

FAFD0005885, FAFD0007306 – FAFD0007324, FAFD0008195 – FAFD0008229 and FAFD0008737 – FAFD0008771).

Ford's Industrial Hygiene Department conducted environmental air testing at Ford facilities for a variety of substances, including general asbestos air testing and air testing relating to asbestos-containing friction products. Specifically, Ford refers Plaintiff to the following documents located within the Asbestos Friction Document Collection referenced in the Preliminary Statement:

| Document Range | Description |
|---|---|
| FAFD0000000639400000006394 | "ASBESTOS AMBIENT AIR MONITORING - SCIENTIFIC LABORATORY, ROOM S-2031" |
| FAFD0000000639500000006395 | "ENGINEERING AND RESEARCH STAFF SCIENTIFIC LABORATORY CERAMICS LAB - ROOM S-2031 DEPT K9220 SEPTEMBER 14, 1981" |
| FAFD0000000639600000006396 | INDUSTRIAL HYGIENE ASBESTOS STUDY |
| FAFD0000000639700000006397 | "ENVIRONMENTAL SAFETY AND ENGINEERING STAFF OCTOBER 8, 1980 EMISSIONS LABORATORY - DEPT NO. K-447 TEST CELL 10" |
| FAFD0000000639800000006398 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000000639900000006399 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS FIBERS - ARIZONA PROVING GROUND |
| FAFD0000000640000000006400 | "ARIZONA PROVING GROUNDS SEPTEMBER 30 AND OCTOBER 1, 1980 ASBESTOS USE AREAS" |
| FAFD0000000644700000006447 | INDUSTRIAL HYGIENE STUDY - MACHINING AND WEAR DEPT |
| FAFD0000000644800000006448 | "ENGINEERING AND RESEARCH STAFF JUNE 30, 1980 MACHINING AND WEAR DEPT" |
| FAFD0000000660900000006609 | ASBESTOS IN AIR SAMPLING - RESEARCH AND ENGINEERING CENTER |
| FAFD0000000662700000006630 | ASBESTOS FIBER AIR SAMPLING - ARIZONA PROVING GROUNDS |
| FAFD0000000663700000006637 | "ASBESTOS EXPOSURE - TEST TRACK, KINGMAN, ARIZONA" |
| FAFD0000000664500000006648 | INDUSTRIAL HYGIENE STUDIES - ARIZONA PROVING GROUNDS |
| FAFD0000000670400000006704 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000000670500000006705 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS FIBERS - ARIZONA PROVING GROUND |
| FAFD0000000670600000006706 | "ARIZONA PROVING GROUNDS SEPTEMBER 30 AND OCTOBER 1, 1980 ASBESTOS USE AREAS" |
| FAFD0000000670700000006707 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS FIBERS - ARIZONA PROVING GROUND |
| FAFD0000000755300000007554 | INDUSTRIAL HYGIENE STUDY - ASBESTOS EXPOSURES AT AUTOMATIC OVERDRIVE (AOD) TRANSMISSION OPERATIONS |
| FAFD0000000755500000007555 | "LIVONIA TRANSMISSION PLANT APRIL 3, 1980 AUTOMATIC OVERDRIVE (AOD) TRANSMISSION DEPT" |
| FAFD0000000823700000008237 | OCCUPATIONAL EXPOSURE TO AIRBORNE ASBESTOS IN DEPT 601 AND 643 |
| FAFD0000000823800000008238 | "VAN DYKE PLANT SEPTEMBER 15, 1978 ASBESTOS SURVEY IN DEPT 601 & 643" |
| FAFD0000000823900000008239 | REVIEW OF THE INDUSTRIAL HYGIENE STUDIES CONDUCTED IN TRANSMISSION AND CHASSIS DIV FROM 1973 TO THE PRESENT |
| FAFD0000000838400000008384 | INDUSTRIAL HYGIENE STUDY - BRAKE ASSEMBLY ASBESTOS EXPOSURES |
| FAFD0000000838500000008385 | "STERLING AXLE PLANT DECEMBER 11, 1979" |
| FAFD0000001237900000012382 | "INDUSTRIAL HYGIENE SURVEY, ASBESTOS FIBERS" |
| FAFD0000001238900000012390 | INDUSTRIAL HYGIENE REPORT INDUSTRIAL HYGIENE |

| Document Range | Description |
|---|---|
|  | STUDY OF ASBESTOS |
| FAFD0000001239100000012427 | "COMPREHENSIVE INDUSTRIAL HYGIENE SURVEY, ATLANTA ASSEMBLY PLANT" |
| FAFD0000001242800000012448 | ASBESTOS EVALUATION - SAN JOSE ASSEMBLY PLANT |
| FAFD0000001244900000012474 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000001247500000012476 | INDUSTRIAL HYGIENE SURVEY - STATUS REPORT |
| FAFD0000001247700000012487 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000001248800000012491 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. JMS-000443 |
| FAFD0000001249900000012502 | "ASBESTOS EXPOSURES, REAR AXLE ASSEMBLY, STERLING PLANT" |
| FAFD0000001250300000012506 | "AIRBORNE FIBER AIR SAMPLING RESULTS, DEPT 16, STERLING PLANT" |
| FAFD0000001251100000012512 | INDUSTRIAL HYGIENE STUDY - BRAKE ASSEMBLY ASBESTOS EXPOSURES |
| FAFD0000001251300000012516 | INDUSTRIAL HYGIENE SURVEY OF ASBESTOS FIBER EXPOSURE AT CONVEYOR LOADING OF BRAKE ASSEMBLY |
| FAFD0000001252300000012524 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. RMK-000579 |
| FAFD0000001252500000012536 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. AK-1031 |
| FAFD0000001257000000012570 | INDUSTRIAL HYGIENE SURVEY - CLUTCH ASSEMBLY AREA - DEPT 4980 AIRBORNE ASBESTOS |
| FAFD0000001257100000012595 | "DATA SHEET INDUSTRIAL HYGIENE SERVICES SECTION - INDUSTRIAL HYGIENE & TOXICOLOGY DEPT - EMPLOYE HEALTH SERVICES CLEVELAND ENGINE PLANT #2 - DEPT 4980 - CLUTCH ASSEMBLY MARCH 10, 1978" |
| FAFD0000001259600000012603 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. HBL-1007 |
| FAFD0000001260400000012605 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. JMS-000443 |
| FAFD0000001260600000012613 | FMC INDUSTRIAL HYGIENE SERVICES AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. JMS-000461 |
| FAFD0000001261400000012630 | "VAN DYKE PLANT SEPTEMBER 15, 1978 ASBESTOS SURVEY IN DEPT 601 & 643 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001263200000012632 | INDUSTRIAL HYGIENE SURVEY - ACETIC ACID AT WINDOW SEALER APPLICATION AND ASBESTOS AT BRAKE CALIPER INSTALLATION |
| FAFD0000001263300000012634 | INDUSTRIAL HYGIENE SURVEY OF ASBESTOS FIBER EXPOSURE AT CONVEYOR LOADING OF BRAKE ASSEMBLY |
| FAFD0000001263600000012638 | INDUSTRIAL HYGIENE REPORT EXPOSURE TO ASBESTOS. FITTING BRAKE SHOE AND DRUM SUB-ASSEMBLIES [NO.: 35 / 86] |
| FAFD0000001263900000012667 | INDUSTRIAL HYGIENE REPORT ASBESTOS EXPOSURES DURING CLEANING [NUMBER DAVID HANDS 33-86 CLAYTON 33254-15] |
| FAFD0000001267800000012690 | INDUSTRIAL HYGIENE REPORT ASBESTOS EXPOSURES [NUMBER 37925-15 L. LATORRE 25 / 87] |
| FAFD0000001269100000012692 | INDUSTRIAL HYGIENE REPORT ASBESTOS FIBER EXPOSURES [NUMBER DAVID HANDS 4-87] |
| FAFD0000001269300000012694 | INDUSTRIAL HYGIENE REPORT ASBESTOS EXPOSURE DURING BRAKE MAINTENANCE [NUMBER DAVID HANDS 31-87] |

