# EXHIBIT B

*Deposition of Matthew Fyie*, taken on October 25, 2018

in

*Victor Michel vs. Ford Motor Company, Et Al.*

U.S. District Court EDLA No.18-cv-04738

**<u>Sealed</u>**