761694

**CASH SALE**

**United States of America,**

**State of** Michigan

**Parish or County of** Wayne

February 15, 1977      19 77

Sale of Property

BY

FORD LEASING DEVELOPMENT COMPANY

TO

WILMA STOSKOPF, wife of, and R. C. STOSKOPF

**Be It Known,** That on this __15th__ day of the Month of __February__ in the year of our Lord one thousand nine hundred and __seventy-seven (1977)__

BEFORE ME, __Francis V. Rourke__

a Notary Public, duly commissioned and qualified, in and for the aforesaid Parish (or County) and State, therein residing, and in the presence of the witnesses hereinafter named and undersigned:

**Personally Came and Appeared,**

FORD LEASING DEVELOPMENT COMPANY

a Corporation organized under the laws of the State of __Delaware__ authorized to do business in the State of Louisiana; represented herein by __D. R. Jolliffe__, its __Assistant Secretary__ duly authorized by virtue of a resolution of its Board of Directors, a copy of which is annexed hereto and made a part hereof;
Mailing Address: __The American Road, Dearborn, Michigan__

Who declare that __it__ does by these presents grant, bargain, sell, convey, transfer, assign, setover, abandon and deliver, with ~~all the warranties and with full subrogation~~ ~~in the purchase to all such~~ the rights and actions of warranty which __it has__ or may have against all preceding owners and vendors, unto _____

WILMA STOSKOPF, wife of, and
R. C. STOSKOPF

both person of lawful age and residents of __Jefferson__ Parish, Louisiana, whose marital status is as follows:

Mailing Address: 121 Jefferson Hwy, New Orleans, Louisiana  70121

(the purchasers herein are not purchasing the herein property for their family home)
                                                                                      their
~~hereby~~ accepting and purchasing for ~~themselves~~ heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property to wit;

**C.O.B.**    885 082 5

— 1 —

Doc:761694 pg:1

**761694**

THAT PORTION OF GROUND, together with all the buildings and improvements thereon and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of Jefferson, State of Louisiana, East of the Mississippi River, in the subdivision known as New Carrollton, which certain tract is composed of Square 47, the greater portion of Squares 46 and 52 and the former Raphael and Rousseau Streets and is described and measures, in accordance with a survey by F. C. Gandolfo, Jr., dated January 28, 1953, revised April 5, 1954, annexed to act before B. P. Sullivan, Jr., N.P., dated June 7, 1954, as follows:

Beginning at a point on the north side of the Jefferson Highway at a distance of 150.07 feet westerly from the westerly line of Monticello Avenue (formerly the westerly line of Protection or Upperline Street), thence northerly, parallel to Monticello Avenue a distance of 147.55 feet, thence at 90 degrees, easterly a distance of 150 feet to Monticello (formerly the westerly line of Protection or Upperline Street) Avenue, thence 90 degrees northerly along Monticello Avenue (formerly westerly line of Protection or Upperline Street) a distance of 615.20 feet to the southern boundary of the Illinois Central Railroad right of way; thence westerly along said right of way line at an interior angle of 75 degrees, 49 minutes, 23 seconds, a distance of 402.27 feet to the western boundary of said former Squares 46, 47 and 52 of New Carrollton, which is the easterly line of the Colonial Land Company Tract, thence southerly along said western boundary at an interior angle of 102 degrees, 52 minutes, 52 seconds, a distance of 685.95 feet to the Jefferson Highway, thence easterly along said Highway, along a curve to the right having a radius of 1674.02 feet, a distance of 225.72 feet to the point of beginning, containing an area of 253,001.52 square feet, more or less. Said portion of ground is designated by the Letter "B" on a plat of survey made by Coleman Kuhn, C.E., of the office of Gandolfo, Kuhn & Associates, dated June 20, 1964, and has the same location and measurements set forth above.

Improvements bear Municipal #121 Jefferson Highway, Jefferson, Louisiana

Being the same property acquired by Ford Leasing Development Company by purchase from Ford Motor Company, per act passed before J. F. Dougherty, N.P., Wayne County, Michigan, dated December 1, 1965, filed March 22, 1966, reg. in COB 632 folio 583.

