UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORBERT MICHEL, ET AL. | § | Civil Action No. 18-cv-04738 |
| | § | |
| **Plaintiffs** | § | |
| | § | JUDGE: WENDY B. VITTER |
| vs. | § | |
| | § | |
| FORD MOTOR COMPANY, ET AL. | § | MAGISTRATE: KAREN WELLS |
| | § | ROBY |
| **Defendants** | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Plaintiffs' Motion to File First Supplemental and Amended Complaint is hereby set for submission before The Honorable Karen Wells Roby on November 20, 2019 at 11:00 a.m.

Respectfully submitted,

*/s/ Roshawn Donahue*
GORI JULIAN & ASSOCIATES, P.C.
Roshawn H. Donahue, LSBA No. 30905
Alex S. Dunn, Jr., LSBA No. 33542
909 Poydras Street, Suite 2195
New Orleans, Louisiana 70112
(504) 565-7888
(504) 827-1594 fax
TeamNOLA@gorilaw.com
**ATTORNEYS FOR PLAINTIFFS**