UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NORBERT MICHEL, ET AL.** | § | Civil Action No. 18-cv-04738 |
| | § | |
| **Plaintiffs** | § | |
| | § | JUDGE: WENDY B. VITTER |
| vs. | § | |
| | § | |
| **FORD MOTOR COMPANY, ET AL.** | § | MAGISTRATE: KAREN WELLS |
| | § | ROBY |
| **Defendants** | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STATEMENT OF OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

Plaintiffs, Norbert Michel, Keith Michel and Vickie Michel, seek to amend their complaint previously filed with this court. The remaining defendant in this suit, Ford Motor Company, opposes Plaintiffs' motion for leave to amend and the proposed amendment.

Respectfully submitted,

*/s/ Roshawn Donahue*
GORI JULIAN & ASSOCIATES, P.C.
Roshawn H. Donahue, LSBA No. 30905
Alex S. Dunn, Jr., LSBA No. 33542
909 Poydras Street, Suite 2195
New Orleans, Louisiana 70112
(504) 565-7888
(504) 827-1594 fax
TeamNOLA@gorilaw.com
**ATTORNEYS FOR PLAINTIFFS**