| Document Range | Description |
|---|---|
| FAFD0000001269500000012696 | INDUSTRIAL HYGIENE REPORT ASBESTOS EXPOSURE [NUMBER PATRICIA A. BROGAN-16-87] |
| FAFD0000001269800000012698 | "ADDITIONAL INFORMATION ON INDUSTRIAL HYGIENE ON-SITE SAMPLING SERVICES FROM LANCASTER LABORATORIES, INC." |
| FAFD0000001272900000012730 | INDUSTRIAL HYGIENE REPORT INDUSTRIAL HYGIENE STUDY OF ASBESTOS |
| FAFD0000001273100000012732 | "INDUSTRIAL HYGIENE REPORT DUST EXPOSURES, CLUTCH ASSEMBLY, DEPT 283" |
| FAFD0000001273300000012734 | INDUSTRIAL HYGIENE REPORT SIX-CYLINDER COLD TEST DUST IDENTIFICATION |
| FAFD0000001273500000012736 | INDUSTRIAL HYGIENE STUDY - ASBESTOS FIBER COUNTS CAROUSEL OPERATION - DEPT 0018 |
| FAFD0000001273700000012737 | ATTACHMENT 1 INDUSTRIAL HYGIENE AIR SAMPLING DATA SHEET CHICAGO PDC 2622-6331 CAROUSEL OPERATIONS DEPT 0019 07/06/1990 RESULTS OF AIR SAMPLES ARRANGED BY EMPLOYEES |
| FAFD0000001273800000012738 | ATTACHMENT 2 INDUSTRIAL HYGIENE SUPPLEMENTARY SAMPLING AND ANALYTICAL DATA |
| FAFD0000001273900000012740 | INDUSTRIAL HYGIENE REVIEW - ASBESTOS-CONTAINING WARRANTY RETURN PARTS |
| FAFD0000001274200000012743 | INDUSTRIAL HYGIENE INVESTIGATION - WARRANTY PARTS RETURN CENTER |
| FAFD0000001274400000012745 | INDUSTRIAL HYGIENE AIR SAMPLING DATA SHEET |
| FAFD0000001275400000012754 | "AIR SAMPLING, E-6 TRUCK AXLE ASSEMBLY, VAN DYKE PLANT" |
| FAFD0000001275500000012755 | ATTACHMENT 1 INDUSTRIAL HYGIENE AIR SAMPLING DATA SHEET VAN DYKE PLANT 011827 E-6 AXLE ASSEMBLY DEPT RESULTS OF AIR SAMPLES ARRANGED BY DEPT |
| FAFD0000001275600000012758 | IEC HEALTH AND SAFETY ASSESSMENT: BREATHING ZONE AIR SAMPLING RESULTS FROM RELIABILITY TESTING LABORATORY (BUILDING #4) |
| FAFD0000001275900000012765 | "ATTACHMENT 1 INDUSTRIAL HYGIENE AIR SAMPLING DATA SHEET R&E CENTER / BUILDING #4 ROAD, LOAD, AND STRUCTURES RESULTS OF AIR SAMPLES ARRANGED BY AREAS AND PERSON" |
| FAFD0000001276700000012767 | ATTACHMENT 1 INDUSTRIAL HYGIENE AIR SAMPLING DATA SHEET FIBERS RESULTS OF AIR SAMPLES ARRANGED BY AGENT AND PERSON |
| FAFD0000001315800000013159 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. JMS-000461 |
| FAFD0000001316000000013161 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. JMS-000463 |
| FAFD0000001316200000013163 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. JMS-000465 |
| FAFD0000001316400000013172 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. JMS-000464 |
| FAFD0000001335700000013357 | ASBESTOS EXPOSURE OF TRANSMISSION CLUTCH STACKING OPERATION - LIVONIA TRANSMISSION PLANT |
| FAFD0000001335900000013360 | INDUSTRIAL HYGIENE REPORT SIX-CYLINDER COLD TEST DUST IDENTIFICATION |
| FAFD0000001336100000013362 | "INDUSTRIAL HYGIENE REPORT DUST EXPOSURES, CLUTCH ASSEMBLY, DEPT 283" |
| FAFD0000001343100000013431 | INDUSTRIAL HYGIENE STUDY - ASBESTOS EXPOSURE - LIVONIA TRANSMISSION PLANT |
| FAFD0000001343800000013439 | "AN INVESTIGATION ON AUGUST 4, 1977 IN RESPONSE TO AN EMPLOYEE COMPLAINT" |
| FAFD0000001344800000013449 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA |

| Document Range | Description |
|---|---|
| | RETRIEVAL NO. IMS-000444 |
| FAFD0000001345000000013453 | "COMPREHENSIVE INDUSTRIAL HYGIENE SURVEY, ATLANTA ASSEMBLY PLANT" |
| FAFD0000001348700000013488 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000001349700000013512 | "SAN JOSE PLANT MAY 15 - 19, 1978 LEAD USE AREAS PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001353100000013531 | EMPLOYE EXPOSURE TO DUST DURING AUTOMATIC BORING AND ASBESTOS DURING CLUTCH DISC UNPACKING |
| FAFD0000001353200000013532 | "FAIRFAX TRANSMISSION PLANT AUGUST 22, 1978" |
| FAFD0000001353300000013534 | EMPLOYE EXPOSURES TO AIRBORNE ASBESTOS |
| FAFD0000001353500000013535 | "SHARONVILLE TRANSMISSION PLANT AUGUST 21, 1978" |
| FAFD0000001353600000013536 | OCCUPATIONAL EXPOSURE TO AIRBORNE ASBESTOS IN DEPT 601 AND 643 |
| FAFD0000001353700000013537 | "VAN DYKE PLANT SEPTEMBER 15, 1978 ASBESTOS SURVEY IN DEPT 601 & 643 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001353800000013538 | ASBESTOS EXPOSURE TRANSMISSION CLUTCH STACKING OPERATION - LIVONIA TRANSMISSION PLANT |
| FAFD0000001353900000013539 | "LIVONIA TRANSMISSION PLANT FEBRUARY 2, 1979 DEPT 90 CLUTCH STACKING OPERATION PERMISSIBLE OCCUPATIONAL LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001354000000013540 | INDUSTRIAL HYGIENE ASBESTOS STUDY - CLUTCH ASSEMBLY AREA - DEPT 4980 - CLEVELAND ENGINE PLANT NO. 2 |
| FAFD0000001356800000013568 | "EMPLOYE EXPOSURES TO SOLVENT VAPORS IN DELPARK WATER RECOVERY AREA, AND ASBESTOS EXPOSURES DURING LIFT TRUCK REPAIR" |
| FAFD0000001357000000013570 | "ONTARIO TRUCK PLANT MAY 1, 1979 PERMISSIBLE OCCUPATIONAL EXPOSURES TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001357700000013577 | ASBESTOS EXPOSURE TRANSMISSION CLUTCH STACKING OPERATION - TRANSMISSION PLANT |
| FAFD0000001357800000013578 | "LIVONIA TRANSMISSION PLANT NOVEMBER 27, 1979 DEPT 90 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001358000000013581 | INDUSTRIAL HYGIENE STUDY - ASBESTOS EXPOSURE - CLUTCH PACKAGING OPERATION - DEPT 25C613 |
| FAFD0000001358200000013582 | "DETROIT SUPPLY AND CENTRAL PARTS DEPOT CLUTCH PACKAGING OPERATION JUNE 5, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS (PEL):" |
| FAFD0000001358300000013583 | INDUSTRIAL HYGIENE STUDY - MACHINING AND WEAR DEPT |
| FAFD0000001358400000013584 | "ENGINEERING AND RESEARCH STAFF JUNE 30, 1980 MACHINING AND WEAR DEPT PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANT:" |
| FAFD0000001358500000013585 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. HBL-1007 |
| FAFD0000001358600000013586 | INDUSTRIAL HYGIENE SURVEY - ACETIC ACID AT WINDOW SEALER APPLICATION AND ASBESTOS AT BRAKE CALIPER INSTALLATION |
| FAFD0000001358700000013588 | "ONTARIO TRUCK PLANT SEPTEMBER 15, 1983 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001359000000013590 | CENTRAL [LABORATORY] FUNCTIONAL AND ENDURANCE SECTION BRAKE PAD COEFFICIENT OF FRICTION TEST PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS: |

| Document Range | Description |
|---|---|
| FAFD0000001359100000013591 | INDUSTRIAL HYGIENE STUDY OF FIBER CONCENTRATIONS AND SLUDGE DEPOSIT |
| FAFD0000001359200000013592 | STERLING PLANT DEPT 33 25 APRIL 1984 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS (PEL): |
| FAFD0000001359400000013595 | INDUSTRIAL HYGIENE SURVEY OF ASBESTOS FIBER EXPOSURE AT CONVEYOR LOADING OF BRAKE ASSEMBLY |
| FAFD0000001359600000013596 | VAN DYKE PLANT 20 SEPTEMBER 1984 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS (PEL): |
| FAFD0000001359800000013599 | INDUSTRIAL HYGIENE SURVEY OF ASBESTOS FIBER EXPOSURE AT CONVEYOR LOADING OF BRAKE ASSEMBLY |
| FAFD0000001360000000013600 | STERLING PLANT 20 SEPTEMBER 1984 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS (PEL): |
| FAFD0000001360200000013603 | INDUSTRIAL HYGIENE REPORT INDUSTRIAL HYGIENE STUDY OF ASBESTOS |
| FAFD0000001360400000013604 | "AIRBORNE FIBER AIR SAMPLING RESULTS, DEPT 16, STERLING PLANT" |
| FAFD0000001360500000013605 | ATTACHMENT 1 INDUSTRIAL HYGIENE AIR SAMPLING DATA SHEET STERLING PLANT E-6 TRUCK AXLE ASSEMBLY 16 RESULTS OF AIR SAMPLES ARRANGED BY AREAS AND PERSON |
| FAFD0000001411300000014116 | ASBESTOS FIBER AIR SAMPLING - ARIZONA PROVING GROUNDS |
| FAFD0000001411700000014120 | ASBESTOS FIBER AIR SAMPLING - ARIZONA PROVING GROUNDS |
| FAFD0000001542800000015428 | "SAN JOSE ASSEMBLY PLANT DEPT 50 NO. 1 TRIM LINE - ROOF LINER INSTALLATION DECEMBER 9, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001542900000015429 | "SAN JOSE ASSEMBLY PLANT DEPT 85 COMMERCIAL WHEEL PAINT BOOTH DECEMBER 9, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001543000000015430 | "SAN JOSE ASSEMBLY PLANT DEPT 45 OIL HOUSE DECEMBER 10, 1981 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001543100000015431 | "SAN JOSE ASSEMBLY PLANT DEPT 5 WELD POINT DRESSING DECEMBER 10, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001544100000015442 | "SAN JOSE PLANT MAY 15 - 19, 1978 LEAD USE AREAS PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001544300000015443 | "SAN JOSE PLANT MAY 15 - 19, 1978 JITTERBUG SANDING OPERATIONS PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS" |
| FAFD0000001544500000015446 | "SAN JOSE PLANT MAY 15 - 19, 1978 PAINT SPRAY BOOTH (COMMERCIAL SIDE) PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001544700000015448 | "SAN JOSE PLANT MAY 15 - 19, 1978 ASBESTOS USAGE AREAS [ILLEGIBLE] OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONCENTRATIONS" |
| FAFD0000001544900000015450 | "SAN JOSE PLANT MAY 15 - 19, 1978 FINE WIRE WELD BOOTHS PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONCENTRATIONS" |
| FAFD0000001545100000015451 | "SAN JOSE PLANT MAY 15 - 19, 1978 BRAZING OPERATION PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001545400000015454 | "SAN JOSE PLANT MAY 15 - 19, 1978 COMMERCIAL SNO-SOL APPLICATION AREA PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONCENTRATIONS" |