This act is made, executed and accepted subject to the following:
1. Servitude for telephone and telegraph lines traversing the northerly portion of the property as shown on plat of survey by Coleman Kuhn, C.E., dated June 20, 1964.

2. The lien of ad valorem real property taxes.

3. Visible easements and the state of facts an accurate and up to date survey and personal inspection would show.

4. Applicable zoning and building laws and regulations.

5. Recorded building and use restrictions, conditions, covenants, exceptions, leases, easements, and rights and agreements, including without limitation those that may be listed below.

6. Ford Leasing Development Company's right of first refusal to purchase the above-described property for a period of 20 years after the date hereof pursuant to the terms and conditions of Section 12 of the Purchase Agreement dated November 24, 1976 between Ford Leasing Development Company and Wilma Stoskopf, wife of, and R. C. Stoskopf. A copy of Section 12 may be obtained from Ford Leasing Development Company at its office at The American Road, Dearborn, Michigan 48121.

7. Ford Leasing Development Company's option to purchase the above-described property at any time prior to the end of the thirty-sixth full month following the date hereof pursuant to the terms and conditions of Section 15 of the Purchase Agreement dated November 24, 1976 between Ford Leasing Development Company and Wilma Stoskopf, wife of, and R. C. Stoskopf. A copy of Section 15 may be obtained from Ford Leasing Development Company at its office at The American Road, Dearborn, Michigan 48121.

888 582 6    -2-

761694

To have and to hold the above described property unto the said purchaser s, their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of Seven hundred fifty-two thousand fifty and no/100 ($752,050.00) Dollars--- cash, which the said purchasers have well and truly paid, in ready and current money to the vendor who hereby acknowledge the receipt thereof and grant full acquittance and discharge therefor.

All State and City taxes up to and including the taxes due and exigible in 1976 are paid as per evidence annexed hereto, and taxes for the current year have been pro rated between the parties hereto.

By reference to the certificate of the Register of Conveyances and Recorder of Mortgages in and for the parish or county of Jefferson annexed hereto it does not appear that said property has been heretofore alienated by the vendor or that it is subject to any encumbrance whatever.

The parties to this act are aware of the fact that the mortgage, conveyance and Paving Ordinance certificates herein referred to are open, being not yet dated or signed, and relieve and release me, Notary, from all responsibility and liability in connection therewith.

THUS DONE AND PASSED, In my office at Dearborn, Michigan on the day, month and year herein first above written, in the presence of Virginia Garrity and George D. Marshall competent witnesses, who hereunto sign their names with the said appearers, and me, Notary, after reading of the whole.

Witnesses:

FORD LEASING DEVELOPMENT COMPANY

By: _____
D. R. XOLIFFE, ASSISTANT SECRETARY

Notary Public

seal
My Commission Expires: _____

FRANCIS V. BOURKE
Notary Public, Oakland County, Michigan
Acting in Wayne County, Michigan
My Commission Expires October 18, 1980

888 583 1      -3-

Estate Lawyers Title of La.

CASH SALE OF PROPERTY

FILED FOR RECORD
MAR 22 1966
9:00 A. M.
CLERK OF COURT
PARISH OF JEFFERSON, LA.

UNITED STATES OF AMERICA :
STATE OF MICHIGAN :
COUNTY OF WAYNE : 355759

BE IT KNOWN, That on this 1ST day of DECEMBER, 1965, BEFORE ME, J. F. DAUGHERTY, Notary Public, duly commissioned and qualified in and for the County of Wayne, Michigan, therein residing, and in the presence of the witnesses hereinafter named and undersigned,

MR 22 2 61292300 ****175

PERSONALLY CAME AND APPEARED:

FORD MOTOR COMPANY, a Delaware corporation, with offices at The American Road, Dearborn, Michigan, vendor, herein represented by G. L. FELLRATH, SECRETARY of vendor, duly authorized to sign and seal this instrument on behalf of vendor by resolution of its Board of Directors,

Who declares that it does by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver unto FORD LEASING DEVELOPMENT COMPANY, a Delaware corporation, with offices at The American Road, Dearborn, Michigan, purchaser, and purchasing for its successors and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property to-wit:

THAT PORTION OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of Jefferson, State of Louisiana, east of the Mississippi River, in the subdivision known as New Carrollton, which certain tract is composed of Square 47, the greater portion of Squares 46 and 52 and the former Raphael and Rousseau Streets and is described and measures, in accordance with a survey by F. C. Gandolfo, Jr., dated

"Description Continued on the Back of This Sheet."