| Document Range | Description |
|---|---|
| FAFD0000001549100000015491 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000001549200000015500 | "INDUSTRIAL HYGIENE STUDIES - OIL MIST, DUST, SOLVENT VAPORS, ASBESTOS AND ACID MIST" |
| FAFD0000001570300000015739 | "COMPREHENSIVE INDUSTRIAL HYGIENE SURVEY, ATLANTA ASSEMBLY PLANT" |
| FAFD0000001574200000015742 | "MR. LICK OF THE INDUSTRIAL HYGIENE DEPT CONDUCTED AN AIR SAMPLING SURVEY AT EMISSIONS LABORATORY TEST CELL #10 ON OCTOBER 8, 1980" |
| FAFD0000001582900000015829 | INDUSTRIAL HYGIENE STUDIES FROM 1976 TO THE PRESENT HAVE BEEN REVIEWED |
| FAFD0000001584400000015845 | INDUSTRIAL RELATIONS BULLETIN SUBJECT MONITORING EXPOSURES TO AIRBORNE ASBESTOS FIBERS [BULLETIN NO. 40 C] |
| FAFD0000001597100000015972 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000001597300000015973 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000001597400000015975 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS FIBERS - ARIZONA PROVING GROUND |
| FAFD0000001613300000016133 | "AN INDUSTRIAL HYGIENE STUDY OF ASBESTOS EXPOSURE, DEPT 74 - KENTUCKY TRUCK PLANT" |
| FAFD0000001613400000016134 | "KENTUCKY TRUCK PLANT FEBRUARY 15, 1979 CLUTCH ASSEMBLY AREA DEPT 74 OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001613500000016135 | JOB NO. 7946-179-LA LAB NO. 142064 SAMPLE DESCRIPTION: KY. TRUCK PLANT |
| FAFD0000001613900000016140 | ASBESTOS EXPOSURE TRANSMISSION CLUTCH STACKING OPERATION - LIVONIA TRANSMISSION PLANT |
| FAFD0000001614600000016152 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS EXPOSURES - BRAKE AND TIRE LABORATORY - SEM ANALYSIS |
| FAFD0000001615300000016157 | INDUSTRIAL HYGIENE STUDY - ARIZONA PROVING GROUNDS |
| FAFD0000001615800000016162 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS EXPOSURES AT BRAKE AND TIRE LABORATORY |
| FAFD0000001616300000016164 | INDUSTRIAL HYGIENE STUDY ASBESTOS - BEAR AXLE LINE DEPT 81 A2 C - MICHIGAN TRUCK PLANT |
| FAFD0000001616500000016165 | "INDUSTRIAL HYGIENE SURVEY, ASBESTOS FIBERS" |
| FAFD0000001616600000016168 | ARIZONA PROVING GROUNDS BRAKE GRINDING MACHINE DEPT K2592 2-3 MAY 1983 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT FOR AIRBORNE CONTAMINANTS (PEL): |
| FAFD0000001632400000016325 | INDUSTRIAL HYGIENE REPORT ASBESTOS EXPOSURE DURING BRAKE MAINTENANCE [NUMBER DAVID HANDS 31-87] |
| FAFD0000001632900000016329 | "ANALYZED SAMPLE SUBMITTED ON MAY 23, 1979" |
| FAFD0000001633000000016330 | "AN INDUSTRIAL HYGIENE STUDY OF ASBESTOS EXPOSURE, DEPT 74 - KENTUCKY TRUCK PLANT" |
| FAFD0000001633100000016339 | "KENTUCKY TRUCK PLANT FEBRUARY 15, 1979 CLUTCH ASSEMBLY AREA DEPT 74 OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001635400000016356 | INDUSTRIAL HYGIENE AUDIT OF OHIO TRUCK PLANT 6-8 JUNE 1983 |
| FAFD0000001636100000016365 | INDUSTRIAL HYGIENE REPORT DUST EXPOSURE [NUMBER PATRICIA A. BROGAN 41-86 CLAYTON-35148-15 REVISED] |
| FAFD0000001636600000016367 | "INDUSTRIAL HYGIENE COMMENTS VAN DYRE PLANT REVIEW MAY 22-25, 1969" |
| FAFD0000001636800000016368 | "ASBESTOS EXPOSURE EVALUATION - DEPARTMENTS 4524, 4525, 491 AND 488" |
| FAFD0000001636900000016370 | "YPSILANTI PLANT SEPTEMBER 8 AND 12, 1978 DEPARTMENTS 4524, 4525, 491 & 488 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001637100000016372 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-725 |