To have and to hold the above described property unto the said purchaser, its successors and assigns, forever. And vendor, for itself, its successors and assigns does covenant and agree to and with the purchaser, its successors and assigns, that it has not heretofore done, committed or willingly suffered to be done or committed any act or thing whatsoever whereby the title and estate hereby conveyed, or any part thereof, are or shall be charged or encumbered, except as stated herein.

This sale is made and accepted for and in consideration of the price and sum of $611,000 Cash, which the said purchaser well and truly paid, in ready and current money to the vendor who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

All State and City taxes up to and including the taxes due and exigible in 1964 are paid as per tax researches annexed hereto and 1964 City taxes are paid as per tax research annexed hereto. 1965 State and City taxes are pro-rated as of the date of this sale.

By reference to the certificates of the Register of Conveyances and Recorder of Mortgages in and for the Parish of Jefferson annexed hereto it does not appear that said property has been heretofore alienated by the vendor or that it is subject to any encumbrance whatever.

By reference to Paving Certificate and Paving research for the City of , annexed, it does not appear that there is any paving due or any paving liens recorded against the said property.

Registered MAR 22 1966, 19
CONVEYANCE BOOK No. 632 FOLIO 583

(over)



"Description Continuation."

January 28, 1953, revised April 5, 1954, annexed to act before B. P. Sullivan, Jr., N.P., dated June 7, 1954, as follows:

Beginning at a point on the north side of the Jefferson Highway at a distance of 150.07 feet westerly from the westerly line of Monticello Avenue (formerly the westerly line of Protection or Upperline Street), thence northerly, parallel to Monticello Avenue a distance of 147.55 feet, thence at 90 degrees, easterly a distance of 150 feet to Monticello (formerly the westerly line of Protection or Upperline Street) Avenue, thence 90 degrees northerly along Monticello Avenue (formerly westerly line of Protection or Upperline Street) a distance of 615.20 feet to the southern boundary of the Illinois Central Railroad right-of-way thence westerly along said right-of-way line at an interior angle of 75 degrees, 49 minutes, 23 seconds, a distance of 402.27 feet to the western boundary of said former Squares 46, 47 and 52 of New Carrollton, which is the easterly line of the Colonial Land Company tract, thence southerly along said western boundary at an interior angle of 102 degrees, 52 minutes, 52 seconds, a distance of 685.95 feet to the Jefferson Highway, thence easterly along said highway, along a curve to the right having a radius of 1674.02 feet, a distance of 225.72 feet to the point of beginning, containing an area of 253,001.52 square feet, more or less. Said portion of ground is designated by the Letter "B" on a plat of survey made by Coleman, Kuhn, C.E., of the office of Gandolfo, Kuhn & Associates, dated June 20, 1964, annexed hereto, and has the same location and measurements set forth above.

Being the same property acquired by act of transfer under private signature, dated September 23, 1964, filed for record from Herrin Transportation Company, and Young-Hall-West Equipment Corporation, registered in C.O.B. 599, folio 741.

This act is made and executed subject to a servitude for telephone and telegraph lines traversing the northerly portion of the property as shown on plat of survey by Coleman Kuhn, C.E., dated June 20, 1964.

Doc:355759 pg:1-2

③ 355759    3

The parties to this Act are aware that any Mortgage, Conveyance and Paving Certificates herein referred to are open and not yet dated and signed, and relieve and release me, Notary, from all responsibility by reasons thereof.

THUS DONE AND PASSED in my office at Dearborn, Wayne County, Michigan, on the day, month and year herein first above written, in the presence of Virginia Marshall and S. B. Szuba competent witnesses, who hereunder sign their names with the said appearers, and me, Notary, after reading of the whole.

WITNESSES:

Virginia Marshall

S.B. Szuba

FORD MOTOR COMPANY

By C. J. Fillrath

C. J. FILLRATH    SECRETARY

Notary Public
Wayne County, Michigan
My Commission expires: JAN 16 1968



-2-

1a.