| Document Range | Description |
|---|---|
| FAFD0000001637300000016374 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-726 |
| FAFD0000001637500000016376 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-727 |
| FAFD0000001637700000016378 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-728 |
| FAFD0000001638200000016383 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-731 |
| FAFD0000001638400000016385 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-733 |
| FAFD0000001638600000016387 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-734 |
| FAFD0000001638800000016389 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-730 |
| FAFD0000001639000000016391 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-732 |
| FAFD0000001639200000016393 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-750 |
| FAFD0000001639400000016394 | FMC INDUSTRIAL HYGIENE AIR ANALYSIS SAMPLING DATA SHEET SAMPLE DESIGNATION & DATA RETRIEVAL NO. MRF-750 |
| FAFD0000001655200000016552 | ASBESTOS EVALUATION - MICHIGAN TRUCK PLANT |
| FAFD0000001655300000016553 | INDUSTRIAL HYGIENE STUDY ASBESTOS - REAR AXLE LINE DEPT 81-A2-C |
| FAFD0000001692200000016922 | "INDUSTRIAL HYGIENE STUDY, DRIVESHAFT ASSEMBLY AND SPINDLE HEAT TREAT DEPT - STERLING AXLE PLANT" |
| FAFD0000001692300000016924 | "STERLING AXLE PLANT DEPT NO. 33 - DRIVESHAFT ASSEMBLY PLANT NOVEMBER 19, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001693800000016939 | ASBESTOS EXPOSURE TRANSMISSION CLUTCH STACKING OPERATION - LIVONIA TRANSMISSION PLANT |
| FAFD0000001703800000017038 | ASBESTOS EXPOSURE TRANSMISSION CLUTCH STACKING OPERATION - LIVONIA TRANSMISSION PLANT |
| FAFD0000001703900000017039 | "LIVONIA TRANSMISSION PLANT MAY 1, 1979 DEPT 90, CLUTCH STACKING PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS TO AIRBORNE CONTAMINANTS:" |
| FAFD0000001704300000017045 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS EXPOSURE AT BRAKE AND TIRE LABORATORY |
| FAFD0000001719300000017194 | INDUSTRIAL HYGIENE STUDY-EXPERIMENTAL VEHICLE GARAGE-METAL SHOP |
| FAFD0000001719500000017195 | "CAR PRODUCT DEVELOPMENT EXPERIMENTAL VEHICLE GARAGE METAL SHOP AUGUST 18, 1983 BULK SAMPLE ANALYSES" |
| FAFD0000001733300000017333 | "INDUSTRIAL HYGIENE STUDY, DRIVESHAFT ASSEMBLY AND SPINDLE HEAT TREAT DEPT - STERLING AXLE PLANT" |
| FAFD0000001733400000017334 | "STERLING AXLE PLANT DEPT NO. 33 - DRIVESHAFT ASSEMBLY PLANT NOVEMBER 19, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001733500000017335 | "STERLING AXLE PLANT DEPT NO. 24 - SPINDLE HEAT TREAT NOVEMBER 19, 1980 PERMISSIBLE |

| Document Range | Description |
|---|---|
| | OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001733600000017336 | "INDUSTRIAL HYGIENE STUDY, DRIVESHAFT ASSEMBLY AND SPINDLE HEAT TREAT DEPT - STERLING AXLE PLANT" |
| FAFD0000001733700000017337 | "STERLING AXLE PLANT DEPT NO. 33 - DRIVESHAFT ASSEMBLY PLANT NOVEMBER 19, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001733800000017338 | "STERLING AXLE PLANT DEPT NO. 24 - SPINDLE HEAT TREAT NOVEMBER 19, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMITS FOR AIRBORNE CONTAMINANTS:" |
| FAFD0000001733900000017339 | INDUSTRIAL HYGIENE STUDY - BRAKE ASSEMBLY ASBESTOS EXPOSURES |
| FAFD0000001734000000017340 | "STERLING AXLE PLANT DECEMBER 11, 1979 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS (PEL):" |
| FAFD0000001772700000017727 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS EXPOSURES - BRAKE AND TIRE LABORATORY - SEM ANALYSIS |
| FAFD0000001773400000017736 | INDUSTRIAL HYGIENE STUDY - ARIZONA PROVING GROUNDS |
| FAFD0000001774500000017747 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS EXPOSURES AT BRAKE AND TIRE LABORATORY |
| FAFD0000001774800000017749 | "CAR ENGINEERING RELIABILITY LABORATORY BRAKE AND TIRE LABORATORY FEBRUARY 8 AND 9 AND MARCH 17, 1983 AIRBORNE ASBESTOS ANALYSIS PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS (PEL):" |
| FAFD0000001775000000017750 | INDUSTRIAL HYGIENE STUDY ASBESTOS - REAR AXLE LINE DEPT 81 A2 C - MICHIGAN TRUCK PLANT |
| FAFD0000001775200000017755 | ARIZONA PROVING GROUNDS EXHAUST VENTILATION AIR FLOW MEASUREMENTS 2 MAY 1983 |
| FAFD0000001775600000017757 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000001789100000017891 | INDUSTRIAL HYGIENE STUDY - BRAKE ASSEMBLY ASBESTOS EXPOSURES |
| FAFD0000001789200000017892 | "STERLING AXLE PLANT DECEMBER 11, 1979 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS (PEL):" |
| FAFD0000001790200000017903 | INDUSTRIAL HYGIENE RE-STUDY - ASBESTOS FIBER EXPOSURES |
| FAFD0000001790500000017905 | "INDUSTRIAL HYGIENE SURVEY, ASBESTOS FIBERS" |
| FAFD0000001790600000017906 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS FIBERS |
| FAFD0000001790700000017908 | "KENTUCKY TRUCK PLANT ASBESTOS USE AREAS MARCH 13, 1980 PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS" |
| FAFD0000001801200000018012 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000001801300000018013 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS FIBERS - ARIZONA PROVING GROUND |
| FAFD0000001801400000018014 | "ARIZONA PROVING GROUNDS SEPTEMBER 30 AND OCTOBER 1, 1980 ASBESTOS USE AREAS PERMISSIBLE OCCUPATIONAL EXPOSURE LIMIT TO AIRBORNE CONTAMINANTS" |
| FAFD0000001841800000018419 | ASBESTOS IN AIR SAMPLING - RESEARCH AND ENGINEERING |
| FAFD0000001842200000018428 | INDUSTRIAL HYGIENE STUDIES - ARIZONA PROVING GROUNDS |
| FAFD0000001843500000018435 | ASBESTOS CONTENT IN DUST FROM CLUTCH DISCS - DETROIT PARTS DEPOT |
| FAFD0000001843600000018436 | RESULT OF SAMPLE SUBMITTED NO OTHER ASBESTOS FORMS DETECTED |
| FAFD0000001855200000018556 | INDUSTRIAL HYGIENE ASSESSMENT DURING ASBESTOS REMOVAL AT THE FORD DEARBORN ASSEMBLY PLANT DEARBORN, MICHIGAN FOR FMC CLAYTON PROJECT NO. 50099-15 |

| Document Range | Description |
|---|---|
| FAFD0000002045500000020455 | LETTER ENCLOSING REPORT ON THE ASSESSMENT OF AIRBORNE FIBER CONCENTRATIONS DURING REMOVAL, CLEAN-UP AND ENCAPSULATION OF ASBESTOS THERMAL INSULATION LOCATED IN THE MAIN SERVICE TUNNEL, COLUMNS 265-268 |
| FAFD0000002045600000020459 | INDUSTRIAL HYGIENE ASSESSMENT, REMOVAL, CLEAN-UP AND ENCAPSULATION IN THE MAIN SERVICE TUNNEL COLUMNS 265 - 268 OF FMC DEARBORN, MICHIGAN 48121 [ECE PROJECT NO. 11164] |
| FAFD0000002079300000020796 | AIR SAMPLING REPORT FOR: AIRBORNE ASBESTOS FIBERS FMC POWER HOUSE, THIRD FLOOR 3001 MILLER ROAD DEARBORN, MI 48121 BDN JOB NO. 7999 IH |
| FAFD0000002093100000020931 | INDUSTRIAL HYGIENE STUDY - MACHINING AND WEAR DEPT |
| FAFD0000002093200000020932 | INDUSTRIAL HYGIENE SERVICES SECTION INDUSTRIAL HYGIENE & TOXICOLOGY DEPT EMPLOYE HEALTH SERVICES ENGINEERING AND RESEARCH STAFF JUNE 30, 1980 MACHINING AND WEAR DEPT,PERSONAL INFORMATIO |
| FAFD0000002093300000020933 | INDUSTRIAL HYGIENE SURVEY |
| FAFD0000002093400000020934 | INDUSTRIAL HYGIENE SURVEY - ASBESTOS FIBERS - ARIZONA PROVING GROUND |
| FAFD0000002093500000020935 | INDUSTRIAL HYGIENE SERVICES SECTION INDUSTRIAL HYGIENE AND TOXICOLOGY DEPT EMPLOYE HEALTH SERVICES ARIZONA PROVING GROUNDS SEPTEMBER 30 AND OCTOBER 1, 1980 ASBESTOS USE AREAS,PERSONAL INFORMATIO |
| FAFD0000002093600000020937 | INDUSTRIAL HYGIENE SURVEY |

Beyond this, Ford objects to this Request because it is overly broad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence, particularly because this Request is not limited to a reasonable time frame or scope. Further, because Plaintiff's claims against Ford are based on allegations relating to alleged exposure to asbestos-containing friction vehicle components, and not from alleged premises asbestos exposure in a Ford facility, information concerning any asbestos-related studies that may have been conducted in any Ford premises locations is neither relevant nor reasonably calculated to lead to discovery of admissible evidence in this case.

## REQUEST FOR PRODUCTION NO. 8:

Any and all writings of any nature whatsoever sent to or received from any of the Defendant's insurance carriers and/or the carriers of the Defendant's predecessor or related companies, referring, reflecting, concerning or relating to any way the health effects of the inhalation of asbestos dust or asbestos particles suspended in the air.

## RESPONSE:

Ford denies that there exists any medical or scientific knowledge that establishes a causal relationship between exposure to the friction products contained in its vehicles and asbestos-

related disease or illness.  Nevertheless, and given the over breadth of this Request, Ford refers Plaintiff to the Asbestos Friction Document Collection that Ford offered to produce to Plaintiff at the outset of these Responses, which includes numerous communications and other documents concerning the asbestos-containing friction vehicle components that were at one time incorporated into some production vehicles and sold as replacement parts, and may be responsive to this Request.

Beyond this, Ford objects to this Request because it is overly broad, unduly burdensome and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence, particularly because it is not limited in any reasonable manner to those  This Request is not limited to a reasonable time frame or scope, and instead seeks any and all writings of any nature whatsoever sent to or received from any of Ford's insurance carriers concerning in any way the alleged health effects of the inhalation of asbestos dust or asbestos particles suspended in the air, at any time during Ford's entire corporate history, and without any reasonable limitation whatsoever.  Ford also objects to this Request because it is argumentative and misleading to the extent it implies that there exists any medical or scientific knowledge that establishes a causal relationship between exposure to the friction products contained in its vehicles and asbestos-related disease or illness, which Ford denies.  Furthermore, because Plaintiff's claims against Ford are based on allegations relating to alleged exposure to asbestos-containing friction vehicle components, and not from alleged premises asbestos exposure in a Ford facility, information concerning any asbestos-related studies conducted in any Ford premises locations is neither relevant nor reasonably calculated to lead to discovery of admissible evidence in this case.

**REQUEST FOR PRODUCTION NO. 9:**

Any and all documents referring, reflecting, concerning or relating to the dollar amount spent annually on research generally and medical research regarding asbestos disease specifically since 1930 by this Defendant, any predecessor or related companies.

**RESPONSE:**

Ford refers Plaintiff to the following documents located within the Asbestos Friction Document Collection referenced in the Preliminary Statement:

(1)     Ford Inter-Office Memorandum from R.L. Gealer, dated April 10, 1973, entitled "Visit to Mount Sinai School of Medicine re: Ford Grant for Asbestos Toxicology Research." (Document Nos. FAFD000252 – FAFD000253, FAFD001992 –

FAFD001995, FAFD007514 – FAFD007515, FAFD007518 – FAFD007519, FAFD009496 – FAFD009497, FAFD009500 – FAFD009501).

(2)     Ford Correspondence from W. Dale Compton to Irving J. Selikoff, dated October 23, 1973, regarding renewal of Ford Motor Company Grant for the academic year 1973-1974. (Document Nos. FAFD000247, FAFD009491).

(3)     Ford Inter-Office Memorandum from R.L. Gealer, dated April 19, 1974, entitled "SRS Research Grant -- Mount Sinai School of Medicine, City University of New York." (Document Nos. FAFD000238, FAFD009482).

(4)     Ford Correspondence from W. Dale Compton to Irving J. Selikoff, dated September 17, 1974, regarding renewal of Ford Motor Company Grant for the academic year 1974-1975. (Document Nos. FAFD000228, FAFD009472).

(5)     Ford Correspondence from Roy L. Gealer to Irving J. Selikoff, dated October 8, 1974, regarding renewal of Ford Motor Company Grant for the academic year 1974-1975. (Document Nos. FAFD000227, FAFD009471).

(6)     Correspondence from Irving J. Selikoff to Roy L. Gealer, dated October 14, 1974, regarding renewal of Ford Motor Company Grant for the academic year 1974-1975. (Document Nos. FAFD000226, FAFD009470).

(7)     Ford Inter-Office Memorandum from R.L. Gealer, dated June 12, 1975, entitled "SRS Research Grant -- Mount Sinai School of Medicine, City University of New York." (Document Nos. FAFD000204 – FAFD000205, FAFD009448 – FAFD009449).

Beyond this, Ford objects to this Request because it is overly broad, unduly burdensome, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. This Request is not limited to a reasonable time frame or scope, and instead seeks any and all documents referring, reflecting, concerning or relating to the dollar amount spent annually on research generally and medical research, for any purpose whatsoever, at any time since 1930, and without any reasonable limitation.

**REQUEST FOR PRODUCTION NO. 10:**

A bibliography of any and all material contained in any libraries or other depositories of this Defendant referring, reflecting, concerning or relating to asbestos, asbestos-containing products, the health effects of the absorption or inhalation of asbestos by humans or animals and/or the application, removal, installation and disposal of asbestos and/or asbestos-containing products.

**RESPONSE:**

Ford at one time maintained libraries in the following functional areas in Dearborn, Michigan: medical, industrial hygiene, toxicology, and health surveillance. There is no specific depository solely dedicated to the topic of asbestos.

The following journals, among others, were subscribed to at some time during the period from 1928 to the present by the medical and health interests:

> Industrial Health
> Industrial Medicine & Surgery
> Journal of Occupational Medicine
> Journal of American Medical Association
> Archives of Environmental Health
> British Journal of Industrial Medicine
> Annals of Occupational Hygiene
> Journal of American Industrial Hygiene Association

The following journals, among others, were subscribed to at some time by industrial hygiene interests:

> Archives of Environmental Health
> American Industrial Hygiene Journal
> Industrial Hygiene and Toxicology
> British Journal of Industrial Medicine
> The Annals of Occupational Hygiene

Beyond this, Ford objects to this Request because it is overly broad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Specifically, this Request is not limited to a reasonable time frame or scope, and instead seeks a bibliography of any and all asbestos-related material contained in any libraries or "other depositories" of Ford, and is without any reasonable limitation whatsoever. Ford also objects to this Request because the phrase "other depositories" is vague and ambiguous in the context of this request and Ford is uncertain what information Plaintiff is seeking.

## REQUEST FOR PRODUCTION NO. 11:

Any and all documents concerning any instructions, advice, suggestions, warnings, guidance, notification, training or education on any health effects of the inhalation of asbestos fibers, or other dusts in the possession of the Defendant.

## RESPONSE:

Ford denies that there exists any medical or scientific knowledge that establishes a causal relationship between exposure to the friction products contained in its vehicles and asbestos-related disease or illness. Nevertheless, Ford refers Plaintiff to the following documents located within the Asbestos Friction Document Collection referenced in the Preliminary Statement:

(1)   Memorandum to Plant Safety Engineers, dated August 3, 1973, (Document Nos. FAFD0003763, FAFD0006229, FAFD0007574, FAFD0008437, FAFD0011955 and FAFD0017524)

(2)   Maintenance Bulletin 137, dated August 1973 (Document Nos. FAFD0011073 and FAFD0016956)

(3)  Industrial Relations Bulletins No. 4:  dated July 18, 1975 (Document Nos. FAFD0007680, FAFD0007797 and FAFD0008240); dated August 22, 1983 (Document Nos.   FAFD0011177 – FAFD0011180, FAFD0017944-0017945, 0017946-0017949); and, dated October 14, 1986 (Document No.: FAFD0011183-00111880)

(4)  Industrial Relations Bulletin No. 4a:  dated August 22, 1983 (Document Nos. FAFD0011181   –   FAFD0011182,   FAFD0017578   –   FAFD0017579, FAFD0017580 – FAFD0017581, and FAFD0020929 – FAFD0020930); dated October 14, 1986 (Document Nos. FAFD0011189 – FAFD0011190)

(5)  Industrial Relations Bulletin No. 4b:  dated October 14, 1986 (Document Nos. FAFD0011191 – FAFD0011193)

(6)  Industrial Relations Bulletin No. 4c:  dated February 10, 1984 (Document Nos. FAFD0015844 – FAFD0015845); dated October 14, 1986 (Document Nos. FAFD0011194 – FAFD0011195)

(7)  Industrial Relations Bulletin No. 4e:  dated June 1, 1988 (Document Nos. FAFD0016569 – FAFD0016577)

(8)  Technical Service Bulletin 99, dated October 24, 1975, (Document No. FAFD0012949 – FAFD0012972)

(9)  Technical Service Bulletin No. 104, dated January 1976, (Document Nos.: FAFD0006231   –   FAFD0006265,   FAFD0006314   –   FAFD0006349, FAFD0012973 – FAFD0013008)

(10)  General Field Bulletin No. 1469, dated July 8, 1976 (Document No. FAFD0002864 and FAFD 0003593)

(11)  General Field Bulletin No. 2710, dated October 28, 1977 (Document No. FAFD0002863 and FAFD0003596)

(12)  Bulletin No. 83-22 (Document Nos.: FAFD0020928, FAFD0012888  – FAFD0012948 and FAFD0020942)

(13)  Plant Engineering Letter 80-1, dated March 17, 1980 (Document Nos. FAFD0008369   –   FAFD0008373,   FAFD0015664   –   FAFD0015699   and FAFD0017152 – FAFD0017157)

(14)  Manufacturing Guideline G3-19, dated September 1981 (Document No. FAFD0012882 – FAFD0012897); Updated September 1984.  (Document No. FAFD0015569 – FAFD0015573)

(15)  Package Label Specification L-1516 (Document Nos.: FAFD0012768, FAFD0015421, FAFD0015423, FAFD0020428, FAFD1 001734, FAFD1 001793, FAFD2 000002)

(16)  Package Label Specification L-1517 (Document Nos.: FAFD0012769, FAFD0015155, FAFD0020427, FAFD0021249, FAFD1 001735, FAFD1 001794 and FAFD2 000003)

Ford further refers Plaintiff to the service or shop manuals, which Ford produced for its vehicles that it manufactured that contained instructions regarding the proper maintenance of its vehicles, including friction products.  These manuals were made available to all consumers and are publicly available through various online public resources, including, for example, Ford's Motorcraft website (for a nominal per manual fee), and is located at www.motorcraft.com.  Older

resources are also available to Plaintiff in the public domain on a third party website for a nominal per manual fee, and are located at www.helminc.com.

Additionally, Ford refers Plaintiff to portions of various car and truck service/shop manuals concerning brake and clutch repair, referenced in response to Request No. 4, above.

Beyond this, Ford objects to this Request because it is overly broad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Specifically, this Request is not limited to a reasonable time frame or scope, and instead seeks any and all documents concerning any asbestos or "other dust" related instructions, warnings, training or education – for any purpose or scope whatsoever, from any time during Ford's entire corporate history, and is without any reasonable limitation. Ford also objects to this Request because the phrase "other dusts" is vague and ambiguous in the context of this Request and Ford is uncertain what information Plaintiff is seeking.

**REQUEST FOR PRODUCTION NO. 12:**

Any and all documents regarding any seminars, symposiums, meetings of trade organizations, associations, or other professional entities attended by any officers, directors, employees, agents or consultants of the Defendant, any predecessor or related companies, wherein asbestos or asbestos-containing products were discussed.

**RESPONSE:**

Ford refers Plaintiff to the following documents located within the Asbestos Friction Document Collection referenced in the Preliminary Statement:

(1)   Minutes of the Occupational Exposures to Asbestos Dust from Brake Lining meeting, dated July 21, 1975 (Document Nos. FAFD 0006357-FAFD 0006361)

(2)   Minutes of the Meeting on Occupational Exposure to Asbestos Dust During Brake and Clutch Servicing, dated March 19, 1976 (Document Nos. FAFD 0007767 – FAFD 0007771)

Beyond this, Ford objects to this Request because it is overly broad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. In particular, this Request is not limited to a reasonable scope, and instead seeks any and all documents regarding any asbestos-related seminars, symposiums, meetings of trade organizations, associations, or other professional entities that may have been attended by any officers, directors, employees, agents or

consultants of Ford, at any time during Ford's entire corporate history, and is without any reasonable limitation whatsoever.

**REQUEST FOR PRODUCTION NO. 13:**

Any and all documents concerning the subject of worker's safety including but not limited to, any safety manuals, employee handbooks, safety rules and instructions, or any writings or documents of a similar nature in the possession of this Defendant, any predecessor or related companies from 1930 to date.

**RESPONSE:**

Ford objects to this Request because it is overly broad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. In particular, this Request is not limited to a reasonable manner, and instead seeks any and all documents concerning in any way to the subject of worker's safety – whether asbestos-related or not – and is without any reasonable limitation whatsoever. Further, because Michel Victor was not a Ford employee, information relating to any safety manuals, employee handbooks, safety rules and instructions relating to worker's safety provided to Ford employees is not relevant or reasonably calculated to lead to the discovery of admissible evidence with respect to a non-Ford employee. Moreover, because Plaintiff's claims against Ford are based on allegations relating to alleged exposure to asbestos-containing friction vehicle components, and not from alleged premises asbestos exposure in a Ford facility, documents relating to any safety related policies and/or procedures that may have been in place at any Ford premises location is neither relevant nor reasonably calculated to lead to discovery of admissible evidence in this case.

**REQUEST FOR PRODUCTION NO. 14:**

All 10-K forms which this Defendant, including all subsidiaries, divisions, predecessor entities or related companies, has submitted to the securities exchange commission, and all annual stockholder reports for the last ten (10) years.

**RESPONSE:**

A copy of Ford's recent SEC Filings and Annual Reports to Shareholders are available to Plaintiff in the public domain on Ford's website, and is located at:

http://corporate.ford.com/investors/reports-and-filings/monthly-reports.html#/2017

Beyond this, Ford objects to this Request because it is overly broad and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Ford also objects to this Request because it seeks information that is equally available to Plaintiff in the public domain.

**REQUEST FOR PRODUCTION NO. 15:**

Any and all policies of insurance which may provide coverage for this Defendant, any predecessor or related companies, against the claims asserted in Plaintiffs' complaint.

**RESPONSE:**

Ford purchased primary and/or excess coverage with multiple liability insurers between approximately 1949 and 1985 (after which Ford's liability policies contained asbestos exclusions). Historically, Ford's insurers have not acknowledged any obligation to pay, and have not paid any amounts pursuant to their policies with respect to any asbestos-related claims against Ford. Ford's available primary coverage, in effect from approximately 1949 through 1975, was purchased from the Insurance Company of North America ("INA"). Ford's available excess coverage, in effect from approximately 1972 through 1985, was purchased from, among others, Northbrook Insurance Company and INA. Multiple other insurers issued excess liability coverage to Ford, with respect to occurrences exceeding $1 million or more, at various attachment points between 1970 and 1985, including, but not limited to, those listed below. Ford's available coverage provided annual limits of $1 million from approximately 1949 through 1970, and combined annual limits of more than $1 million from approximately 1975 through 1985, subject to various deductibles or retentions.

Ace
Aetna
AIIC
Allianz
American Reinsurance
American Bankers
American Century
American Employers
Amerisure
Birmingham Fire
California Union
Chubb
CNA
Continental Casualty
Continental Insurance
Drake
EMC
Empire Mutual Casualty
Employers Mutual
Evanston

Everest
Federal
First State
Gibraltar
Granite State
Harbor
Hartford
HDI Haft
Insurance Company of North America
Insurance Company of Pennsylvania
International Surplus
Landmark
Lexington
National Union
New England
New York Underwriters
Northbrook
Nutmeg
Progressive
Puritan
Republic
Royal Ed
Royal Sun
St. Paul
Travelers
Twin City
Unigard
Wausau
White Mountain

Beyond this, Ford objects to this Request because it is overly broad, unduly burdensome, and seeks information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Additionally, Ford objects to this Request to the extent it seeks the discovery of confidential or proprietary information or documents. Ford further objects to this Request to the extent it seeks information that is protected from disclosure by the attorney-client privilege, work product doctrine, consulting expert privilege, or any other applicable privilege.

Respectfully submitted,
**KUCHLER POLK WEINER, LLC**

**Deborah D. Kuchler (#17013)**
**Monique M. Weiner (#23233)**
**Janika D. Polk (#27608)**
**Lee B. Ziffer (#32783)**
**Amber B. Barlow (#34433)**
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: (504) 592-0691
Facsimile:  (504) 592-0696
**Attorneys for Defendant,**
**Ford Motor Company**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5th day of October, 2017, served a copy of the foregoing pleading on opposing counsel by one of the following methods, in accordance with the Louisiana Code of Civil Procedure:

☐ by placing a copy in the U.S. Mail, properly addressed and first class postage prepaid

☐ by Certified Mail, properly addressed and first class postage prepaid

☐ by facsimile

☐ by hand delivery

☒ by electronic delivery

In addition, all remaining counsel of record have been served via electronic delivery.

**AMBER B. BARLOW**